# EXHIBIT D



**MASSACHUSETTS**
**BAY**
**TRANSPORTATION**
**AUTHORITY**

**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**

**MATERIALS MANAGEMENT DEPARTMENT**

**INVITATION FOR PROPOSAL**

**RFP NO. 57-14**

**PROTOTYPE DEMONSTRATION OF LIGHT RAIL COLLISION AVOIDANCE SYSTEM**

**ELIZABETH TETREAULT**

**DATE ISSUED:  APRIL 3, 2014**

**TABLE OF CONTENTS**

**Page**

1.1    INTRODUCTION ........................................................................................................5
1.2    DUE DATE .................................................................................................................5

**2.    INSTRUCTIONS TO FIRMS   6**

2.1    PROCUREMENT PROCESS ....................................................................................6
2.2    SCOPE OF PROPOSAL ...........................................................................................6
2.3    CLARIFICATIONS OF SPECIFICATIONS............................................................6
2.4    EXTENSION OF PROPOSAL DUE DATE .............................................................6
2.5    ACKNOWLEDGEMENT OF ADDENDA ..............................................................6
2.6    SUBMITTAL .............................................................................................................6
2.7    PROPOSAL GUARANTY ........................................................................................7
2.8    PUBLIC OPENING ...................................................................................................7
2.9    LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF OFFERS ...........................7
2.10   REJECTION OF PROPOSAL ..................................................................................7
2.11   WAIVER OF INFORMALITIES, DEVIATIONS, MISTAKES AND MATTERS OF FORM ..............8
2.12   APPEAL/PROTEST PROCEDURES.......................................................................8
2.13   PRE-CONTRACTUAL EXPENSES .......................................................................8
2.14   TAX EXEMPTION....................................................................................................8
2.15   CONFLICT OF INTEREST......................................................................................8

**3.    THE SELECTION PROCESS   10**

3.1    BASIS OF AWARD..................................................................................................10
3.2    EVALUATION COMMITTEE:  ROLES AND RESPONSIBILITIES ...................10
3.3    SELECTION SENSITIVE INFORMATION ..........................................................12
3.4    INTERFACE WITH FIRMS....................................................................................12
3.5    PHASE I EVALUATION OF TECHNICAL PROPOSALS ...................................12
3.7    CONTRACT AWARD .............................................................................................13

**4.    DISADVANTAGED BUSINESS ENTERPRISES     14**

4.1    OVERVIEW..............................................................................................................14
4.2    CONTRACT ASSURANCE....................................................................................14
4.3    DBE PARTICIPATION ...........................................................................................14
4.4    DBE PARTICIPATION GOAL................................................................................15
4.5    PROPOSED SUBMISSION ....................................................................................15
4.6    GOOD FAITH EFFORTS........................................................................................15
4.7    ADMINISTRATIVE RECONSIDERATION.........................................................16
4.8    TERMINATION OF DBE SUBCONTRACTOR....................................................16
4.9    CONTINUED COMPLIANCE................................................................................16
4.10   SANCTIONS FOR VIOLATIONS .........................................................................17

**5.    EVALUATION CRITERIA    18**

5.1    PROPOSAL ORGANIZATION ..............................................................................18
5.2    GENERAL CONSIDERATIONS ............................................................................18
5.3    SPECIFIC CRITERIA..............................................................................................18
5.4    EVALUATION RATING SCHEME DEFINED .....................................................18

**6.    GENERAL TERMS AND CONDITIONS     19**

6.1    APPROPRIATION CONTINGENCY .....................................................................19
6.2    CONFIDENTIAL INFORMATION........................................................................19
6.3    PAYMENT TERMS .................................................................................................21
6.4    SECURITY REQUIREMENTS...............................................................................21

2

6.5    RIGHT-OF-WAY SAFETY TRAINING REQUIREMENTS..................................................23
6.6    INDEPENDENT CONTRACTOR STATUS .......................................................................23
6.7    SUBCONTRACTING OF WORK ....................................................................................23
6.8    TRANSFER OR ASSIGNMENT OF CONTRACT ...........................................................24
6.9    CONTRACTOR'S LOCAL AREA OFFICE.....................................................................24
6.10   SEVERABILITY ............................................................................................................24
6.11   ENTIRE AGREEMENT ..................................................................................................24
6.12   HEADINGS NOT BINDING...........................................................................................24
6.13   BINDING EFFECT .........................................................................................................24
6.14   MODIFICATIONS...........................................................................................................24
6.15   PRECEDENCE OF DOCUMENTS .................................................................................25
6.16   NO WAIVER ...................................................................................................................25
6.17   WORKPLACE ENVIRONMENT ....................................................................................25
6.18   DEPENDENT CARE ASSISTANCE PROGRAM ...........................................................26
6.19   LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC ...............................26
6.20   RIGHT-TO-KNOW LAW ...............................................................................................28
6.21   ANTI-BOYCOTT COVENANT FOR CONTRACTS IN EXCESS OF $5,000.00 ...............28
6.22   DOING BUSINESS WITH OR IN NORTHERN IRELAND .............................................28
6.23   PERSONAL LIABILITY OF AUTHORITY OFFICIAL...................................................28
6.24   COLLUSION ...................................................................................................................29
6.25   NOTICE PROVISIONS ...................................................................................................29
6.26   INDEMNIFICATION AND INSURANCE .......................................................................29
6.27   LIMITATION OF LIABILITY ........................................................................................31
6.28   TERMINATION OF CONTRACT AND SUSPENSION OF WORK ....................................32
6.29   CHANGE ORDER...........................................................................................................36
6.30   CLAIMS ..........................................................................................................................37
6.31   DISPUTES .......................................................................................................................38
6.32   EXAMINATION AND AUDIT.........................................................................................38
6.33   FORCE MAJEURE..........................................................................................................39
6.34   MUTUAL GENERAL REPRESENTATIONS AND WARRANTIES ................................39
6.35   INTELLECTUAL PROPERTY RIGHTS.........................................................................39

