# EXHIBIT E



# MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**

**MATERIALS MANAGEMENT DEPARTMENT**

**REQUEST FOR PROPOSALS**

**RFP NO.: RFP 24-16**

**GREEN LINE TRAIN PROTECTION SYSTEM**

**DEPUTY DIRECTOR OF STRATEGIC SOURCING– ELIZABETH TETREAULT**

**DATE ISSUED: OCTOBER 11, 2016** (JANUARY 8, 2018 ADDENDUM 8)



Charles D. Baker, Governor
Karyn E. Polito, Lieutenant Governor
Stephanie Pollack, MassDOT Secretary & CEO
Luis Manuel Ramirez, General Manager & CEO

# * * * ALL POTENTIAL BIDDERS  * * *
# PLEASE BE AWARE OF THE FOLLOWING:

The Massachusetts Bay Transportation Authority (MBTA) is committed to provide business opportunities, whenever possible to a <u>certified</u> Disadvantaged Business Enterprises. A listing of DBE's certified by the Commonwealth appears on the SOMWBA website: www.somwba.state.ma.us. These opportunities are provided in accordance with applicable State and Federal Guidelines.

Bidders **MUST** complete and submit the attached DBE Participation Certificate, Original Letter of Intent and Original Affidavit. <u>Bidders are required to demonstrate to the satisfaction of the Authority that they have made reasonable efforts to locate and involve qualified Disadvantaged Business Enterprise in the participation of this contract.</u>

**If you are uncertain about or unable to meet our Disadvantaged Business Enterprise (DBE) goal, please take the following steps:**

1. Contact Ms. Wanda Hubbard
   Phone: **857-368-8741**
   E-mail: whubbard@mbta.com

2. Document thoroughly (**include discussions with our DBE Coordinator**), all steps you have taken to meet the DBE goal. This information should be included as part of your bid submittal.

**PLEASE NOTE**   Bidders who do not thoroughly complete the DBE Participation Certificate, DBE Affidavit, DBE Letter of Intent, or in the case where DBE Participation is unavailable, who fail to SUBMIT documentation regarding your reasonable efforts to locate and to involve qualified Disadvantaged Business Enterprises in the participation of this contract, may be considered non-responsive to the bid.

Massachusetts Bay Transportation Authority
Ten Park Plaza, Suite 3910, Boston, MA 02116
Leading the Nation in Transportation Excellence                                                                 www.mbta.com

Addendum 8

**TABLE OF CONTENTS**

Page

1.1    INTRODUCTION ......................................................................................................................... 4
1.2    DUE DATE .................................................................................................................................. 4
1.3    PRE-PROPOSAL CONFERENCE ............................................................................................. 5
1.4    CANCELLATION OF SOLICITATION ...................................................................................... 5

2.   INSTRUCTIONS TO PROPOSERS ................................................................................................. 5

2.1    PROCUREMENT PROCESS ..................................................................................................... 5
2.2    SCOPE OF PROPOSAL ............................................................................................................ 5
2.3    CLARIFICATIONS OF SPECIFICATIONS ............................................................................... 5
2.4    EXTENSION OF PROPOSAL DUE DATE ............................................................................... 5
2.5    ACKNOWLEDGEMENT OF ADDENDA ................................................................................... 6
2.6    SUBMITTAL ................................................................................................................................ 6
2.7    PERFORMANCE GUARANTEE ................................................................................................ 6
2.8    PUBLIC OPENING ..................................................................................................................... 6
2.9    LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF OFFERS .................... 6
2.10   REJECTION OF PROPOSAL .................................................................................................... 7
2.11   WAIVER OF INFORMALITIES, DEVIATIONS, MISTAKES AND MATTERS OF FORM ....... 7
2.12   APPEAL/PROTEST PROCEDURES ......................................................................................... 7
2.13   PRE-CONTRACTUAL EXPENSES ........................................................................................... 7
2.14   TAX EXEMPTION ....................................................................................................................... 8
2.15   CONFLICT OF INTEREST ......................................................................................................... 8

3.   THE SELECTION PROCESS ........................................................................................................... 9

