# EXHIBIT F



# Green Line Train Protection System Technical Specification

VE-16-045

Addendum 8 – January 8, 2018



**1 OVERVIEW ........ 1-1**

1.1 SCOPE ........ 1-1

1.2 DEFINITIONS AND ABBREVIATIONS ........ 1-1
1.2.2 Definitions ........ 1-1
1.2.3 Abbreviations ........ 1-10

1.3 STANDARDS, CODES, AND SPECIFICATIONS ........ 1-15

1.4 TRADEMARKS ........ 1-15

1.5 DELIVERABLES ........ 1-15

1.6 REFERENCES ........ 1-15
1.6.1 General References ........ 1-15

**2 FUNCTIONAL REQUIREMENTS ........ 2-1**

2.1 DESIGN PARAMETERS ........ 2-1
2.1.1 General Design Requirements ........ 2-1

2.2 General Functional Requirements: ........ 2-2

2.3 General System Requirements: ........ 2-5
2.3.3 Speed Sensors ........ 2-5

2.4 PERFORMANCE REQUIREMENTS ........ 2-8
2.4.1 Braking Curve Calculation ........ 2-8
2.4.2 Run Times and Headway ........ 2-9

2.5 DELIVERABLES ........ 2-10

2.6 REFERENCES ........ 2-10
2.6.1 Cited References ........ 2-10
2.6.2 General References ........ 2-10

**3 SYSTEM DESIGN ........ 3-1**

3.1 DESIGN PARAMETERS FOR CARBORNE EQUIPMENT ........ 3-1
3.1.1 Power Supply ........ 3-1
3.1.2 Available circuitry ........ 3-1
3.1.3 Supply Voltages ........ 3-1

3.2 CAB EQUIPMENT ........ 3-2
3.2.1 Switches ........ 3-2
3.2.2 Indicators and Displays ........ 3-3

3.3 GENERAL VEHICLE CONFIGURATION ........ 3-3
3.3.1 Vehicle Types ........ 3-3

3.3.2 Identification ....3-3
3.3.3 Keys ....3-4

3.4 VEHICLE DIMENSIONS ....3-4
3.4.2 Vehicle Length ....3-4
3.4.3 Vehicle Construction considerations ....3-5
3.4.4 Wheel Dimensions ....3-5
3.4.5 Track-Related Car Geometry Clearance ....3-5

3.5 OPERATING ENVIRONMENT ....3-5
3.5.1 Right-of-Way ....3-5
3.5.2 Anticipated Climatic Conditions ....3-5

3.6 ELECTROMAGNETIC INTERFERENCE ....3-6
3.6.1 General Requirements ....3-6
3.6.2 Electromagnetic Compatibility Plan ....3-7
3.6.3 Methods and Equipment ....3-7
3.6.4 Emissions Tests and Limits ....3-7
3.6.5 Safety Provisions ....3-8
3.6.6 EMC Design Report ....3-8
3.6.7 Frequency Stability ....3-9

3.7 EQUIPMENT DESIGN ....3-9
3.7.1 General Equipment Requirements....3-9
3.7.2 Exterior and Wayside Equipment Enclosures....3-9
3.7.3 Equipment Ventilation ....3-12
3.7.4 Interior Equipment Enclosures....3-12
3.7.5 Enclosure External Interfaces....3-12
3.7.6 Adjustments ....3-13
3.7.7 Illuminated Annunciators....3-13
3.7.8 Automatic Fault Reset....3-14

3.8 SHOCK AND VIBRATION ....3-14
3.8.1 Shock and Vibration....3-14

3.9 VEHICLE ELECTRICAL SYSTEMS AND TRAINLINES ....3-14
3.9.1 General ....3-14
3.9.2 General Configuration and Isolation ....3-15
3.9.3 Safety Grounding ....3-15
3.9.4 Circuit Protection....3-15
3.9.5 Wiring ....3-15
3.9.6 Transient Protection....3-15
3.9.7 Equipment Enclosure Grounding ....3-16

