# EXHIBIT G




**REQUEST FOR PROPOSALS**

**RFP NO. 80F-24**

# Green Line Train Protection System

**Date Issued: June 7, 2024**

**Sourcing Manager: Kiana Hall**

# Contents

1. PROPOSAL INFORMATION ..... 10
1.1. Invitation and Description of Work ..... 10
1.2. Optional Scope ..... 11
1.3. U.S. Domestic Provisions ..... 12
1.4. Request for Proposals Timeline ..... 13
1.5. MBTA Point of Contact and RFP Communications ..... 13
1.6. Evaluation Criteria ..... 13
1.7. Selection and Competitive Negotiation Process ..... 14
1.8. Pre-Proposal Procedures ..... 16
1.9. Preparation and Submittal of Proposals ..... 17
1.10. Pre-Contractual Expenses ..... 18
1.11. Bidder's Material Qualification ..... 19
1.12. Proposal Opening ..... 19
1.13. Late Submissions, Modifications and Withdrawals of Offers ..... 19
1.14. Rejection of Proposals ..... 19
1.15. MBTA Reservation of Rights ..... 20
1.16. Appropriation Contingency ..... 21
1.17. Appeal/Protest Procedures ..... 21
1.18. Rules of Contact ..... 21
2. ABBREVIATIONS AND DEFINITIONS ..... 22
2.1. Abbreviations ..... 22
2.2. Definitions ..... 24
3. BUSINESS AND COMMERCIAL REQUIREMENTS ..... 34
3.1. Award/Execution of Contract ..... 34
3.2. Disadvantaged Business Enterprises ..... 35
3.2.1. Overview ..... 35
3.2.2. DBE Participation ..... 35
3.2.3. DBE Participation Goal ..... 35

3.2.4. Proposal Requirements ..... 35
3.2.5. Good Faith Efforts ..... 36
3.2.6. Administrative Reconsideration ..... 36
3.2.7. Termination of DBE Subcontractor ..... 37
3.2.8. Continued Compliance ..... 37
3.2.9. Sanctions for Violations ..... 38
3.3. Insurance Requirements ..... 38
3.4. Performance Guarantee ..... 40
3.5. Permits and Licenses ..... 42
3.6. Ongoing Compliance Obligations ..... 42
3.7. Claims ..... 43
3.8. Disputes ..... 44
3.9. Claims and Disputes ..... 44
3.10. OEM Software ..... 45
3.11. Examination and Audit ..... 45
3.12. Inspection of Site(s) ..... 45
3.13. Contractor's Local Area Office ..... 46
3.14. Project Management Communications ..... 46
**4. CONTROL OF PROCUREMENT ..... 49**
4.1. Contract Plans ..... 49
4.2. Contractor's Schedule of Completion ..... 49
4.3. Contractor's Drawings ..... 50
4.4. Contractor's Specification ..... 51
4.5. Contractor's Training Aids ..... 51
4.6. Shop Drawing Review ..... 52
4.7. As-Built Drawings and Specifications for Final Record ..... 53
4.8. Intellectual Property Rights ..... 53
4.9. Contractor Furnished Materials ..... 61
4.10. Access to Documents ..... 61

4.11. Conformity with Plans and Specifications ..... 61
4.12. Access to Work and Records ..... 62
4.13. Project Meetings ..... 62
4.14. Further Obligations ..... 63
**5. CONTROL OF MATERIALS ..... 63**
5.1. Quality of Supply ..... 63
5.2. Trade Names and Alternatives ..... 64
5.3. Storage of Material and Preparation for Delivery ..... 65
5.4. Receipt of Contractor Furnished Equipment and Materials ..... 66
5.5. Conditional Acceptance of Carborne/Wayside Kits ..... 66
5.6. Final Acceptance of Carborne/Wayside Kits ..... 68
5.7. Patented Devices, Materials, Processes ..... 68
5.8. Warranties, Guarantees, Instruction Sheets and Parts List ..... 69
5.9. Spare Parts ..... 69
5.10. Training Aids ..... 71
**6. CHANGE ORDERS ..... 71**
6.1. Proposed Changes in Work Scope (Change Orders) ..... 71
6.2. Costs for Work Scope Changes ..... 72
6.3. Change Order Authorization ..... 73
6.4. Executed Change Orders and Amendments ..... 73
6.5. Change Status Report ..... 73
**7. SCHEDULE AND PAYMENTS ..... 74**
7.1. Terms of Payment ..... 74
7.2. Schedule of Partial Payments and Milestones ..... 75
7.3. Basis of Payment ..... 77
7.4. Liquidated Damages ..... 78
**8. TECHNICAL SPECIFICATION ..... 80**
**9. WARRANTY ..... 80**
9.1. Guarantee of End Products (Warranty) ..... 80