7.    FEDERAL REQUIREMENTS        41

7.1    CIVIL RIGHTS AND EQUAL OPPORTUNITY .............................................................41
7.2    DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION.......42
7.3    LOBBYING .....................................................................................................................42
7.4    NO FEDERAL GOVERNMENT OBLIGATION TO THIRD PARTIES.............................42
7.5    PROGRAM FRAUD AND FALSE OR FRAUDULENT STATEMENTS AND RELATED ACTS ....43
7.6    ENERGY CONSERVATION REQUIREMENTS ..............................................................43
7.7    CLEAN AIR.....................................................................................................................43
7.8    CLEAN WATER ..............................................................................................................43
7.9    CARGO PREFERENCE REQUIREMENTS ....................................................................44

8.    SUBMISSION FORMS        ERROR! BOOKMARK NOT DEFINED.

8.0 DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION FORM        46
8.1    CERTIFICATION REGARDING DEPARMENT, SUSPENSION, AND OTHER RESPONSIBILITY
       MATTERS—PRIMARY COVERED TRANSACTIONS        47
8.2    CERTIFICATION REGARDING DEPARMENT, SUSPENSION, INELIGIBILITY AND
       VOLUNTARY EXCLUSION—LOWER TIER COVERED TRANSACTIONS        48
8.3    CONFIDENTIAL INFORMATION AGREEMENT        50
8.4    PRE-AWARD EVALUATION DATA        51
8.5    ADDENDA ACKNOWLEDGEMENT FORM        53
8.6    CONFLICT OF INTEREST CERTIFICATION        54
8.7    DBE UTILIZATION FORM        55
8.8    DBE PARTICIPATION SCHEDULE        56
8.9    DBE LETTER OF INTENT        57

3

| 8.10 | DBE AFFIDAVIT AND REPORTING FORM | 58 |
| 8.11 | PERFORMANCE GUARANTEE CERTIFICATION | 60 |
| 8.12 | SECURITY REQUIREMENTS CERTIFICATION | 65 |
| 8.13 | RIGHT-OF-WAY SAFETY TRAINING REQUIREMENTS CERTIFICATION | 66 |
| 8.14 | CERTIFICATION OF COMPLIANCE WITH REGULATION 102 CMR 12.00 | 67 |
| 8.15 | RIGHT-TO-KNOW LAW CERTIFICATION | 68 |
| 8.16 | CERTIFICATION REGARDING COMPANIES DOING BUSINESS WITH OR IN NORTHERN IRELAND | 69 |
| 8.17 | AFFIDAVIT OF NON-COLLUSION | 70 |
| 8.18 | CERTIFICATION REGARDING LOBBYING | 71 |
| 8.19 | BUY AMERICA CERTIFICATION | 73 |
| 8.20 | PROHIBIT USE OF UNDOCUMENTED WORKERS CERTIFICATION | 75 |

4

INVITATION FOR PROPOSALS NOTICE

Massachusetts Bay Transportation Authority
Materials Department, Room 2810
Ten Park Plaza, Boston, MA 02116
Chief Procurement Officer: Claudia R. Russell

Project Name:  Light Rail Collision Avoidance System
RFP No.:        57-14
Date:           April 3, 2014
Buyer:          Elizabeth Tetreault

Tel. No.: 617-222-3057
Fax No.: 617-222-5368
Email:  etetreault@mbta.com

## 1.1    INTRODUCTION

The MBTA seeks to acquire a zero cost prototype demonstration system for Automatic Collision Risk Reduction for Light Rail Vehicles**.**  To assist the MBTA in this effort, the Authority is issuing this Request for Proposals ("RFP") to solicit responses from qualified firms who can meet the project requirements stated herein.

## 1.2    DUE DATE

Sealed, Proposals are due at the Materials Management Department, Room 2810, Ten Park Plaza, Boston, MA 02116, no later than **April 24, 2014, by 4:00 p.m**. EST/EDST for the work described herein. **FIRMS ARE REQUIRED TO SUBMIT A PROPOSAL INCLUDING ALL FORMS CONTAINED IN THIS PACKAGE.  DO NOT REMOVE PAGES.   RESPONSES SHALL CONSIST OF ONE PRINTED ORIGINAL AND ONE ELECTRONIC COPY.**

The Authority requires a minimum Acceptance Period of one hundred and twenty (120) calendar days.  "**Acceptance Period**" for purposes of this solicitation means the number of calendar days available to the MBTA for awarding a contract based on the Due Date specified in this solicitation for receipt of proposals.

### Cancellation of SOLICITATION

The Authority reserves the right to cancel this solicitation at any time prior to execution of the Contract by all parties and without any liability against the Authority.

5