3.1    BASIS OF AWARD ..................................................................................................................... 9
3.2    EVALUATION COMMITTEE: ROLES AND RESPONSIBILITIES ........................................... 9
3.3    SELECTION SENSITIVE INFORMATION .............................................................................. 11
3.4    INTERFACE WITH PROPOSERS ........................................................................................... 12
3.5    PHASE I EVALUATION OF TECHNICAL PROPOSAL ......................................................... 12
3.6    PHASE II PROOF OF CONCEPT ............................................................................................ 12
3.7    PHASE III EVALUATION OF PRICING PROPOSALS .......................................................... 13
3.8    CONTRACT AWARD ............................................................................................................... 13

4.   DISADVANTAGED BUSINESS ENTERPRISES ......................................................................... 13

4.1    OVERVIEW ............................................................................................................................... 13
4.2    CONTRACT ASSURANCE ...................................................................................................... 14
4.3    DBE PARTICIPATION .............................................................................................................. 14
4.4    DBE PARTICIPATION GOAL .................................................................................................. 14
4.5    PROPOSED SUBMISSION ..................................................................................................... 14
4.6    GOOD FAITH EFFORTS .......................................................................................................... 15
4.7    ADMINISTRATIVE RECONSIDERATION .............................................................................. 15
4.8    TERMINATION OF DBE SUBCONTRACTOR ....................................................................... 16
4.9    CONTINUED COMPLIANCE ................................................................................................... 16
4.10   SANCTIONS FOR VIOLATIONS ............................................................................................. 17

5.   EVALUATION CRITERIA ............................................................................................................... 18

5.1    PROPOSAL ORGANIZATION ................................................................................................. 18
5.2    GENERAL CONSIDERATIONS ............................................................................................... 18
5.3    SPECIFIC CRITERIA ............................................................................................................... 18
5.4    SELECTION CRITERIA ........................................................................................................... 18
5.5    RATING GUIDELINES ............................................................................................................. 21
5.6    REQUESTS FOR CLARIFICATION ........................................................................................ 22
5.7    MBTA RIGHTS ......................................................................................................................... 22
5.8    MBTA DISCLAIMERS .............................................................................................................. 24

**6.**     GENERAL TERMS AND CONDITIONS ................................................................................................25
    6.1     APPROPRIATION CONTINGENCY ................................................................................................25
    6.2     CONFIDENTIAL INFORMATION ................................................................................................25
    6.3     PAYMENT TERMS ................................................................................................27
    6.4     SECURITY REQUIREMENTS................................................................................................27
    6.5     RIGHT-OF-WAY SAFETY TRAINING REQUIREMENTS................................................................................................29
    6.6     INDEPENDENT CONTRACTOR STATUS ................................................................................................29
    6.7     SUBCONTRACTING OF WORK ................................................................................................29
    6.8     TRANSFER OR ASSIGNMENT OF CONTRACT ................................................................................................30
    6.9     CONTRACTOR'S LOCAL AREA OFFICE ................................................................................................30
    6.10     SEVERABILITY ................................................................................................30
    6.11     ENTIRE AGREEMENT ................................................................................................31
    6.12     HEADINGS NOT BINDING................................................................................................31
    6.13     BINDING EFFECT ................................................................................................31
    6.14     MODIFICATIONS................................................................................................31
    6.15     PRECEDENCE OF DOCUMENTS ................................................................................................31
    6.16     NO WAIVER ................................................................................................32
    6.17     WORKPLACE ENVIRONMENT ................................................................................................32
    6.18     DEPENDENT CARE ASSISTANCE PROGRAM ................................................................................................33
    6.19     LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC ................................................................................................33
    6.20     RIGHT-TO-KNOW LAW ................................................................................................34
    6.21     ANTI-BOYCOTT COVENANT FOR CONTRACTS IN EXCESS OF $5,000.00 ................................................................................................35
    6.22     DOING BUSINESS WITH OR IN NORTHERN IRELAND ................................................................................................35
    6.23     PERSONAL LIABILITY OF AUTHORITY OFFICIAL................................................................................................35
    6.24     COLLUSION ................................................................................................35
    6.25     NOTICE PROVISIONS ................................................................................................35
    6.26     INDEMNIFICATION AND INSURANCE................................................................................................36
    6.27     LIMITATION OF LIABILITY ................................................................................................39
    6.28     TERMINATION OF CONTRACT AND SUSPENSION OF WORK ................................................................................................39
    6.29     CHANGE ORDER ................................................................................................43
    6.30     CLAIMS ................................................................................................45
    6.31     DISPUTES ................................................................................................46
    6.32     EXAMINATION AND AUDIT ................................................................................................46
    6.33     FORCE MAJEURE................................................................................................46
    6.34     MUTUAL GENERAL REPRESENTATIONS AND WARRANTIES ................................................................................................47
    6.35     INTELLECTUAL PROPERTY RIGHTS................................................................................................47