3.10 AC POWER SUPPLY....3-16
3.10.1 General Requirements....3-16

3.11 CARBORNE LOW VOLTAGE SYSTEM....3-16
3.11.1 General ....3-16

3.12 WARNINGS, LABELING, NAMEPLATES AND IDENTIFICATION ....3-17

3.13 TRAINLINE AND SIGNAL ARCHITECTURE ....3-17
3.13.1 General Requirements....3-17



3.13.2 Signal Types Definition ....3-17
3.13.3 Interface Documentation ....3-18

3.14 EVENT RECORDER ....3-18

3.15 DELIVERABLES ....3-18

3.16 REFERENCES ....3-19
3.16.1 Cited References ....3-19
3.16.2 General References ....3-20

**4 WAYSIDE REQUIREMENTS ....4-1**

4.1 GENERAL ....4-1
4.1.1 Introduction ....4-1
4.1.2 Signal Aspects ....4-2
4.1.3 Other Wayside Equipment ....4-3
4.1.4 External Wire and Cable ....4-4
4.1.5 Environmental Requirements ....4-4
4.1.6 Transformers ....4-5
4.1.7 Available Power Sources ....4-5
4.1.8 Site Survey ....4-5
4.1.9 Wayside Installation ....4-5

4.2 DELIVERABLES ....4-6

4.3 STANDARDS ....4-6

4.4 REFERENCES ....4-7
4.4.1 Cited References ....4-7
4.4.2 General References ....4-7

**5 MATERIALS AND WORKMANSHIP ....5-1**

5.1 INTRODUCTION ....5-1
5.1.1 General ....5-1
5.1.2 Quality ....5-1
5.1.3 Standards ....5-1
5.1.4 Marking ....5-1
5.1.5 Cleaning Agents ....5-1
5.1.6 Prohibited Materials ....5-2

5.2 JOINING AND FASTENING ....5-2
5.2.1 Joining ....5-2
5.2.2 Fasteners ....5-2
5.2.3 Protection of Contact Surfaces ....5-6

5.3 ELASTOMERS ....5-6
5.3.1 General ....5-6
5.3.2 Tests ....5-7
5.3.3 Life Expectancy ....5-7
5.3.4 Metal Parts ....5-7



5.3.5 Bonding ..... 5-7

5.4 VEHICLE WIRE AND CABLE ..... 5-7
5.4.1 General ..... 5-7
5.4.2 Vehicle Conductors ..... 5-8
5.4.3 Insulation ..... 5-9
5.4.4 Multi Conductor Cables ..... 5-13
5.4.5 Insulation Smoke Test ..... 5-14

5.5 WIRING ..... 5-15
5.5.1 General ..... 5-15
5.5.2 Wire Handling ..... 5-15
5.5.3 Wiring Layout and Installation ..... 5-15
5.5.4 Insulation Resistance ..... 5-21
5.5.5 Marking and Designation ..... 5-21
5.5.6 Pulling Compound ..... 5-22
5.5.7 Solder ..... 5-22
5.5.8 Tape ..... 5-22

5.6 WIRE AND CABLE CONNECTIONS ..... 5-22
5.6.1 General ..... 5-22
5.6.2 Vehicle Terminal Boards and Terminal Points ..... 5-22
5.6.3 Wire Terminations ..... 5-23
5.6.4 Cable Connectors ..... 5-24
5.6.5 Quick-Disconnect Terminals ..... 5-25
5.6.6 Grounding ..... 5-26
5.6.7 Wire Splicing ..... 5-26

5.7 CONDUIT ..... 5-27
5.7.1 Types ..... 5-27
5.7.2 Size and Fill ..... 5-27
5.7.3 Installation ..... 5-28

5.8 CONDUIT FITTINGS AND JUNCTION BOXES ..... 5-28
5.8.1 General ..... 5-28
5.8.2 Boxes ..... 5-28
5.8.3 Conduit Interface ..... 5-28
5.8.4 Covers ..... 5-29