9.2. Repair Procedures ..... 87

**10. QUALITY ASSURANCE / QUALITY CONTROL (QA/QC) REQUIREMENTS ..... 88**

10.1. Project Quality Assurance Plan ..... 88

10.2. Management Responsibility ..... 89

10.3. Design Control ..... 90

10.4. Production Plan ..... 90

10.5. Control and Calibration of Measurement Tools and Test Equipment ..... 91

10.6. Inspection and Test Status ..... 91

10.7. Controlling Nonconforming Products and Services ..... 91

10.8. Corrective and Preventive Action ..... 92

10.9. Use of Statistical Techniques ..... 92

10.10. Documentation ..... 92

10.11. Training ..... 93

10.12. Field Service Engineering Support ..... 93

10.13. First Article Inspections Procedures and Test Specifications ..... 93

10.14. Carborne/Wayside Kit Inspections and Tests ..... 94

10.15. Manuals ..... 95

10.16. Software Configuration Control ..... 95

**11. CONTRACT TERMS AND CONDITIONS ..... 96**

11.1. Contract Effective Start Date ..... 96

11.2. Personal Liability of Authority Official ..... 96

11.3. Hiring of MBTA Retirees ..... 96

11.4. Headings Not Binding ..... 96

11.5. Binding Effect ..... 96

11.6. Precedence of Documents ..... 97

11.7. Payments and Compensation ..... 98

11.8. Contractor Payment Mechanism ..... 98

11.9. Contract Termination, Suspension, Force Majeure ..... 98

11.10. Written Notice ..... 103

11.11. Record-keeping and Retention, Inspection of Records ..... 103
11.12. Assignment ..... 103
11.13. Subcontracting By Contractor ..... 104
11.14. Affirmative Action, Non-Discrimination in Hiring and Employment ..... 105
11.15. Indemnification ..... 105
11.16. Waivers ..... 106
11.17. Risk of Loss ..... 106
11.18. Forum, Choice of Law and Mediation ..... 106
11.19. Interpretation, Severability, Conflicts with Law, Integration ..... 106
11.20. Entire Agreement ..... 107
11.21. Contractor Certifications and Legal References ..... 107
11.21.1. MBTA and Contractor Ownership Rights ..... 107
11.21.2. Qualifications ..... 107
11.21.3. Business Ethics and Fraud, Waste and Abuse Prevention ..... 107
11.21.4. Collusion ..... 107
11.21.5. Public Records and Access ..... 108
11.21.6. Debarment ..... 108
11.21.7. Applicable Laws ..... 108
11.21.8. Tax Law Compliance ..... 108
11.21.9. Bankruptcy, Judgments, Potential Structural Changes, Pending ..... 108
Legal Matters and Conflicts ..... 108
11.21.10. Protection of Commonwealth Data, Personal Data and Information ..... 109
11.21.11. Corporate and Business Filings and Reports ..... 110
11.21.12. Employer Requirements ..... 110
11.21.13. Federal And State Laws And Regulations Prohibiting ..... 110
Discrimination ..... 110
11.21.14. Right-to-Know Law ..... 111
11.21.15. Other Damages ..... 111
11.21.16. Northern Ireland Certification ..... 111