**7.**     FEDERAL REQUIREMENTS ................................................................................................48
    7.1     CIVIL RIGHTS AND EQUAL OPPORTUNITY ................................................................................................48
    7.2     DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION................................................................................................49
    7.3     LOBBYING ................................................................................................49
    7.4     NO FEDERAL GOVERNMENT OBLIGATION TO THIRD PARTIES................................................................................................49
    7.5     PROGRAM FRAUD AND FALSE OR FRAUDULENT STATEMENTS AND RELATED ACTS ....50
    7.6     ENERGY CONSERVATION REQUIREMENTS ................................................................................................50
    7.7     CLEAN AIR................................................................................................50
    7.8     CLEAN WATER ................................................................................................50
    7.9     CARGO PREFERENCE REQUIREMENTS ................................................................................................51

**8.**     SUBMISSION FORMS ................................................................................................52
    8.1     DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION FORM...........53
    8.2     CERTIFICATION REGARDING DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS—PRIMARY COVERED TRANSACTIONS ................................................................................................54
    8.3     CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION—LOWER TIER COVERED TRANSACTIONS................................................56
    8.4     CONFIDENTIAL INFORMATION AGREEMENT ................................................................................................58
    8.5     PRE-AWARD EVALUATION DATA ................................................................................................59

| | | |
|---|---|---|
| 8.6 | ADDENDA ACKNOWLEDGEMENT FORM | 61 |
| 8.7 | CONFLICT OF INTEREST CERTIFICATION | 62 |
| 8.8 | DBE UTILIZATION FORM | 63 |
| 8.9 | DBE PARTICIPATION SCHEDULE | 64 |
| 8.10 | DBE LETTER OF INTENT | 65 |
| 8.11 | DBE AFFIDAVIT | 67 |
| 8.12 | PERFORMANCE GUARANTEE CERTIFICATION | 69 |
| 8.13 | SECURITY REQUIREMENTS CERTIFICATION | 74 |
| 8.14 | RIGHT OF WAY SAFETY TRAINING REQUIREMENTS CERTIFICATION | 75 |
| 8.15 | CERTIFICATION OF COMPLIANCE WITH REGULATION 102 CMR 12.00 DEPENDENT CARE ASSISTANCE PROGRAM INCLUDING CHILD CARE | 76 |
| 8.16 | RIGHT-TO-KNOW LAW CERTIFICATION | 77 |
| 8.17 | CERTIFICATION REGARDING COMPANIES DOING BUSINESS WITH OR IN NORTHERN IRELAND | 78 |
| 8.18 | AFFIDAVIT OF NON-COLLUSION | 79 |
| 8.19 | CERTIFICATION REGARDING LOBBYING | 80 |
| 8.20 | BUY AMERICA CERTIFICATION | 82 |
| 8.21 | PROHIBIT USE OF UNDOCUMENTED WORKERS CERTIFICATION | 85 |

REQUEST FOR PROPOSALS NOTICE

Massachusetts Bay Transportation Authority
Procurement & Logistics Department, Room 2810
Ten Park Plaza, Boston, MA 02116
Deputy Director of Strategic Sourcing
Elizabeth Tetreault
Email: etetreault@mbta.com

Green Line Train Protection System
RFP No.: RFP 24-16
Date: October 11, 2016
Sourcing Executive:     To be Determined

## 1.1   INTRODUCTION

The MBTA seeks a System Integrator for Green Line Train Protection System (GLTPS). Installation of the system will be completed by the MBTA and third party contractors with oversight/support from preapproved Resident Engineers provided by the System Integrator. To assist the MBTA in this effort, the Authority is issuing this Request for Proposals ("RFP") to solicit responses from qualified firms or individuals who can meet the project requirements stated herein.