5.9 VEHICLE WIREWAYS ..... 5-29

5.10 WELDING AND BRAZING ..... 5-30
5.10.1 General ..... 5-30
5.10.2 Structural ..... 5-30
5.10.3 Inspection ..... 5-31
5.10.4 Post-Weld Cleaning Requirements ..... 5-31
5.10.5 Contractor Documentation ..... 5-31
5.10.6 Special Welding ..... 5-32
5.10.7 Resistance Welding ..... 5-32
5.10.8 Resistance Spot Weld and Intermittent Weld Spacing ..... 5-33
5.10.9 Toughness of Welded Assemblies ..... 5-33
5.10.10 Torch Brazing ..... 5-33
5.10.11 Torch Soldering ..... 5-33



5.11 PAINTS AND COATINGS ....................5-34
5.11.1 General ....................5-34
5.11.2 Materials and Preparation ....................5-34
5.11.3 Exterior Painting ....................5-34
5.11.4 Apparatus ....................5-35
5.11.5 Painting Restrictions ....................5-36
5.11.6 Interior Painting ....................5-36
5.11.7 Corrosion Protection ....................5-36
5.11.8 Paint Process Documentation ....................5-36

5.12 FLAMMABILITY, SMOKE EMISSION, AND TOXICITY REQUIREMENTS ....................5-36
5.12.1 General ....................5-36
5.12.2 Combustible Content ....................5-37
5.12.3 Toxicity ....................5-37
5.12.4 Electrical Fire Safety ....................5-38

5.13 ELECTRICAL AND ELECTRONIC DESIGNS ....................5-38
5.13.1 General ....................5-38
5.13.2 Reliability Standards ....................5-38
5.13.3 Ability to Repair ....................5-38
5.13.4 Hardware ....................5-38
5.13.5 Enclosures/Racks ....................5-38
5.13.6 Optical Fibers ....................5-39

5.14 SEMICONDUCTOR STANDARDS ....................5-39
5.14.1 General ....................5-39
5.14.2 Ratings ....................5-39
5.14.3 Availability and Identification ....................5-40
5.14.4 Burn-in ....................5-40
5.14.5 Other Prohibitions ....................5-40

5.15 PRINTED CIRCUIT BOARD STANDARDS ....................5-41
5.15.1 General ....................5-41
5.15.2 Marking ....................5-41
5.15.3 Component Mounting ....................5-42
5.15.4 IC and Device Sockets ....................5-42
5.15.5 Conformal Coating ....................5-42
5.15.6 Keying ....................5-42
5.15.7 Printed Circuit Board Connectors ....................5-42
5.15.8 Testing ....................5-43

5.16 ELECTRICAL DEVICES AND HARDWARE ....................5-43
5.16.1 General ....................5-43
5.16.2 Contactors and Relays ....................5-43
5.16.3 Switches ....................5-44
5.16.4 Circuit Breakers ....................5-45
5.16.5 Fuses ....................5-46
5.16.6 Capacitors and Resistors ....................5-46
5.16.7 Transformers and Inductors ....................5-47
5.16.8 Switch, Circuit Breaker, and Fuse Panels ....................5-47
5.16.9 Battery Backup Circuits ....................5-47

5.17 DELIVERABLES ....................5-48

5.18 REFERENCES ..... 5-48
5.18.1 Cited References ..... 5-48

**6 PROJECT MANAGEMENT ..... 6-1**

6.1 REQUIREMENTS ALLOCATION AND MANAGEMENT ..... 6-1

6.2 SCHEDULE AND DELIVERABLES ..... 6-1

6.3 DESIGN APPROVALS, CONTRACTORS DRAWINGS, DOCUMENTATION, AND DATA REQUIREMENTS ..... 6-1
6.3.1 Review Procedures for Design Information, Drawings, Documents and Data ..... 6-1
6.3.2 Requirements for Design Information, Drawings, Documents and Data ..... 6-3
6.3.3 Types of Design Information, Drawings, Documents and Data ..... 6-4
6.3.4 Drawings Requiring Approval ..... 6-5
6.3.5 Disposition of Contractor Design Information, Documents, Drawings and Data ..... 6-5