11.21.17. Pandemic, Disaster or Emergency Performance ........ 112
11.22. Executive Orders ........ 112
11.22.1. Executive Order 481. Prohibiting the Use of Undocumented ........ 112
Workers on State Contracts ........ 112
11.22.2. Executive Order 130. Anti-Boycott ........ 112
11.22.3. Conflict of Interest and Executive Order 346. Hiring of State ........ 112
Employees By State Contractors ........ 112
11.22.4. Executive Order 444. Disclosure of Family Relationships with ........ 113
Other State Employees ........ 113
11.22.5. Executive Orders 523, 526, and 565 ........ 113
11.22.6. Laws and Regulations Prohibiting Discrimination and Human ........ 114
Trafficking 114
11.23. Supplemental Provisions ........ 114
11.23.1. Applicability ........ 114
11.23.2. Security Requirements ........ 114
11.23.3. Right-of-Way Safety Training Requirements ........ 116
11.23.4. Workplace Environment ........ 116
11.23.5. CONFIDENTIAL INFORMATION ........ 118
11.24. Federal Requirements ........ 120
11.24.1. Federal Transit Administration Required Clauses ........ 120
11.24.2. Fly America Requirements ........ 121
11.24.3. Buy America Requirements ........ 122
11.24.4. Charter Bus Requirements ........ 123
11.24.5. School Bus Requirements ........ 124
11.24.6. Cargo Preference Requirements ........ 124
11.24.7. Seismic Safety Requirements ........ 126
11.24.8. Special DOL Equal Employment Clause ........ 127
11.24.9. Energy Conservation Requirements ........ 127
11.24.10. Clean Water Requirements ........ 127

11.24.11. Bus Testing ... 128
11.24.12. Pre-Award and Post-Delivery Audits Requirements ... 129
11.24.13. Lobbying ... 132
11.24.14. Access to Records and Reports ... 133
11.24.15. Federal Changes ... 134
11.24.16. Clean Air ... 134
11.24.17. Recycled Products ... 135
11.24.18. Davis-Bacon and Copeland Anti-Kickbacks Acts ... 135
11.24.19. Contract Work Hours and Safety Standards Act ... 142
11.24.20. No Government Obligation to Third Parties ... 143
11.24.21. Program Fraud and False or Fraudulent Statements and Related Acts ... 144
11.24.22. Termination & Cancellation ... 144
11.24.23. Government-Wide Debarment and Suspension (Non-Procurement) ... 144
11.24.24. Privacy Act ... 146
11.24.25. Civil Rights Requirements ... 146
11.24.26. ADA Access Requirements ... 149
11.24.27. Breaches and Dispute Resolution ... 150
11.24.28. Patent and Rights in Data ... 150
11.24.29. Transit Employee Protective Agreements ... 153
11.24.30. Incorporation of Federal Transit Administration (FTA) Terms ... 154
11.24.31. Drug and Alcohol Testing ... 154
11.24.32. Transit Vehicle Manufacturer (TVM) Certifications ... 155
11.24.33. Metric Requirements ... 155
11.24.34. National Intelligent Transportation Systems (ITS) Architecture and Standards ... 155
11.24.35. Corridor Preservation ... 155
11.24.36. Veterans Employment ... 156
11.24.37. Safe Operation of Motor Vehicles ... 156
11.24.38. Air Quality / EPA and Fuel Economy ... 157
11.24.39. Federal Tax Liability and Recent Felony Convictions ... 157