This is a three-phase procurement. Only those who submit Phase I Proposals which are in accordance with the specifications and submission requirements stated herein will be considered. From these, two proposers will enter Phase II and be invited to perform a Proof of Concept demonstration on MBTA property. Upon successful demonstration of the Proof of Concept, their Phase III Proposals will be opened for consideration.

## 1.2   DUE DATE

Sealed, Phase I Proposals are due at the Procurement & Logistics Department, Room 2810, Ten Park Plaza, Boston, MA 02116, attention Elizabeth Tetreault no later than **February 23, 2017 by 2:00 PM** EST/EDST for the work described herein. **PROPOSERS ARE REQUIRED TO SUBMIT A PROPOSAL INCLUDING ALL PROPOSAL FORMS CONTAINED IN THIS PACKAGE. DO NOT REMOVE PAGES. PROPOSERS SHALL SUPPLY ONE ORIGINAL AND TEN PRINTED COPIES ALONG WITH ONE ELECTRONIC COPY ON A USB FLASH DRIVE (IN WORD FORMAT) OF THE PHASE ONE SUBMISSION. FINANCIAL DATA SHALL BE INCLUDED IN PHASE III.**

Sealed, Phase III Proposals are due at the Procurement & Logistics Department, Room 2810, Ten Park Plaza, Boston, MA 02116, attention Tracey Dionne no later than **February 22, 2018 by 2:00 PM** EST/EDST for the work described herein. **PROPOSERS ARE REQUIRED TO SUBMIT A PROPOSAL INCLUDING ALL PROPOSAL FORMS CONTAINED IN THIS PACKAGE. DO NOT REMOVE PAGES. PROPOSERS SHALL SUPPLY ONE ORIGINAL AND TEN PRINTED COPIES ALONG WITH ONE ELECTRONIC COPY ON A USB FLASH DRIVE (IN WORD FORMAT) OF THE PHASE THREE SUBMISSION. FINANCIAL DATA SHALL BE INCLUDED IN PHASE III.**

### 1.3 PRE-PROPOSAL CONFERENCE

A **Pre-Proposal Conference** will be held at the MBTA on: **October 25, 2016** in Conference Room 4 at 10 Park Plaza, Boston, MA at **10:00 AM** EST/EDST. Firms are advised that they need proper identification to attend the pre-proposal. Attendees should contact Buyer by email to indicate attendance.

The Authority requires a minimum Acceptance Period of one hundred and eighty (180) calendar days. "**Acceptance Period**" for purposes of this solicitation means the number of calendar days available to the MBTA for awarding a contract based on the Due Date specified in this solicitation for receipt of proposals.

### 1.4 CANCELLATION OF SOLICITATION

The Authority reserves the right to cancel this solicitation at any time prior to execution of the Contract by all parties and without any liability against the Authority.

## 2. INSTRUCTIONS TO PROPOSERS

### 2.1 PROCUREMENT PROCESS

This is a three-phase procurement. Only those Proposers who submit Phase I Proposals, which are in accordance with the specifications and submission requirements stated herein and successfully demonstrate a Proof of Concept demonstration on MBTA property in Phase II, will submit their Phase III Pricing for consideration**.** Proposers may be required by the MBTA to provide an oral technical presentation prior to the Proof of Concept demonstration.

### 2.2 SCOPE OF PROPOSAL

Pursuant to this RFP, Proposers are required to comply with the terms and conditions stated herein in order to be deemed responsive and responsible. Proposers must address all terms, conditions, and concerns listed in this RFP and describe how they plan to complete the work effort such that the Authority's requirements are fully met. Firms submitting proposals that do not meet all of the requirements listed in the RFP will not be asked to submit Phase III Pricing Proposal. Failure by the Proposer to examine all information pertaining to this solicitation or participate in an on-site visit, if scheduled by the Authority, will be at the Proposer's risk.

### 2.3 CLARIFICATIONS OF SPECIFICATIONS

Any request for clarification to, or relief from, the specifications, must be submitted in writing to the attention of the assigned Sourcing Executive at the Procurement & Logistics Department's office by December 22, 2016.

Should the MBTA make changes to any specification, stipulation, requirement, or procedure, notification will be made to all Proposers in the form of written Addenda. No officer, agent, or employee of the MBTA is authorized to amend any provision contained in this RFP, including the specifications, unless such amendment is issued as an Addendum and sent to all Proposers in accordance with this Section 2.3 (Clarifications of Specifications).