6.4 DESIGN REVIEW PROGRESSION ..... 6-6
6.4.1 Conceptual Design Definition ..... 6-6
6.4.2 Design Review Meetings ..... 6-7
6.4.3 Specification Review ..... 6-7
6.4.4 Preliminary Design Review ..... 6-7
6.4.5 In-Process Design Review ..... 6-7
6.4.6 Critical Design Review ..... 6-8
6.4.7 Working Sessions ..... 6-8

6.5 SUBCONTRACTOR CERTIFICATION ..... 6-8

6.6 CORRESPONDENCE CONTROL ..... 6-9

6.7 RECORD DRAWINGS ..... 6-9

6.8 DELIVERABLES ..... 6-9

6.9 REFERENCES ..... 6-10
6.9.1 Cited References ..... 6-10
6.9.2 General References ..... 6-10

**7 SYSTEM SUPPORT ..... 7-1**

7.1 USER EDUCATION PROGRAM ..... 7-1
7.1.1 General Requirements ..... 7-1
7.1.2 User Education Manager ..... 7-2
7.1.3 Training Philosophy ..... 7-2
7.1.4 User Education Program Sessions ..... 7-2
7.1.5 Training Computer Equipment ..... 7-6

7.2 MANUALS ..... 7-7
7.2.1 General Manual Requirements ..... 7-7
7.2.2 Manual Layout ..... 7-7
7.2.3 Manual Construction ..... 7-8
7.2.4 Operating Manuals ..... 7-8



7.2.5 Maintenance Manuals .......... 7-9
7.2.6 Renewal Parts Manual .......... 7-9
7.2.7 Technical Procedures Manual .......... 7-10
7.2.8 Test Equipment Maintenance Manuals .......... 7-10

7.3 PORTABLE TEST EQUIPMENT .......... 7-10
7.3.1 General .......... 7-10
7.3.2 Functional Requirements .......... 7-11
7.3.3 Physical Requirements .......... 7-12
7.3.4 Interface Connections .......... 7-13
7.3.5 Cables .......... 7-13
7.3.6 PTE Documentation .......... 7-13

7.4 GAUGES, DIES AND SPECIAL TOOLS .......... 7-14

7.5 EXTENDER BOARDS .......... 7-14

7.6 TOOLING RIGHTS .......... 7-14

7.7 DELIVERABLES .......... 7-14

7.8 REFERENCES .......... 7-15
7.8.1 Cited References .......... 7-15
7.8.2 General References .......... 7-15

**8 IMPLEMENTATION .......... 8-1**

8.1 Safety Training and Compliance .......... 8-1

8.2 Site Management .......... 8-1
8.2.1 Project Field Office .......... 8-1
8.2.2 Installation and Testing Supervision .......... 8-2
8.2.3 Control of Plan Books for Installation and Testing .......... 8-3
8.2.4 Control of Installation, Wiring and Testing Procedures .......... 8-3
8.2.5 Vehicle Modifications .......... 8-4
8.2.6 Performance Monitoring .......... 8-4

8.3 DELIVERABLES .......... 8-5

**9 TESTING .......... 9-1**

9.1 TEST CLASSIFICATIONS .......... 9-1
9.1.1 Carborne and Wayside Qualification Tests .......... 9-1
9.1.2 Factory Routine Tests .......... 9-1
9.1.3 Material Tests .......... 9-1
9.1.4 Wayside Level Routine Tests .......... 9-1
9.1.5 Car Level Routine Tests .......... 9-2
9.1.6 System Demonstration .......... 9-2