11.24.40. Compliance with the National Defense Authorization Act ..... 158
11.25. Federal Requirements – Disadvantaged Business Enterprises ..... 158
11.25.1. Policy Statement ..... 158
11.25.2. Definitions ..... 159
11.25.3. Contractor Assurances ..... 159
11.25.4. Required Subcontract Provisions ..... 160
11.26. Terms & Conditions Signature ..... 160
**12. TECHNICAL RESPONSE ..... 161**
12.1. Technical Response Submission ..... 161
12.2. Technical Response Components ..... 161
12.2.1. RFP Attachment 1: Technical Response Cover Letter ..... 161
12.2.2. Signatures ..... 161
12.2.3. RFP Attachment 2: Technical Response Certifications ..... 161
12.2.4. RFP Attachment 3: DBE Certifications and Affidavits ..... 162
12.2.5. Signed Contract Terms and Conditions (RFP Section 11) ..... 162
12.2.6. Proof of Insurance ..... 162
12.2.7. Financial Statements ..... 162
12.2.8. Introduction ..... 162
12.2.9. RFP Attachment 4: Pre-Award Evaluation Data ..... 163
12.2.10. Technical Proposal, in the sections noted below: ..... 163
12.2.11. Exceptions, if any ..... 168
12.2.12. Promotional Literature ..... 168
**13. PRICE PROPOSAL ..... 168**
13.1. Price Proposal Submission ..... 168
13.2. Tax Exemption ..... 169
13.3. Price Proposal Components ..... 169

# 1. PROPOSAL INFORMATION

## 1.1. Invitation and Description of Work

The Massachusetts Bay Transportation Authority ("MBTA" or "Authority") seeks a stand-alone, non-vital overlay system to provide Green Line Train Protection. The primary functions of this system are to prevent train to train collisions and to stop Green Line Vehicles before they pass a Red Signal.

The MBTA's Green Line is a light rail system including both above ground and tunnel service and consisting of four branches (B, C, D, and E lines). Additional information about the service and schedule is available at www.mbta.com.

The system must be compatible with the four distinct Green Line vehicle models, three of which are currently in service.

This Request for Proposal will result in an award to a Contractor to:

- Design, integrate, manage, and supply a Green Line Train Protection System (GLTPS) for the MBTA's Green Line
- Manage, integrate, and install the GLTPS carborne kits and back-office equipment
- Manage and integrate wayside equipment; oversee the installation and commissioning by a third-party contractor. This includes but to limited to:
    - Prepare all bid documents, including contract documents with detailed plans, specifications and drawings and etc. for a competitive bid for the construction related to the wayside equipment installation in accordance with Massachusetts G.L. c. 30, §39M and all other applicable laws. All bid documents must be reviewed and approved by the MBTA.
    - Wayside installation drawings within the location-specific installation package shall be stamped, sealed, and certified by a Massachusetts Registered Professional Engineer for review and acceptance by MBTA.
- At the MBTA's option, procure the services of a qualified subcontractor(s) to complete construction activities related to the installation of wayside equipment in accordance with Massachusetts G.L. c. 30, §39M

The train protection system must be in accordance with Technical Specification VE-24-056 ("Technical Specifications" or "Specifications").

The Authority will implement the project in two (2) phases:

- Phase 1 will include initial deployment of a production-ready Warning System, providing audible and visual alarms to the operator, notifying the operator of an impending collision or violation.
- Phase 2 will include full deployment of an Avoidance System, having automatic train protection functionality, including train localization and speed enforcement, to prevent red signal overruns, train-to-train collisions, overspeed in permanent or temporary slow zones, and to protect workers in the right of way (ROW).

The procurement will be conducted in three (3) phases:

1. MBTA will evaluate responses based on the Pass/Fail Criteria and the Technical Evaluation Criteria. Only those that are in accordance with the specifications and submission requirements stated herein will be considered. Bidders may be required by the MBTA to provide an oral technical presentation as part of the technical evaluations.
2. From there, selected bidders will be invited to perform a Design & Production Readiness demonstration on MBTA property. Upon selection, the bidders will be compensated $135,000 for the allotted times listed below. For the awarded bidder, payment will be deducted from the amount due under the final contract. The selected bidders shall perform a preliminary design & production readiness demonstration by performing the following activities within a 5-month period:
   a. Limited wayside and fleet survey (1-month)
      i. Visit as many wayside locations as necessary to gauge the conditions of existing field equipment and evaluate potential interface points/methodologies for Phase 2.
      ii. Evaluate at least one car of each type (T7, T8, T9) to ascertain the ability to retrofit the vehicle with Phase 1 equipment and to assist in developing a design proposal for Phase 2.
   b. Design review with MBTA, 75% Phase 1 and 25% Phase 2 (2-months)
      i. Provide a detailed presentation on:
         1. Phase 1 proposed design and retrofit methodology based on the Bidder's proposed technology and the information obtained in the fleet survey. (75% of focus)
         2. Phase 2 design, installation, and interfaces based on the Bidder's proposed technology and the information obtained in the fleet and wayside surveys. (25% of focus)
   c. Demonstration of Installation and functionality, 4 vehicles (1 of each T7, T8, and 2 of T9) (2-months)
      i. Focused on Phase 1, provide a demonstration of retrofit installation of:
         1. One T7 car
         2. One T8 car
         3. Two T9 cars
      ii. Focused on Phase 1, using the retrofit vehicles in (i), provide a demonstration of the Warning functionality for impending violations and/or collisions with another vehicle with or without the retrofit.
      iii. Optionally, in support of the demonstration in (ii) or of Phase 2, provide a demonstration of wayside installation on the MBTA test track.
      iv. Optionally, if feasible, provide a demonstration of Phase 2 functionality.
3. Upon successful demonstration, the MBTA will evaluate Bidders' total proposals based on a combination of demonstrated system capabilities, demonstrated design and production readiness, Technical Evaluation Criteria, and Price Responses.

All GLTPS equipment shall be covered by a full all-inclusive 4-year warranty.

B. **Weight Factor.** Liquidated damages may be claimed by the Authority when the weight of the Carborne Kit, fully equipped, as shown by the weight ticket for each Carborne Kit, is in excess of the weight specified by the Authority in the Technical Specifications, modified only by such weight adjustments that may result from design changes requested by the Authority as reflected in Addenda or Change Orders. Liquidated Damages of fifteen dollars ($15.00) for every pound per Carborne Kit in excess of the referenced weight may be taken as a credit against the price of each Carborne Kit by the Authority.

C. **Material Availability**. The Authority may also assess liquidated damages during the warranty period in the event the Contractor fails to make available to the Authority an adequate quantity of materials, replacement parts or components necessary to correct defects in either the Authority's equipment or the equipment furnished by the Contractor, its subcontractors, materialmen or vendors. Whenever the Authority discovers a defect that is of such a nature as to require that a Carborne/Wayside Kit be withheld from passenger service, the Technical Project Manager or his designee will give notice the Contractor of the problem, and the Contractor must make available to the Authority such quantity of materials, replacement parts or components as may be reasonably needed to initiate effective corrective action within ten (10) days of notice from the Authority. If the Contractor fails to provide the material, parts or componentry within those ten days, the Authority shall assess against the Contractor an amount of fifty dollars ($50) per day per Carborne and one thousand dollars ($1000) per day per Wayside Kit for each and every day the Green Line Train Protection System is out of passenger service until such time as the Contractor initiates effective corrective action on such Carborne/Wayside Kit.

D. **Payment of Liquidated Damages.** The Authority may deduct from any money due to the Contractor at the time of any milestone payment or to become due to the Contractor at the time of final payment, a sum representing the then-accrued but unpaid liquidated damages. Such deductions shall not be considered a penalty, but as the agreed monetary damages sustained by the Authority because the Contractor was unable to provide Carborne/Wayside Kits that fully complied with the Contract factors described in the paragraphs of this subsection. If the remaining money due to the Contractor under the Contract is insufficient to cover the liquidated damages, the Contractor forthwith shall pay the remaining difference to the Authority. The payment of liquidated damages in no way affects or limits the Authority's rights which it may have at law or equity, including the right to collect damages as provided for in Section 11.9. The maximum percent for all liquidated damages shall not be in excess of 30% of the total Contract Value as adjusted through change order(s).

# 8. TECHNICAL SPECIFICATION

Technical Specification VE-24-056 and all TS Attachments is posted with this RFP on the Commonwealth of Massachusetts' COMMBUYS site, www.commbuys.com