### 2.4 EXTENSION OF PROPOSAL DUE DATE

Requests for an extension of the Proposal Due Date must be submitted in writing to the attention of the Sourcing Executive no later than five (5) business days prior to the Due Date. The MBTA reserves

the right to determine whether an extension is justified. All Proposers will be notified in writing of any extension granted.

### 2.5 ACKNOWLEDGEMENT OF ADDENDA

Proposers shall acknowledge written Addenda by signing and returning the Addenda Acknowledgment form (see Section 8.6) with the Proposer's proposal. The Proposer is responsible for verifying the number of Addenda issued, which is available at: www.mbta.com, under "Doing Business with the T."

If this RFP is modified by an amendment, then all terms and conditions that are not modified remain unchanged.

### 2.6 SUBMITTAL

Proposers responding to this RFP must fully complete, sign, and submit all the **Forms** contained in Section 8, plus respond to the Selection Criteria Section, with their Phase I Proposal. Proposer's Phase I Proposal submission must clearly indicate the Proposer's name and address and the RFP Name and No. on the face of the package. Proposer's submission shall include a cover letter showing the Proposer's name, post office address, telephone number, fax number, and name, title, telephone number, email address and signature of the person submitting the proposal. The signature must be in ink or indelible pencil. A sealed or notarized letter/vote attesting to the signer's authorization to sign the proposal on behalf of the Proposer must accompany the cover letter. Proposers shall provide one (1) original, one (1) electronic copy on a USB flash drive (in Word format) and ten (10) copies of their Phase I Proposals. Phase III proposals are to be submitted at the conclusion of Phase II (Proof of Concept).

### 2.7 PERFORMANCE GUARANTEE

Refer to Section C3.03 of the Terms & Conditions.

### 2.8 PUBLIC OPENING

There is **no** public opening of Phase I Proposals or Phase III Proposals. Phase I Proposals are opened by the Contracting Officer in the presence of MBTA witnesses and then distributed to a designated technical review committee in accordance with Section 3.2 (Evaluation Committee: (Roles and Responsibilities).

### 2.9 LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF OFFERS

Any offer received at the Procurement & Logistics Department after the exact time specified will not be considered unless it is received before award is made and:

> **2.9.1** Package was sent by registered or certified U.S. mail not later than the fifth (5th) calendar day before the Due Date; or
>
> **2.9.2** Package was sent by mail, or other method authorized by the Authority (e.g., facsimile) and the late receipt was due solely to the mishandling of the package by the Authority after receipt; or
>
> **2.9.3** It is the only offer received by the Authority.

Any modification of an offer, except a modification for "best and final" offer, is subject to the same conditions stated in Sections A, B, and C.

A modification resulting from a request for "best and final" offer received after the time and date specified in the request will not be considered unless received before award and the late receipt is due solely to mishandling by the Authority.

Notwithstanding the above, a late modification of any otherwise successful offer that makes its terms more favorable to the Authority will be considered at any time it is received and may be accepted.

Proposals may be withdrawn by written notice to the Authority, or in person by the Proposer or an authorized representative of the Proposer at any time before award.

## 2.10 REJECTION OF PROPOSAL

The MBTA reserves the right to reject any and all proposals, in whole or in part, if such action is determined to be in the best interests of the Authority. Unless all proposals are rejected, award shall be made to that Proposer whose proposal and Proof of Concept, conforming to the solicitation, in the judgment of the MBTA, will be most advantageous to the MBTA, price/cost and other factors considered.

## 2.11 WAIVER OF INFORMALITIES, DEVIATIONS, MISTAKES AND MATTERS OF FORM

The MBTA reserves the right to waive any informalities, deviations, mistakes, and matters of form rather than substance of the Proposal documents, which can be waived or corrected without prejudice to the Contractor. No officer or agent of the MBTA is authorized to waive this reservation.

## 2.12 APPEAL/PROTEST PROCEDURES

Appeals/protests relative to this procurement will be reviewed and adjudicated in accordance with the MBTA's Appeals/Protest Procedure - Goods & Services. A copy of this procedure is available by contacting the Sourcing Executive assigned to this procurement. In the event that this procurement is federally funded with financial assistance from the Federal Transit Administration (FTA), interested parties may elect to issue a protest to the FTA if the interested party believes that the MBTA failed to follow the protest procedures identified above. Such protests to FTA must be filed in accordance with FTA Circular 4220.1E, Section 7l, Written Protest Procedures.