9.2 GENERAL .......... 9-2

9.3 TEST PLANS, PROCEDURES, AND REPORTS .......... 9-2

9.4 TEST REQUIREMENTS ... 9-3
9.4.1 Scope ... 9-3
9.4.2 Shock and Vibration ... 9-3
9.4.3 Braking Distance ... 9-3
9.4.4 IEC 60529 Degrees of Protection ... 9-3
9.4.5 Water Tightness ... 9-4
9.4.6 EMC ... 9-4
9.4.7 Routine Factory Insulation Tests ... 9-6

9.5 QUALIFICATION TESTS ... 9-7
9.5.1 General ... 9-7

9.6 CARBORNE AND WAYSIDE LEVEL QUALIFICATION TESTS ... 9-7
9.6.2 Static and Dynamic Field Tests ... 9-7
9.6.3 Safe Braking Validation ... 9-8
9.6.4 Laboratory Simulation Test ... 9-8

9.7 PRODUCTION ROUTINE TESTS ... 9-8
9.7.5 Manufacturer Certifications ... 9-8

9.8 WAYSIDE LEVEL ROUTINE TESTS ... 9-9
9.8.1 Post-Installation Tests. ... 9-9
9.8.2 Wayside Test Program Plan ... 9-9

9.9 System Demonstration Test ... 9-11

9.10 DELIVERABLES ... 9-12

9.11 REFERENCES ... 9-12
9.11.1 Cited References ... 9-12
9.11.2 General References ... 9-13

**10 SOFTWARE SYSTEMS ... 10-1**

10.1 GENERAL ... 10-1
10.1.1 Introduction ... 10-1

10.2 SYSTEMS REQUIREMENTS ... 10-1
10.2.1 System Documentation ... 10-1
10.2.2 Testability ... 10-2

10.3 SOFTWARE ... 10-3
10.3.3 Software Activities ... 10-4
10.3.4 Software Documentation ... 10-4
10.3.5 Operating Systems and Languages ... 10-6
10.3.6 Commercially Available Software ... 10-6
10.3.7 Time and Date Processing ... 10-7

10.4 HARDWARE ... 10-7
10.4.1 Hardware Platform ... 10-7
10.4.2 Electrical Isolation and Pre-processing ... 10-7
10.4.3 Program and Data Storage ... 10-8
10.4.4 Batteries ... 10-8



10.4.5 Expansion Capacity ..... 10-8

10.5 DELIVERABLES AND SCHEDULE ..... 10-9
10.5.3 Prior to Preliminary Design Review ..... 10-9
10.5.4 Preliminary Design Review ..... 10-9
10.5.5 In-Process Design Review ..... 10-9
10.5.6 Critical Design Review ..... 10-9

10.6 CONFIGURATION CONTROL ..... 10-9

10.7 SOFTWARE MAINTENANCE AND RELATED TOOLS ..... 10-10

10.8 SOFTWARE AND HARDWARE ESCROW ..... 10-10
10.8.1 General ..... 10-10
10.8.2 Hardware Escrow ..... 10-10
10.8.3 Software Escrow ..... 10-11
10.8.4 Escrow Availability ..... 10-11