## 2.13 PRE-CONTRACTUAL EXPENSES

The MBTA shall not be liable for any pre-contractual expenses incurred by the Proposer in the preparation of its proposal. The Proposer shall not include any such expenses as part of its proposal. Pre-contractual expenses are defined as expenses incurred by the Proposer in:

    **2.13.1**    Preparing its proposal in response to this RFP;

    **2.13.2**    Submitting its proposal to the MBTA;

    **2.13.3**    Negotiating with the MBTA any matter related to this proposal; or

    **2.13.4**    Any other expenses incurred by Proposer prior to date of award, if any, of the Agreement.

**Note:** The MBTA shall award a sum of two hundred fifty thousand dollars ($250,000) to each of the two Proposers selected to perform a Proof of Concept demonstration on MBTA property. Selection of the Proposers to continue onto Phase II of the Contract (Proof of Concept) will be determined by the MBTA selecting the two of the best suited technical proposals received in Phase I. Proposers may be required to provide an oral presentation explaining their concept prior to the demonstration. Upon selection, the two Proposers will receive 50% of the pre-award ($125,000) once a Proof of Concept plan is agreed to by the MBTA, with the additional 50% ($125,000) paid when testing concludes. Should their concept not be selected, Proposers who accept the pre-award forfeit the right to contest final Contract award. If an award is made to the system integrator at the end of the POC phase, the initial $250,000 payment will be negotiated and/or deducted under the final contract. The MBTA will own all of the high level performance concepts, in their entirety, regardless which Proposer is ultimately awarded the Contract.

## 2.14  TAX EXEMPTION

The MBTA is exempt from Federal Excise Tax, including Transportation Tax, and will furnish properly executed tax exemption certificates upon request. The MBTA is also exempt from Massachusetts State Sales Tax -- Exemption Number E-042-323-989. Such taxes should not be included in Proposal prices.

As an independent Contractor, the Contractor alone shall be responsible for payment of all federal, state and local taxes of all types and kinds applicable to such fees incurred under this Agreement.

## 2.15  CONFLICT OF INTEREST

Massachusetts Conflict of Interest Law, G.L. c. 268A, governs the conduct of all public officials and employees, including all dealings with potential contractors. Therefore, it is the responsibility of the Contractor to ensure compliance with the Commonwealth's Conflict of Interest Laws and avoid any conduct which might result in or give the appearance of creating for Board members, officers or employees of the Authority in their relationship with the Contractor any conflicts of interest or favoritism and/or the appearance thereof or any conduct which might result in a Board member, officer or employee failing to comply with G.L., c. 268A. Non-compliance with these Conflict of Interest terms shall constitute a material breach of this Contract.

For purposes of this solicitation, it is understood and agreed that no gift, loan or other thing has been or will be given to any employee, agent or officer of the MBTA by the Proposer, Proposer's employees, subcontractors, or agents in connection with the award or performance of this Contract. It is further understood and agreed that no Board member, officer, or employee of the MBTA; no officer or employee of any independent authority or political subdivision of the Commonwealth of Massachusetts, no officer, employee, or elected official of the Commonwealth of Massachusetts, executive or legislative of any city, county, or town within the 175 cities and towns serviced by the MBTA; and no member or delegate to the Congress of the United States, during his/her tenure shall have any financial interest, direct or indirect, in this Contract or the proceeds thereof.

If, during the performance of this Contract and any extension thereof, the Contractor becomes aware of any relationship, financial interest, or other activity in which it or an affiliated person or company is involved which is not in compliance with these provisions, the Contractor shall promptly notify the Authority's Contracting Officer in writing and fully disclose all circumstances thereof. The Authority reserves the right to grant an exception to the requirements of this Section, if so allowed by law, and notify the Contractor thereof. If the Authority does not grant an exception, the Contractor shall, within ten (10) days of written notice from the Authority, take all action necessary to comply with the terms stated herein.

The Proposer shall certify compliance with these terms and the Massachusetts Conflict of Interest Laws (see Section 8.7).