10.9 DELIVERABLES ..... 10-12

10.10 REFERENCES ..... 10-12
10.10.1 Cited References ..... 10-12
10.10.2 General References ..... 10-12

**11 QUALITY ASSURANCE ..... 11-1**

11.1 GENERAL ..... 11-1

11.2 QUALITY PROGRAM SCOPE AND OBJECTIVES ..... 11-1

11.3 QA MANUALS, PROCEDURES, AND PLANS ..... 11-1

11.4 MANAGEMENT RESPONSIBILITY FOR QA PROGRAM ..... 11-2

11.5 INTERNAL QUALITY AUDITING ..... 11-2

11.6 CONTRACT REVIEW ..... 11-2

11.7 DESIGN CONTROL ..... 11-3

11.8 DOCUMENT AND DATA CONTROL ..... 11-3

11.9 CONTROL OF PURCHASED ITEMS AND SERVICES ..... 11-3

11.10 CONTROL OF CUSTOMER-SUPPLIED PRODUCTS ..... 11-4

11.11 PROCESS CONTROL ..... 11-4

11.12 PRODUCT IDENTIFICATION AND TRACEABILITY ..... 11-4

11.13 CONTROL OF INSPECTION, MEASURING, AND TEST EQUIPMENT ..... 11-5

11.14 INSPECTION AND TEST STATUS ..... 11-5

11.15 CONTROLLING NONCONFORMING PRODUCTS AND SERVICES ..... 11-5

11.16 CORRECTIVE AND PREVENTIVE ACTION ..... 11-5

11.17 USE OF STATISTICAL TECHNIQUES ..... 11-5

11.18 INSPECTIONS AND TESTS ..... 11-6

11.19 HANDLING, STORAGE, PRESERVATION AND DELIVERY ..... 11-8

11.20 CONTROL OF QUALITY RECORDS ..... 11-8

11.21 QUALITY ASSURANCE TRAINING ..... 11-9

11.22 SERVICING ..... 11-9

11.23 DELIVERABLES ..... 11-9

11.24 REFERENCES ..... 11-10
11.24.1 Cited References ..... 11-10
11.24.2 General References ..... 11-10

**12 SYSTEMS ASSURANCE ..... 12-1**

12.1 RELIABILITY, MAINTAINABILITY, SAFETY and HUMAN FACTORS ..... 12-1

12.2 RELIABILITY ..... 12-1
12.2.1 General ..... 12-1
12.2.2 Component Reliability Requirements ..... 12-2
12.2.3 Reliability and Failure Analyses ..... 12-2
12.2.4 Reliability Program Plan ..... 12-3
12.2.5 Reliability Demonstration Plan ..... 12-3
12.2.6 Reliability Demonstration Procedures ..... 12-4

12.3 MAINTAINABILITY ..... 12-5
12.3.1 General ..... 12-5
12.3.2 Maintainability Demonstration ..... 12-5
12.3.3 Preventive Maintenance ..... 12-5
12.3.4 Maintainability Design ..... 12-6
12.3.5 Spare Parts Lists ..... 12-7

12.4 SYSTEM SAFETY CERTIFICATION PROGRAM ..... 12-7
12.4.1 General ..... 12-7
12.4.2 General Safety Design Requirements ..... 12-8
12.4.3 Preliminary Hazard List ..... 12-9
12.4.4 Preliminary Hazard Analysis ..... 12-9
12.4.5 System Hazard Analysis ..... 12-10
12.4.6 Safety Certification ..... 12-11
12.4.7 Fire and Life Safety ..... 12-11
12.4.8 Safety Under Normal Operating and Maintenance Conditions ..... 12-11

**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

12.5 DELIVERABLES ........ 12-11

12.6 REFERENCES ........ 12-12
12.6.1 Cited References ........ 12-12
12.6.2 General References ........ 12-12

**APPENDIX 1 VEHICLE INTERFACING........**

**APPENDIX 2 TRACK GEOMETRY........**

**APPENDIX 3 BOOK OF STANDARD TRACKWORK PLANS ........**

**APPENDIX 4 GREEN LINE ROUTES REQUIRING TRAIN PROTECTION ........**

**APPENDIX 5 ESCROW SERVICE AGREEMENT ........**

**APPENDIX 6 TYPICAL SIGNALS LIGHTING CIRCUITS........**

**APPENDIX 7 VEHICLE DRAWINGS ........**

**APPENDIX 8 DYNAMIC CLEARANCE ENVELOPE DRAWING........**

**APPENDIX 9 RFID TAGS ........**

**APPENDIX 10 MBTA SAFETY DOCUMENTATION ........**

**APPENDIX 11 CDRL ITEMS........**

**APPENDIX 12 RULEBOOK ........**

**APPENDIX 13 VEHICLE MANUALS ........**

VE-16-045 xi Addendum 8 – January 8, 2018