# EXHIBIT H



Green Line Train Protection System
(GLTPS)
Technical Specification

VE-24-056

June 5, 2024



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

# 1    OVERVIEW

1.1    SCOPE .................................................................................................1-7

1.2    DEFINITIONS AND ABBREVIATIONS .............................................1-8

1.3    STANDARDS, CODES, AND SPECIFICATIONS ...............................1-8

1.4    TRADEMARKS ....................................................................................1-8

# 2    SYSTEM REQUIREMENTS ........................................................2-1

2.1    GENERAL DESIGN REQUIREMENTS ...............................................2-1

2.2    GENERAL FUNCTIONAL REQUIREMENTS .....................................2-3

2.3    ENCLOSURE DESIGN & INSTALLATION REQUIREMENTS.............2-8

2.4    WARNINGS, LABELING, NAMEPLATES, AND IDENTIFICATION ...........2-11

2.5    OPERATING ENVIRONMENT ...........................................................2-11

2.6    ELECTROMAGNETIC INTERFERENCE ..........................................2-13

2.7    PERFORMANCE REQUIREMENTS ..................................................2-15

# 3    CARBORNE REQUIREMENTS ..................................................3-1

3.1    GENERAL VEHICLE CONFIGURATION ............................................3-1

3.2    DESIGN PARAMETERS FOR CARBORNE EQUIPMENT ................3-2

3.3    CAB EQUIPMENT................................................................................3-3

3.4    VEHICLE POWER ...............................................................................3-5

3.5    CARBORNE EQUIPMENT DESIGN...................................................3-5

3.6    VEHICLE ELECTRICAL SYSTEMS AND TRAINLINES .................3-9

3.7    TRAINLINE AND SIGNAL ARCHITECTURE ..................................3-12

3.8    CARBORNE INTERFACE DOCUMENTATION ...............................3-13

3.9    CARBORNE INSTALLATION DOCUMENTATION ..........................3-13

3.10   EVENT RECORDER FUNCTIONALITY ..........................................3-14

# 4    WAYSIDE REQUIREMENTS....................................................4-1



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
Green Line Train Protection System Technical Specification
TABLE OF CONTENTS

4.1    INTRODUCTION ........................................................................................4-1

4.2    SITE SURVEY ..........................................................................................4-2

4.3    SIGNAL ASPECTS ...................................................................................4-2

4.4    WAYSIDE EQUIPMENT DESIGN ...........................................................4-2

4.5    POWER SUPPLY ......................................................................................4-4

4.6    WAYSIDE INTERFACE DOCUMENTATION .............................................4-4

4.7    WAYSIDE INSTALLATION DOCUMENTATION ........................................4-5

4.8    SPECIAL WAYSIDE INSTALLATION TOOLS ..........................................4-6

5    MATERIALS AND WORKMANSHIP .....................................................5-1

5.1    INTRODUCTION ......................................................................................5-1

5.2    JOINING AND FASTENING .....................................................................5-3

5.3    ELASTOMERS .........................................................................................5-7

5.4    VEHICLE WIRE AND CABLE ..................................................................5-9

5.5    WIRING ..................................................................................................5-16

5.6    WIRE AND CABLE CONNECTIONS ......................................................5-23

5.7    CONDUIT ...............................................................................................5-28

5.8    CONDUIT FITTINGS AND JUNCTION BOXES ......................................5-30

5.9    VEHICLE WIREWAYS ............................................................................5-31

5.10   WELDING AND BRAZING ......................................................................5-32

5.11   PAINTS AND COATINGS .......................................................................5-35

5.12   FLAMMABILITY, SMOKE EMISSION, AND TOXICITY REQUIREMENTS ...5-38

5.13   ELECTRICAL AND ELECTRONIC DESIGNS .........................................5-39

5.14   SEMICONDUCTOR STANDARDS .........................................................5-40

5.15   PRINTED CIRCUIT BOARD STANDARDS .............................................5-42

5.16   ELECTRICAL DEVICES AND HARDWARE ...........................................5-44

6    PROJECT MANAGEMENT ...................................................................6-1



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

6.1    PROJECT MANAGEMENT PLAN (PMP) ................................................................6-1

6.2    REQUIREMENTS ALLOCATION AND MANAGEMENT ..................................6-1

6.3    SCHEDULE AND DELIVERABLES ........................................................................6-2

6.4    DESIGN APPROVALS, CONTRACTORS DRAWINGS, DOCUMENTATION, AND DATA
REQUIREMENTS ................................................................................................................6-2

6.5    DESIGN REVIEW PROGRESSION ........................................................................6-7

6.6    SUBCONTRACTOR CERTIFICATION ..................................................................6-8

6.7    CORRESPONDENCE CONTROL ............................................................................6-8

6.8    RECORD DRAWINGS ..............................................................................................6-9

**7    SYSTEM SUPPORT** ....................................................................................................**7-1**

7.1    USER EDUCATION PROGRAM ..............................................................................7-1

7.2    MANUALS ..................................................................................................................7-9

7.3    PORTABLE TEST EQUIPMENT ............................................................................7-13

7.4    TOOLS AND SPECIAL TOOLS ............................................................................7-15

**8    IMPLEMENTATION** ..................................................................................................**8-1**

8.1    SAFETY TRAINING AND COMPLIANCE ............................................................8-1

8.2    SITE MANAGEMENT ..............................................................................................8-1

8.3    INSTALLATION, TESTING, AND SUPERVISION ..............................................8-2

**9    TESTING**

9.1    GENERAL ..................................................................................................................9-1

9.2    TEST PLANS, PROCEDURES, AND REPORTS ....................................................9-1

9.3    COMPONENT QUALIFICATION TESTS ..............................................................9-2

9.4    SYSTEM QUALIFICATION TESTS ......................................................................9-3

9.5    FACTORY ROUTINE TESTS ..................................................................................9-4

9.6    FACTORY ACCEPTANCE TEST (BACK-OFFICE) ............................................9-6

9.7    SITE ACCEPTANCE TEST (BACK-OFFICE) ......................................................9-6



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

9.8    FIELD TESTS ........................................................................................................... 9-6

9.9    SYSTEM DEMONSTRATION ................................................................................. 9-10

**10  SOFTWARE SYSTEMS ......................................................................... 10-1**

10.1    GENERAL ............................................................................................................. 10-1

10.2    SYSTEMS REQUIREMENTS ............................................................................... 10-1

10.3    SOFTWARE ......................................................................................................... 10-2

10.4    HARDWARE ........................................................................................................ 10-10

10.5    DELIVERABLES AND SCHEDULE ...................................................................... 10-11

10.6    SOFTWARE CONFIGURATION CONTROL ......................................................... 10-11

10.7    SOFTWARE MAINTENANCE AND RELATED TOOLS ......................................... 10-11

**11  QUALITY ASSURANCE ........................................................................ 11-1**

11.1    GENERAL ............................................................................................................. 11-1

11.2    QUALITY PROGRAM SCOPE AND OBJECTIVES ............................................... 11-1

11.3    QA MANUALS, PROCEDURES, AND PLANS ...................................................... 11-1

11.4    MANAGEMENT RESPONSIBILITY FOR QA PROGRAM ..................................... 11-2

11.5    INTERNAL QUALITY AUDITING .......................................................................... 11-2

11.6    CONTRACT REVIEW ........................................................................................... 11-2

11.7    DESIGN CONTROL .............................................................................................. 11-3

11.8    DOCUMENT AND DATA CONTROL ..................................................................... 11-3

11.9    CONTROL OF PURCHASED ITEMS AND SERVICES ......................................... 11-3

11.10  CONTROL OF CUSTOMER-SUPPLIED PRODUCTS ........................................... 11-4

11.11  PROCESS CONTROL .......................................................................................... 11-4

11.12  PRODUCT IDENTIFICATION AND TRACEABILITY ............................................. 11-4

11.13  CONTROL OF INSPECTION, MEASURING, AND TEST EQUIPMENT ................. 11-5

11.14  INSPECTION AND TEST STATUS ....................................................................... 11-5

11.15  CONTROLLING NONCONFORMING PRODUCTS AND SERVICES ..................... 11-5



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

11.16 CORRECTIVE AND PREVENTIVE ACTION................................................................11-5

11.17 USE OF STATISTICAL TECHNIQUES ..................................................................11-6

11.18 INSPECTIONS AND TESTS.................................................................................11-6

11.19 HANDLING, STORAGE, PRESERVATION AND DELIVERY ..................................11-8

11.20 CONTROL OF QUALITY RECORDS ....................................................................11-9

11.21 QUALITY ASSURANCE TRAINING ......................................................................11-9

11.22 SERVICING..........................................................................................................11-9

**12  SYSTEMS ASSURANCE ............................................................................12-1**

12.1   RELIABILITY, MAINTAINABILITY, SAFETY and HUMAN FACTORS .....................12-1

12.2   RELIABILITY .......................................................................................................12-1

12.3   MAINTAINABILITY ...............................................................................................12-5

12.4   SAFETY AND SECURITY CERTIFICATION PROGRAM .........................................12-7

**APPENDIX 1     VEHICLE INTERFACING................................................12-1**

**APPENDIX 2     TRACK GEOMETRY.......................................................12-2**

**APPENDIX 3     BOOK OF STANDARD TRACK PLANS .........................12-3**

**APPENDIX 4     MBTA STANDARD CABLE SPECIFICATIONS .............12-4**

**APPENDIX 5     TYPICAL SIGNALS LIGHTING CIRCUITS....................12-5**

**APPENDIX 6     VEHICLE CAB DRAWINGS...........................................12-6**

**APPENDIX 7     GREEN LINE VEHICLE PARAMETERS ........................12-7**

**APPENDIX 8     RFID TAGS ....................................................................12-8**

**APPENDIX 9     MBTA SAFETY DOCUMENTATION ..............................12-9**

**APPENDIX 10   CONTRACT DATA REQUIREMENTS LIST (CDRLS) ................12-10**



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

**APPENDIX 11    RULE BOOK AND CYBERSECURITY** ......................................... **12-11**

**APPENDIX 12    EVENT RECORDERS** ................................................................... **12-12**

**APPENDIX 13    VEHICLE MANUALS** ................................................................... **12-13**

**APPENDIX 14    REFERENCES** ............................................................................. **12-14**



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

# 1 OVERVIEW

## 1.1 SCOPE

1.1.1    This Technical Specification establishes and controls both the specific and general design parameters for the procurement of a train protection system for use on the Massachusetts Bay Transportation Authority (MBTA) Green Line.

1.1.2    Any requirements of this specification that relate to the following functionality shall be considered optional as dictated by RFP #80F-24.

1.1.2.1    Roadway Worker Protection (RWP)

1.1.2.2    Back-Office functionality (if not required by the functions in 1.1.3.1, 1.1.3.2, or 1.1.3.3).

1.1.2.3    Application Programming Interface (API)

1.1.3    The Green Line Train Protection System (GLTPS) shall be a stand-alone, non-vital overlay system with the primary functions:

1.1.3.1    Stopping Green Line Vehicles before they pass a Red Signal (or other Stop signal).

1.1.3.2    Speed enforcement of Green Line Vehicles to authorized speed limits.

1.1.3.3    Preventing train-to-train collisions on tracks used for passenger service.

1.1.3.4    Preventing incursions into roadway work zones.

1.1.4    The GLTPS shall not modify the underlying MBTA Green Line Signal System.

1.1.5    The system shall be applicable to all Green Line ROW (Right of Way) including mainline, dispatch, storage, siding, lead, inspection, or other tracks.

1.1.6    The system shall be applicable to all current (Type 7, Type 8, and Type 9) and planned (Type 10) Green Line vehicle types.

1.1.7    The Contractor shall provide Carborne, Wayside, and Back-Office equipment for the system.

1.1.8    The Contractor shall provide installation of all Carborne, Wayside, and Back-Office equipment for the system.

1.1.9    The Back-Office equipment shall be capable of, at a minimum:

1.1.9.1    Receiving secured events reports from individual vehicles (including slows, stops, or other events to be reviewed and approved by MBTA).

1.1.9.2    Receiving diagnostics reports (or other data) from individual vehicles and wayside locations.

1.1.9.3    Sending Temporary Speed Restrictions (or other data) to individual vehicles and/or wayside locations.

1.1.10    The Contractor shall be responsible for proper systems' integration.

1.1.11    The procurement shall be comprised of two phases:

1.1.11.1    Phase 1 will include initial deployment of a production-ready Warning System, only providing audible and visual alarms to the operator, notifying the operator of an impending collision or violation.

1.1.11.2    Phase 2 will include full deployment of an Avoidance System, having automatic train protection functionality, including train localization and speed enforcement, to prevent red

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 10 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**TABLE OF CONTENTS**

(or stop) signal overruns, train-to-train collisions, overspeed in permanent or temporary slow zones, and to protect workers in the ROW.

1.1.12   The Contractor shall provide Category 1 Safety Certification as outlined in the Safety & Security Certification Program Plan (SSCPP) in Appendix 9.

1.1.13   The Contractor shall ensure that each sub-contractor manufacturer of major equipment has a complete copy of this Technical Specification, inclusive of all appendices and that each sub-contractor manufacturer has access to referenced government and industry standards cited in this specification.

## 1.2   DEFINITIONS AND ABBREVIATIONS

1.2.1   Refer to RFP #80F-24.

## 1.3   STANDARDS, CODES, AND SPECIFICATIONS

1.3.1   This Specification references various industrial, commercial, military, government and other standards, codes and specifications (hereafter referred to as "standards").

1.3.2   The standards referenced in each Specification chapter are listed in Appendix 14.

1.3.3   Where no date or revision is specified, the standard in effect at the time of Contract NTP shall be used.

1.3.4   In some cases, the date or revision is an integral part of the standard name or number. In these cases, the cited standard is the version that was in effect at the time of Specification preparation.

1.3.5   In some cases, a superseded date or revision is intentionally cited. In these cases, this will be indicated by including "(later revisions exist)".

1.3.6   In some cases "cancelled", "obsolete", "not supported" or similar standards that have not been superseded or replaced by a current standard are cited. The "cancelled" or "obsolete" status of such standards does not invalidate the technical content of these standards, and such standards are intentionally cited.

## 1.4   TRADEMARKS

1.4.1   ASME® is a registered trademark of the American Society of Mechanical Engineers.

1.4.2   ASTM® is a registered trademark of the American Society for Testing and Materials.

1.4.3   AWS® is a registered trademark of the American Welding Society.

1.4.4   IEEE®, 802®, and National Electrical Safety Code® are registered trademarks of the Institute of Electrical and Electronics Engineers, Inc. A list of all IEEE registered trademarks can be found at http://standards.ieee.org/announcements/trademarks.html.

1.4.5   Other IEEE® standards herein have unregistered trademarks of the Institute of Electrical and Electronics Engineers, Inc. An example of the complete form of the citation with an unregistered trademark is IEEE Std 16™-2004.

1.4.6   NEMA® is the registered trademark and service mark of the National Electrical Manufacturers Association.

1.4.7   NFPA 70®, National Electrical Code®, and NFPA 130® are registered trademarks of the National Fire Protection Association.

1.4.8   The names of other standards organizations, companies, and products mentioned herein may be the trademarks of their respective owners.

1.4.9   This Technical Specification is not endorsed or approved by the owners of those trademarks.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

## 2  SYSTEM REQUIREMENTS

## 2.1  GENERAL DESIGN REQUIREMENTS

2.1.1    This Chapter establishes system performance, environmental and general design criteria for the Green Line Train Protection System (GLTPS). These requirements apply to all aspects of equipment design.

2.1.2    All of the Contractor's submittals to the MBTA concerning bills of materials, schedules and the submittals required by this Specification shall be approved prior to manufacturing and installation.

2.1.3    The GLTPS shall be designed and manufactured to operate successfully within the MBTA's environment (see Section 2.5) including tunnel systems, forested areas, multi-track configurations and the MBTA's existing communication infrastructure. Any additional infrastructure required for the GLTPS to operate shall be provided by the Contractor.

2.1.4    The GLTPS equipment provided shall allow for GLTPS protected operation of any single car from either end, such that all configurations of any size train consist will always contain a lead car protected by the GLTPS.

2.1.5    All GLTPS equipment shall be mechanically and electromagnetically compatible within themselves, with all trains in operation at the MBTA, with the existing MBTA signal system, with the MBTA communications systems, with other MBTA electronic equipment, and with equipment owned by neighbors of the MBTA along its Right of Way.

2.1.6    All GLTPS wayside equipment shall be non-intrusive towards the existing MBTA signaling equipment by avoiding the disarrangement of existing signal circuits, which would prompt additional retesting or verification of the existing signal system, unless approved by the MBTA.

2.1.7    All requirements identified herein shall be met. The Contractor shall identify and meet any other relevant requirements inherent in the Green Line operations and maintenance that are not obvious and are unique to the Contractor's equipment. If questions or conflicts arise within these Specifications, the MBTA shall be notified so that these issues can be resolved without impact to design and manufacturing schedules.

2.1.8    Subject to the maintenance intervals specified in Section 12 and also to the Contractor's recommended maintenance practices and industry-accepted operating procedures, the GLTPS shall be designed for a minimum service life of 15 years in the MBTA environment (see Section 2.5).

2.1.9    The GLTPS shall consist of Carborne equipment, Wayside equipment, and Back-Office equipment.

  2.1.9.1    The system shall provide complete hardware and software solutions.

2.1.10    The GLTPS shall not interfere with nor be negatively impacted by the existing Green Line Wayside RFID tags and associated antenna and/or tag readers currently being used for Automatic Station Identification (ASI). These tags, along with the Carborne reader, are manufactured by Transcore. The tag part numbers are AT5118, AT5115 and AT5415 (Appendix 8).

  2.1.10.1    The existing Wayside RFID tags are located on the Right of Way approaching and departing all Green Line platforms.

  2.1.10.2    See Appendix 8 for drawings depicting where current Tag Readers are located on the vehicles.

2.1.11    The GLTPS shall not interfere with nor be negatively impacted by the existing Green Line Train to Wayside communication systems and associated antennas and/or transmitters currently

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 12 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

being used for Automatic Vehicle Identification (AVI), Automatic Vehicle Location (AVL), and High Density Data Radio (HDDR).

2.1.12 The GLTPS shall not interfere with nor be negatively impacted by the existing MBTA Mobile Radio system and Automated Fair Collection (AFC) systems.

2.1.13 The GLTPS shall not interfere with nor be negatively impacted by existing wireless and cellular networks operated by service providers on the Green Line.

2.1.14 The GLTPS shall allow for complete independent (manual) operation of the vehicle and signal system should there be a complete loss, failure or absence of the Carborne or Wayside GLTPS equipment.

2.1.15 In the event of a complete loss, failure or absence of the GLTPS equipment on the Wayside, the Carborne equipment shall be configurable to do any of the following on a per signal basis:

   2.1.15.1 Stop the train prior to passing the failed GLTPS Wayside equipment, or

   2.1.15.2 Allow the train to continue past the failed GLTPS Wayside equipment unhindered, under complete independent (manual) operation without requiring the Carborne system to be bypassed.

   2.1.15.3 Any other system responses to be approved by the MBTA.

2.1.16 In the event of a complete loss or failure of the GLTPS Carborne equipment, a physical cutout functionality shall be provided to allow the train to continue operating unhindered, under complete independent (manual) operation.

2.1.17 The GLTPS shall be designed to follow fail-safe principles.

2.1.18 The GLTPS shall be designed to the fullest extent possible to prevent single point failures from causing an unsafe condition. The FMECA shall identify any potential single point failures.

2.1.19 The GLTPS shall be designed and constructed to be highly reliable and highly available. Refer to Section 12.2.1.

2.1.20 All Carborne equipment shall be as self-contained and independent from vehicle systems as possible to minimize the number and complexity of items integrated into the existing Green Line vehicles and Wayside.

2.1.21 All GLTPS equipment shall be integrated in a manner facilitating easy installation and testing.

2.1.22 The GLTPS shall include all of the control functionality embedded within the associated equipment to reduce system complexity of installation and improve inherent reliability.

2.1.23 The GLTPS Carborne equipment shall be as self-sufficient and isolated as possible limiting the potential for a negative impact to vehicle safety, availability, reliability or maintainability.

2.1.24 The GLTPS shall have its own power conversion and distribution system, as required, and not exceed the capabilities of the present Low Voltage Power Supply (LVPS) on each vehicle type. Refer to Appendix 7.

2.1.25 The GLTPS supplier shall submit, for MBTA approval, a Fault Management Plan (FMP) which shall list all of the parameters/faults to be data logged. [CDRL]

   2.1.25.1 The Fault Management Plan (FMP) shall differentiate between Carborne and Wayside equipment failures and shall describe the appropriate actions which will be annunciated to the Operator to allow the Operator to distinguish and act appropriately.

   2.1.25.2 The Fault Management Plan (FMP) shall assist a maintainer in identifying the faulty GLTPS equipment.

2.1.26 The GLTPS shall have its own protected diagnostics and troubleshooting functionality including retaining historical information showing events or faults since the last erasure of data (ninety

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 13 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

days, minimum). If the historical memory fills up, then the latest information shall overwrite the oldest information.

2.1.27   The Contractor shall propose a method to synchronize all Carborne, Wayside and/or back-office equipment data logs to ensure accurate records and to support incident investigation purposes for both above ground and below ground equipment locations.

2.1.28   The GLTPS shall be designed so that it has a minimal impact on the level of passenger service (headway and end-to-end run time) that is currently provided.

2.1.29   The GLTPS shall be capable of performing regardless of the train consist size or length, operating or track conditions.

2.1.30   The GLTPS (Carborne and Wayside) shall not violate the clearance limitations identified by MBTA drawing 160. (Appendix 3)

2.1.31   The GLTPS shall minimize the impact on passenger service during installation, testing and maintenance activities.

2.1.32   The Contractor shall prepare and submit survey plans for MBTA review and approval.

   2.1.32.1   The Contractor shall prepare and submit a fleet survey plan for MBTA review and approval. [CDRL]

   2.1.32.2   The Contractor shall prepare and submit a site survey plan for MBTA review and approval. [CDRL]

2.1.33   The Contractor shall prepare and submit the results of the surveys for MBTA review and approval.

   2.1.33.1   The Contractor shall prepare and submit the results of the fleet surveys for MBTA review and approval. [CDRL]

   2.1.33.2   The Contractor shall prepare and submit the results of the site surveys for MBTA review and approval. [CDRL]

## 2.2   GENERAL FUNCTIONAL REQUIREMENTS

2.2.1   The GLTPS shall monitor all existing Wayside automatic block (ABS), interlocking (controlled and noncontrolled) and station signals on the Green Line.

2.2.2   The GLTPS shall communicate the displayed signal aspects of the monitored Wayside signal to approaching trains.

   2.2.2.1   The communication system shall tolerate the transition timing between signal aspect changes.

   2.2.2.2   If the Wayside system determines a "dark signal" condition in the event that the signal is not illuminated, then a "dark signal" aspect should be communicated to the vehicle and the most restrictive aspect of this signal should be enforced.

   2.2.2.3   If communication fails between the vehicle and wayside, then the most restrictive aspect of that signal should be assumed by the vehicle.

   2.2.2.4   If the Wayside system determines that an invalid aspect is displayed on a signal, then the most restrictive aspect of this signal shall be communicated to the train.

2.2.3   The Carborne equipment shall determine vehicle speed and location.

2.2.4   The Carborne system shall be configurable to allow for different system responses (as approved by the MBTA) for each possible signal aspect.

2.2.5   If the Carborne system receives communication from the Wayside that the train is approaching a STOP aspect, the Carborne equipment shall notify the operator of an upcoming STOP



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

condition via visual and audible alarms, and monitor the position of the train with respect to distance from the STOP (distances and timing characteristics to be approved by the MBTA as part of the SFD).

2.2.6    If the Operator does not initiate braking in sufficient time to ensure the train is brought to a complete stop prior to passing the STOP aspect, the Carborne system shall request a STOP and continue to annunciate the audible and visual alarms to indicate this state to the Operator.

2.2.7    If the train is approaching a STOP aspect that remains STOP, the STOP request shall remain in effect until the train has come to a complete stop and the Operator has pressed the acknowledge switch.

2.2.8    If the train is approaching a STOP aspect that changes to a more permissive state after the system has requested the STOP, the system shall release the STOP request and silence/clear all alarms (both audible and visual) either immediately or after the Operator has first acknowledged the STOP request (to be approved by the MBTA).

2.2.9    If the train is approaching a signal more permissive than STOP that changes to STOP in front of the train while below the calculated braking distance of that vehicle, the system shall request STOP to bring the train to a stop.

   2.2.9.1    If the train does violate the STOP and enter the protected block, as per the above scenario, the Carborne system shall:

      2.2.9.1.1    Not release the STOP request until the train has come to a complete stop and the Operator has pressed the acknowledge switch.

      2.2.9.1.2    Not enforce the indication of the aspect in the protected block if more permissive than STOP.

      2.2.9.1.3    Enforce a restricted speed limit of 10mph until next signal unless lower speed limits exist.

2.2.10    The system shall include a mechanism for handling an out-of-service signal such that the system will not enforce a STOP when that signal is approached.

2.2.11    The GLTPS shall include a Collision Warning function to provide audible and visual warnings to the Operator of an impending collision when allowable separation distances between trains are violated.

2.2.12    The GLTPS shall include a Collision Avoidance function to monitor the Collision Warning status and intervene if necessary in the event that allowable separation distances are violated.

2.2.13    The Collision Warning functionality shall be in operation at all times, and on all sections of the Green Line Right of Way.

2.2.14    The Collision Warning functionality shall be provided by hardware and software located on board the train, wayside and back-office (if applicable), and shall have the following characteristics:

   2.2.14.1    It shall monitor the distance to the rear of a leading train consist on the line.

   2.2.14.2    It shall differentiate between trains on the same track and trains on adjacent tracks so as not to cause interruptions of revenue service for trains that are passing or in close proximity on adjacent tracks such as in yards.

   2.2.14.3    It shall determine the allowable train separation based on safe braking distance.

   2.2.14.4    It shall be maintained in case of loss of active communication to another train, or wayside devices.

   2.2.14.5    It shall allow for the MBTA to continue the practice of Double Berthing by allowing a train to pull up behind another train per MBTA standard operating procedure.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.2.14.6    It shall take priority over the Stop Signal Violation protection in the event that a collision is imminent prior to where the train would stop for the next STOP aspect.

2.2.14.7    Optionally, the Collision Warning functionality may include obstacle detection which will warn the operator of potential collision with a defined list of obstacles (such as motor vehicles and pedestrians).

    2.2.14.7.1    If this functionality is provided, the Contractor must provide an "Obstacle Acknowledge" button for the Operator to override any Collision Avoidance activated by this feature, to avoid false positive nuisances. This button must be easily reached by the Operator during normal vehicle operations.

2.2.14.8    The Collision Warning functionality shall comply with the following performance requirements:

    2.2.14.8.1    In normal operation it must not have a false negative of the following kind:

        2.2.14.8.1.1    When the train is operated at posted speed, it fails to detect within safe braking distance a Green Line train that is stopped ahead on a track without MBTA Signal System.

        2.2.14.8.1.2    When the train is operated at posted speed, it fails to detect within safe braking distance a Green Line train that is stopped ahead at a station platform.

    2.2.14.8.2    It must not cause more than one false positive warning per 62 train-service miles (100 train-service kilometers).

    2.2.14.8.2.1    A false positive warning is a warning that is not caused by an impending collision.

2.2.15    The Collision Avoidance functionality shall prevent train to train collisions in the event that two trains are in the same protected block or could potentially enter the same protected block and are within a close enough distance to cause a potential collision.

2.2.16    In case the Collision Warning solution proposed by the Contractor may generate false positive warnings, the Contractor may provide a Collision Avoidance override functionality to mitigate the potential effect on service reliability by avoiding unintended stopping, if approved by the MBTA.

2.2.16.1    The override must only apply to the object that caused the announced warning, without impeding the detection of other obstacles.

2.2.16.2    The override functionality allows the operator to cancel the collision avoidance, including cancelling the impending stop.

2.2.17    The GLTPS shall be activated in the lead cab. A cab shall be considered a lead cab when the cab's transfer switch is in the OPERATE position, regardless of the position of the other control transfer switches within that cab.

2.2.17.1    The vehicle's control system is designed with interlocks between transfer key switches which prevents more than one cab in the same vehicle or train consist from simultaneously placing the transfer key switches into the OPERATE position.

2.2.17.2    It is however possible that more than one transfer key switch in a train is in the OPERATE position such as after coupling two vehicles. To establish a lead cab in this scenario, one cab's transfer key switch must be moved out of the OPERATE position.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.2.18   As part of GLTPS system, the Contractor shall provide the MBTA a secure software-based application programming interface (API) to read and write data from the solution in real time. The Contractor will provide an API reference and documentation that describes all possible API actions and how to use them. The API shall have the following characteristics:

2.2.18.1   All data provided by the API shall also be available through a physical I/O port onboard the vehicle. It is required that real time train location, vehicle speed and alarms would be available for future systems onboard.  Data could be broadcasted or available by request from the other carborne systems. The Contractor will determine the physical and logical interface for this functionality.

2.2.18.2   The API shall allow MBTA to read real-time data (with a typical latency of less than 2 seconds at a 5 second frequency) from the onboard solution. This should include real-time train location, current vehicle speed, alarms, events, issued speed limits, active work sites and other relevant information for MBTA staff to monitor the service delivery.

2.2.18.3   The API shall provide a mechanism for the MBTA to access historical data and logs from the system (e.g., historical speeds, events, signal state). This may be through the API or another approved mechanism.

2.2.18.4   If the proposed system utilizes operator log-in, such data must be recorded and be accessible through the API.

2.2.18.5   In general, any action that an MBTA offboard user can make through a graphical user interface should also be possible through a "write" action in the API.

2.2.19   The GLTPS shall include a Daily Safety (Departure) Test which shall test all alarms, indicators, antennas, radios, and the traction/brake interface. The sequence of steps and duration of the Daily Safety Test shall be submitted to the MBTA for review and approval as part of the SFD.

2.2.20   The GLTPS shall be designed to detect the number of cars in the consist for use in speed enforcement, or to manually input actual train length if approved by the MBTA.

2.2.21   The GLTPS shall provide functionality for real time supervision and enforcement of Authorized Speed.

2.2.21.1   The GLTPS shall supervise and enforce, by slowing the vehicle, the allowable speed based on the Carborne braking profile. The Carborne braking profile shall provide overspeed detection and prevention to prevent overspeed at civil curves, switches, platforms and/or other identified locations where a train should proceed through the protected area at a slow speed, called permanent speed restrictions (PSR). The Contractor shall submit the Authorized Speed functionality for approval by the MBTA as part of the SFD.

2.2.21.2   PSRs shall be initially set by the Contractor and configurable by the MBTA for future system updates.

2.2.22   The GLTPS shall provide functionality allowing real time supervision and enforcement of Temporary Speed Restrictions (TSR), either posted on the wayside or verbally communicated via radio.

2.2.22.1   TSRs shall be configurable based on chainage, landmarks, track circuits, or other points defined by the MBTA.

2.2.22.2   A TSR database shall be updatable in real time by OCC through the software API.

2.2.22.3   The GLTPS shall dynamically modify the enforced speed limit for the necessary section of the line, when a TSR is created, and automatically slow the vehicle, when necessary, to enforce temporary slow speed limits. The Contractor shall submit the functionality of real time supervision and enforcement of TSRs for approval by the MBTA as part of the SFD.


2.2.23    The GLTPS shall include real-time functionality for ROW Protection for Work Crews and Equipment. The GLTPS shall protect workers and equipment on the Right of Way in up to twenty (20) unique worksites on the Green Line at any one time.

2.2.23.1    A worksite database shall be updatable in real time by OCC through the software API.

2.2.23.2    The Contractor shall submit the functionality for ROW protection per MBTA rule book for approval by the MBTA as part of the SFD.

2.2.24    The GLTPS shall provide means to display the following information to the vehicle Operator:

2.2.24.1    The enforced speed limit; this is the speed that is currently being enforced by the GLTPS.

2.2.24.2    The supervised train speed; this is the current train speed acquired or calculated by the GLTPS.

2.2.24.3    The train speed shall be displayed in such a manner that the speed displayed on the existing speedometer does not interfere with the safe and reliable operation of the train.

2.2.24.4    The speedometer design approach shall be submitted to and approved by the MBTA during the Preliminary Design Review. Optional approaches shall be:

2.2.24.4.1    Replace the existing speedometer with a new form-fit speedometer. This option is not available for the Type 10 vehicle type.

2.2.24.4.2    Disable the existing speedometer and design a new cab arrangement and display. This option is not available for the Type 10 vehicle type.

2.2.24.4.3    Integration of the information into the existing Train Operator Display (TOD). This option is only available for the Type 10 vehicle type.

2.2.24.4.4    Alternative solution proposed by the Contractor, to be approved by MBTA.

2.2.25    The GLTPS shall provide visual and audible alarms indicating to the Operator that the train speed has exceeded the enforced speed by a software adjustable amount.

2.2.26    As part of the speed enforcement functionality, GLTPS settings and functionality shall be coordinated with the overspeed protection and settings of the vehicles' control systems (see Section **Error! Reference source not found.**).

2.2.27    As part of the speed enforcement functionality, in case the train supervised speed has exceeded the enforced speed by a software adjustable amount and/or for a software adjustable time, the GLTPS shall automatically slow the vehicle.

2.2.27.1    Once the train speed falls below the enforced speed by a software adjustable amount or/and for a software adjustable time, the Carborne system shall be configurable to perform any of the following actions:

2.2.27.1.1    Release the SLOW request.

2.2.27.1.2    Not release the SLOW request until the Operator has acknowledged the request.

2.2.27.1.3    Release the SLOW request once the train has come to a complete stop, the Operator has acknowledged the request, and a configurable amount of time (timer to range from 0 to 2 minutes) has elapsed since the train has come to a complete stop (No Motion). The train shall then be permitted to proceed forward.

2.2.27.1.4    An alternative to the above options, to be approved by the MBTA.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

## 2.3   ENCLOSURE DESIGN & INSTALLATION REQUIREMENTS

2.3.1   The GLTPS equipment design and mounting shall prevent tampering with, vandalizing or theft of equipment. If locks are used to prevent unauthorized access, locks and keys shall be as approved by the MBTA.

2.3.1.1   If applicable, 200 copies of each key type shall be provided by the Contractor for any key types not currently in use on the Green Line.

2.3.2   Carborne and Wayside equipment boxes shall be mounted to allow space for maintenance of these new boxes or any existing boxes.

2.3.3   Doors shall be provided where access to lights, switches, breakers, or maintenance indicators is required.

2.3.4   Access panels secured with captive fasteners may be provided instead of doors if maintenance cycles are planned at one year or greater intervals.

2.3.5   All equipment shall be designed for ease of handling. Protective guards, legs, or similar devices shall be provided on each component that is required to be removed for preventive maintenance or corrective maintenance.

2.3.6   Components shall be arranged by function and grouped to simplify diagnostic procedures and facilitate replacement.

2.3.7   Components at all levels of assembly and subassembly shall be mounted so that the mounting hardware is completely accessible with standard tools. All mounting hardware shall be hex head bolts of an appropriate size.

2.3.8   Wire harnesses, support brackets and other appurtenances shall not obstruct mounting hardware.

2.3.9   Replaceable components shall not be "stacked" in such a way that one component must be removed to access another.

2.3.10   Terminal board hardware for terminals of the same size range shall be standardized.

2.3.11   All GLTPS equipment shall be grounded in accordance with Section 5.6.6.

2.3.12   Carborne exterior equipment enclosures and their covers shall be constructed of high strength, low alloy steel, or stainless steel or fiberglass reinforced plastic (FRP).

2.3.13   Wayside boxes shall be constructed of high strength, low alloy steel, or stainless steel.

2.3.14   Enclosures shall have continuous welds.

2.3.15   Refer to Sections 3.5.2 and 3.5.3 for Carborne equipment ingress protection requirements.

2.3.16   All Wayside equipment enclosures shall be constructed to NEMA 250, Type 4X standards, and as described below.

2.3.17   Covers shall have folded edges that overlap the box opening lip by at least 0.375 in (9.5 mm) with the cover fully secured.

2.3.17.1   The folded edges shall be completely welded at the corners.

2.3.17.2   The cover edge may also serve as the clamp bearing surface.

2.3.18   Seals shall be attached and retained in a channel near the periphery of the cover or to the enclosure opening lip.

2.3.19   Seals shall be closed-cell neoprene foam with a solid or hollow cross section at least 0.375 in (9.5 mm) thick and shall remain resilient and watertight for at least 10 years. The seal shall be compressed no more than 50% with the cover securely fastened.

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 19 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.3.20    EMI gasketing with continuously conductive contact strip shall be installed on all equipment boxes and covers for all equipment that could produce RF.

2.3.21    GLTPS equipment installed in boxes shall not be attached directly to the box by bolts or other fasteners through the enclosure walls, top sheets or bottom sheets. They shall be attached to standoffs or sub-plates, which are welded to the box. One-half inch clearance shall be provided between the exposed sides and covers of the equipment enclosure and the internal equipment to protect the internal equipment from damage due to minor impacts.

2.3.22    All Carborne roof-mounted and Wayside equipment enclosures requiring a lift plan shall have integral lifting lugs to accommodate both sling hooks and clevises.

### 2.3.23    Access Cover and Maintenance Access Requirements:

2.3.23.1    For Carborne equipment enclosures, cover latches shall be stainless steel spring tensioned, draw type latches, with an over-center lock, and an additional secondary lock. The latches and latch catches shall be arranged so that they do not protrude beyond the top or bottom of the box or cover in the latched position. The latches shall not violate the vehicle dynamic clearance outline if disengaged.

    2.3.23.1.1    The latches shall be adjustable to compensate for seal relaxation and considering the worst-case condition of a missing seal. In this extreme case, the range of latch adjustment must be sufficient to hold the cover firmly to the box without rattling.

2.3.23.2    A spring-loaded safety catch shall be provided at the center of each carborne underfloor or roof box cover.

    2.3.23.2.1    The safety catch shall be designed to retain the cover within the vehicle dynamic clearance envelope at all operating speeds without the cover latches engaged.

    2.3.23.2.2    The safety catch shall automatically engage when a cover is released from an opening angle of 30 degrees or more.

2.3.23.3    Underfloor Carborne equipment enclosures shall be provided with top-hinged access covers on the outboard side and, if required, the inboard side. Inboard covers shall swing open to the maximum extent possible, but in no case less than 60 degrees.

2.3.23.4    When roof-mounted Carborne equipment covers are the top of the enclosure, the covers shall be hinged on their inboard edges such that:

    2.3.23.4.1    It shall be possible to open a cover 180 degrees.

    2.3.23.4.2    It shall be possible to open and close "back-to-back" covers simultaneously and engage or disengage the hold-open mechanisms in any sequence.

2.3.23.5    When roof-mounted Carborne equipment covers are the side of the enclosure, the covers shall be hinged on their top edges such that the cover opens 270 degrees and remains open without a hold-open device.

2.3.23.6    Hinges shall be separable by retracting spring extended hinge pins to allow removal of covers.

2.3.23.7    Access openings provided upon removal of covers shall be of sufficient size to permit removal and replacement of any component in the box and unimpeded access to equipment in the box for inspection and maintenance.

2.3.23.8    All GLTPS equipment enclosure covers shall have a hold-open feature.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.3.23.8.1    The hold-open feature shall in no way interfere with or impede the removal or replacement of the cover, nor shall the hold-open mechanism present the possibility of shorting or grounding internal electrical parts when the cover is opened or closed.

2.3.23.8.2    The hold-open feature of underfloor covers shall hold the cover open at 90 degrees.

2.3.23.8.3    The hold-open feature of roof-mounted covers shall hold the cover open at approximately 80 degrees and prevent the cover from opening beyond 90 degrees when engaged.

2.3.23.9    All GLTPS equipment enclosure covers more than 3 feet wide shall have two handholds arranged about the center of gravity of the cover. The handholds shall not accumulate debris or moisture. The covers shall be arranged so that only one person is required to open, remove, install, close, and latch any cover, regardless of size. Adequate clearances for all handholds, latches, and other appurtenances shall be provided so that a person wearing gloves is not hindered.

2.3.23.10    Doors, covers, and access panels on underfloor or roof GLTPS carborne equipment enclosures shall be interchangeable between boxes of the same size and type within a vehicle and between vehicles.

## 2.3.24    Environmental Sealing

2.3.24.1    Seals shall be retained without the use of adhesive.

## 2.3.25    Adjustments

### 2.3.25.1    Electrical Adjustments

2.3.25.1.1    Provisions for electrical adjustments shall be approved prior to being included in a circuit. Stable components, tight tolerances, and drift compensation, and temperature compensation circuits shall be used wherever possible to avoid the need for adjustment. Adjustments using select-in-test or variable components will not be permitted.

2.3.25.1.2    Where adjustable components are approved, they shall be sealed to preserve the adjustment and identify calibrated assemblies. Sealing materials shall be non-caustic, durable, breakable for readjustment, and shall provide visual indication when broken. The sealing material shall not obscure any adjustment markings.

### 2.3.25.2    Mechanical Adjustments

2.3.25.2.1    MBTA anticipates that there will be no required mechanical adjustments to achieve functionality.

2.3.25.2.2    Where car body manufacturing variation exists affecting component or equipment installation, transition plates/brackets shall be designed and installed so that the Carborne equipment can be installed on any car class without mechanical adjustment or as approved by the MBTA.

### 2.3.25.3    Software Adjustments

2.3.25.3.1    System performance controlled by software shall be adjustable per OPF (see Section 10.3.2.6) and the API. The values of all constants, coefficients, variable defaults, and other parameters that determine performance shall be stored as parameters in files separate from the software and shall reside in non-volatile memory.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.3.25.3.2    Parameter values shall be in decimal notation and expressed in customary (engineering) units.

2.3.25.3.3    Password or similar security provisions shall be made to prevent unauthorized parameter changes, and shall be as approved by the MBTA.

2.3.25.3.4    Parameter adjustment features shall not allow adjustment beyond safe and reasonable limits.

2.3.25.4    **User Adjustments**

2.3.25.4.1    Adjustable parameters for user preferences shall be provided for all Human Machine Interface (HMI) settings.

## 2.4   WARNINGS, LABELING, NAMEPLATES, AND IDENTIFICATION

2.4.1    All GLTPS controls and devices intended for MBTA personnel use shall be clearly labeled with text.

2.4.2    GLTPS circuit breakers, bypass switches, and other panel-mounted devices shall be labeled by engraving into the panel on which they are mounted, or other approved means. Painted, silk screened, or adhesive applied labels will not be permitted.

2.4.3    All test points, fault indicator modules, wire junctions, pipes, tubes, and wires shall be identified as required by Section 5.5.5.

2.4.4    All equipment and components, including hidden devices, shall be labeled with engraved or embossed stainless-steel plates where feasible. Refer to Section 6.4.1.8.

2.4.5    All equipment enclosures and LRUs shall have a manufacturer's identification label.

2.4.5.1    The manufacturer's identification label shall contain the manufacturer's name, the equipment part number, serial number, and other information as necessary or required for the equipment.

2.4.5.2    This information shall also be provided in a scannable format per MBTA approval.

2.4.6    All equipment boxes and compartments shall be labeled in compliance with 29 CFR 1910.145 and ANSI Z535.x 2016 with appropriate signal words and major messages.

2.4.6.1    The major message or messages shall be represented with both English written text and pictographs.

2.4.6.2    Equipment boxes and compartments containing AC or DC voltage above 50 volts nominal shall be labeled with the signal word "DANGER" and the major message "HIGH VOLTAGE" followed by a listing of the voltage levels contained inside the equipment box or compartment.

## 2.5   OPERATING ENVIRONMENT

### 2.5.1   Right-of-Way

2.5.1.1    The MBTA's track geometry data will be made available to the Contractor.

2.5.1.1.1    The Contractor shall verify the integrity of the data provided by the MBTA.

2.5.1.1.2    If the data provided to the Contractor is insufficient for the Contractor's needs, the Contractor may conduct additional surveys to obtain the necessary data.

2.5.1.2    The MBTA's "Maintenance of Way Book of Standard Trackwork Plans" is provided in Appendix 3.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.5.1.3    The rail types in use on the Green Line include those listed in Book of Standard Trackwork Plans, 85 # ASCE tee rail, 100 # ARA-B tee rail, 128 # ER-7 girder rail, 62R1 (NP 4aM) girder rail and GGR118 girder rail provided in Appendix 3.

2.5.1.4    115 RE rail includes rail originally manufactured with a 10-inch head radius and originally manufactured with an 8-inch head radius.

2.5.1.5    MBTA is continuously evaluating and testing new track materials not listed in the above references. At NTP and throughout the project, MBTA will inform the Contractor of track materials under evaluation.

2.5.1.6    The Green Line clearance envelope is defined by drawing 160 within the Book of Standard Trackwork Plans (Appendix 3).

2.5.1.6.1    The clearance envelope defined for the Type 10 procurement shall be provided by the MBTA as an addendum to this specification.

## 2.5.2   Anticipated Climatic Conditions

2.5.2.1    The equipment shall be capable of operating at the specified performance levels, without impairment resulting from the natural or induced environmental conditions within which the MBTA intends to operate the vehicles in passenger service.

2.5.2.2    The following climatic factors shall be used as design guidelines and shall be considered operational requirements. Actual localized temperatures and conditions within, under and above the carbody may be more severe than the ambient climatic conditions. The Contractor shall be responsible for evaluating these conditions during its design effort.

2.5.2.3    The Contractor shall advise the MBTA if there are any special environmental factors not listed below within which its equipment may be sensitive.

2.5.2.4    The Contractor shall insure that no equipment damage occurs during manufacture, storage, and shipment as a result of climatic conditions which fall outside the ranges of those below.

2.5.2.4.1    Minimum ambient air temperature, external to equipment: -20° F (-28.9° C)

2.5.2.4.2    Maximum ambient air temperature, external to equipment: 120° F (48.9° C)

2.5.2.4.3    Minimum relative humidity: 5%

2.5.2.4.4    Maximum relative humidity: 100%

2.5.2.4.5    Maximum rainfall rate: 4 inches (101 mm) per hour

2.5.2.4.6    Maximum snowfall rate: 5 inches (127 mm) per hour

2.5.2.4.7    Maximum snow accumulation: 18 inches (457 mm)

2.5.2.4.8    The vehicles operate in water up to 3 inches (76 mm) above the TOR at speeds up to 25 mph (40 km/h).

2.5.2.4.9    The vehicles operate in loose snow 5 inches (127 mm) above the TOR on level track at speeds up to 35 mph (56 km/h).

2.5.2.4.10    Maximum sustained wind: 40 mph (64 km/h)

2.5.2.4.11    Maximum gusting wind: 70 mph (113 km/h)

2.5.2.4.12    The vehicles operate under the dust, trash, and leaf accumulation and subway tunnel dust (up to 85% metallic) conditions experienced on rights of way in the MBTA's service area.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

## 2.6   ELECTROMAGNETIC INTERFERENCE

### 2.6.1   General Requirements

2.6.1.1    The installed Carborne equipment and Wayside equipment shall not be capable of any operation that causes unsafe conditions in the signal system. All transmission signal frequency allocations shall be approved.

2.6.1.2    The Contractor shall conduct a comprehensive Electromagnetic Compatibility (EMC) design and test program to ensure that equipment electromagnetic emissions comply with the emission limits specified within this Specification. The installed Carborne equipment and Wayside equipment electromagnetic emissions shall also comply with applicable portions of FCC Regulations, and 47 CFR, including those related to FCC OET Bulletin 65.

2.6.1.2.1    Compliance with these regulations must be demonstrated by the Contractor prior to any equipment use on MBTA property.

2.6.1.2.2    It shall not be necessary to obtain an FCC waiver for any frequencies used by the GLTPS as part of this project.

2.6.1.3    The requirements of this section apply to the Contractor and any of its subcontractors who are supplying equipment that may be a source of EMI or may be susceptible to EMI.

2.6.1.4    The Contractor is responsible for managing the EMC activities of its subcontractors.

### 2.6.2   Electromagnetic Compatibility Plan

2.6.2.1    The Contractor and its Subcontractors shall develop Electromagnetic Compatibility Plans (EMCP) in accordance with APTA SS-E-010-98. The Contractor's plan shall address how it intends to manage its subcontractors. Draft EMCPs shall be submitted for approval at PDR. [CDRL] The Contractor and its Subcontractors shall conduct and document activities described in their approved EMCPs.

2.6.2.2    The plans shall ensure that proper emphasis will be placed on the control of interference, and adequate attention given to interface and FCC requirements from the earliest stages of equipment design. The Contractor's EMC and electromagnetic interference (EMI) control and test plan shall describe the Contractor's approach to ensure that the specified equipment EMC and EMI requirements are met. The MBTA approval of the Contractor's EMC documents does not relieve the Contractor from the requirement to provide equipment that functions properly in the MBTA transit system environment.

2.6.2.3    To contain EMI emissions wherever possible, the suppression of transients shall be at the source of the transient. The following design requirements shall be included in the EMC control plans:

2.6.2.3.1    Suppressors shall be incorporated across inductive devices to minimize switching transients.

2.6.2.3.2    All magnet valves and relay and contactor coils shall have freewheeling diode or metal-oxide varistor transient suppression. Other means of suppression or the absence of suppression for performance reasons shall not be used without the approval of the MBTA prior to use.

2.6.2.3.3    Equipment design and enclosures shall shield equipment from any effects resulting from the operation of an MBTA or rescue handheld transceiver when said transceiver is within 18 inches (457 mm) of the enclosure.

2.6.2.3.4    Equipment design and enclosures shall shield equipment from any effects resulting from the operation of cellular telephones (including Bluetooth and Wi-



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

Fi), as well as when said telephones are operated within the vehicle and anywhere on the Wayside.

2.6.2.3.5    Equipment design, wiring techniques, and enclosures shall shield the system to prevent the system from causing undesired effects to external equipment and systems, with particular emphasis being placed on safe operation with the signal and communications systems. Operational sensitivities of the signal and communications systems shall be confirmed by the Contractor and interference free operation based on design goals and test confirmation shall both be requirements of this program.

## 2.6.3    Methods and Equipment

2.6.3.1    The Contractor shall employ design techniques, construction methods, and utilize whatever equipment is required to prevent interference caused by internal sources from affecting the proper operation of vehicle systems.

2.6.3.2    Shielding, isolating, balancing, and grounding shall be used, as required, to reduce the undesirable effect of interference.

2.6.3.3    Electrostatic and magnetic shielding methods shall be employed to minimize the effect of stray signals and transient voltages on interconnecting cables.

2.6.3.4    Interconnecting power and signal cables shall be physically separated.

## 2.6.4    Emissions Tests and Limits

2.6.4.1    The Contractor and its Subcontractors shall perform EMC tests as specified in Section 9.3.4 and confirm compliance with the limits specified below.

2.6.4.2    Meeting the emission limit requirements in Section 9.3.4 does not guarantee elimination of interference when installed on the vehicle or wayside. The Contractor shall be responsible for ensuring that the GLTPS equipment is not interfering with the train or surrounding wayside environment and that the GLTPS equipment is not negatively affected by the vehicle or wayside environment/equipment.

## 2.6.5    Safety Provisions

2.6.5.1    The Contractor shall analyze hazards related to EMI in the PHA and SHA, demonstrating that the MBTA GLTPS is protected against hazards due to EMI.

## 2.6.6    EMC Design Report

### 2.6.6.1    Emissions

2.6.6.1.1    The Contractor shall submit a completed Emissions Report for approval at Critical Design Review (CDR). [CDRL] The Emissions Report shall document the design provisions to include the following:

2.6.6.1.1.1    EMC emission control methods, including equipment layout, circuit routing, frequency coordination and stability, filters, interconnections, grounding, and shielding. The method shall conform to IEEE Standard 1100-2005, IEEE Recommended Practice for Powering and Grounding Electronic Equipment, unless otherwise approved. All wires and cables shall be classified into groups, and rules for physical separation of classes shall be included in the control plan.

### 2.6.6.2    Susceptibility

2.6.6.2.1    The Contractor shall control Carborne and Wayside equipment susceptibility to achieve EMC.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 2 SYSTEM REQUIREMENTS**

2.6.6.2.2     The Contractor shall submit a completed Susceptibility Report for approval at CDR. [CDRL] The Susceptibility Report shall be updated as field tests are conducted, and include:

2.6.6.2.2.1     EMC susceptibility control methods, including equipment layout, equipment enclosure design, circuit routing, frequency coordination and stability, filters, interconnections, grounding, and shielding.

2.6.6.2.3     The Contractor shall demonstrate freedom from Radio Frequency (RF) susceptibility by performing Lab Tests on complete individual sub-systems and assemblies, and field test, in accordance with Section 9.3.4.3.

2.6.6.2.4     The Susceptibility Report shall describe the equipment protections as well as any restrictions on equipment operation or maintenance necessary to ensure susceptibility control, such as leaving covers off equipment enclosures.

### 2.6.7    Frequency Stability

2.6.7.1     If any repeating, narrow band emissions are found during testing with amplitudes above the limit, but at frequencies outside of the specified bandwidth, these emissions shall be examined in detail by the Contractor to ensure EMC. In particular, the stability of the emission frequencies must be demonstrated, under any condition, to remain outside the critical bandwidth of MBTA track circuits, communications, and Wayside equipment. Documentation of this analysis shall be submitted for approval.

## 2.7   PERFORMANCE REQUIREMENTS

### 2.7.1    Run Times and Headway

2.7.1.1     The Contractor shall submit a Headway and Run-Time Demonstration Test Plan for MBTA review and approval as part of the Critical Design Review package. [CDRL]

2.7.1.2     The MBTA will provide the baseline definition for run times and headway of current Green Line operations.

2.7.1.2.1     The Contractor shall perform a GLTPS Headway and Run-Time demonstration to verify the GLTPS impact on the Green Line operations. Results of this analysis shall be submitted to the MBTA for approval. [CDRL] Headway and Run-Time demonstration shall be performed during the GLTPS System Demonstration Test (See Section 9.9).

2.7.1.2.2     The Run-Time demonstration shall be performed on all Green Line branches for all Green Line routes.

2.7.1.2.3     When compared to current Green Line operations, the GLTPS shall not cause degradation to the overall run-time for each Green Line branch and route by more than 1 minute per route, or as approved by MBTA.

2.7.1.2.4     The specific details of the Headway demonstration shall be mutually agreed upon between the Contractor and the MBTA.

2.7.1.2.5     The GLTPS shall not cause degradation to the overall headway for each Green Line branch and route, unless such degradation has been defined by the Contractor and was approved by the MBTA.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

## 3    CARBORNE REQUIREMENTS

### 3.1    GENERAL VEHICLE CONFIGURATION

#### 3.1.1    **Vehicle Types**

3.1.1.1    Type 7

    3.1.1.1.1    3600 Series

    3.1.1.1.2    3700 Series

3.1.1.2    Type 8

3.1.1.3    Type 9

3.1.1.4    Type 10

#### 3.1.2    **Identification**

3.1.2.1    Type 7, 8, and 9

    3.1.2.1.1    Type 7, 8, and 9 vehicles are identical in their identification designations. Vehicle carbody and equipment are identified as follows:

    3.1.2.1.1.1    The carbody end sections which are joined to the center section by the articulations are designated "A" and "B". The center body section is designated "C". The articulation area between the "A" and "C" sections is the "A articulation area" and the articulation area between the "B" and "C" sections is the "B articulation area". The section with the pantograph is designated the "A" carbody section.

    3.1.2.1.2    "Front" is defined relative to the cab location for the "A" and "B" sections. That is the cab is considered the "Front" of a section. The end of an "A" or "B" section adjacent to the "C" section shall be referred to as the "articulation end".

    3.1.2.1.3    The 'Front' of the "C" section shall be the end nearest the "A" section.

    3.1.2.1.4    Left and Right shall be identified relative to the "A" end. With the Operator facing the control console in the "A" end, items located on the Operator's right shall be designated "Right" and items on the Operator's left shall be designated "Left".

3.1.2.2    Type 10

    3.1.2.2.1    Type 10 vehicles include seven modules joined with articulations. Operator cabs are located at each end of the vehicle, with end modules identified as "C1 module" and "C2 module". Modules with trucks, but without cabs, are identified as "T1 module" and "T2 module". Modules that are suspended without trucks are designated as "S1 module", "S2 module", and "S3 module".

    3.1.2.2.2    The cab end of a C Module is the "Front." The opposite end of a C module is the "articulation end."

    3.1.2.2.3    "Left" and "Right" are identified relative to the C1 Module. With the Operator seated in the C1 module cab and facing the windshield, items located on the Operator's right are designated "Right" and items on the Operator's left are designated "Left."

3.1.2.3    Operation of the vehicle from one end defines that end of the vehicle to be "Forward" and "Reverse" is defined relative to normal operation. That is, with the operator seated in a cab



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

and facing the cab windshield, movement in the direction of the operator's sight is "Forward".

### 3.1.3  Vehicle Dimensions

3.1.3.1  The dimensions in Appendix 7 are representative of the MBTA's existing Green Line vehicles. Type 7, Type 8, and Type 9 vehicles are known to operate successfully within the constraints and clearances of the Green Line. Values for Type 10 vehicles are planned. This is provided for the contractor's information. The Contractor shall verify all information.

3.1.3.2  **Vehicle Construction considerations**

    3.1.3.2.1  Construction of some of the Type 7 vehicles made use of asbestos. The contractor should consider this in design, installation, and production planning.

3.1.3.3  **Wheel Dimensions**

    3.1.3.3.1  See Appendix 7.

3.1.3.4  **Track-Related Car Geometry Clearance**

    3.1.3.4.1  The Equipment shall not impinge on the outline provided in MBTA Drawing 160. (Appendix 3)

## 3.2  DESIGN PARAMETERS FOR CARBORNE EQUIPMENT

### 3.2.1  Braking Curve Calculation

3.2.1.1  The braking curve calculation to be implemented on the GLTPS Carborne equipment shall be done according to IEEE Std 1698™-2009 and shall consider the following:

3.2.1.2  All acceleration and braking rates are based on level tangent dry track, at grade or elevated, in still air, except as otherwise noted. The specified performance is met with any train length from one to three cars. Average acceleration rate is defined as the change in vehicle speed divided by the elapsed time.

3.2.1.3  All performance rates (refer to Appendix 7) include the effects of train resistance. Beneficial effects of train resistance are used when expressing system capacity.

    3.2.1.3.1  The Contractor may conduct a fleet survey to obtain additional vehicle dynamics information (see Section 2.1.32).

3.2.1.4  Braking system performance, whether dynamic, friction, or a combination of dynamic and friction, are met regardless of the overhead contact system voltage or its absence.

3.2.1.5  The GLTPS shall account for the grade approaching each signal in determining the braking curve.

3.2.1.6  The GLTPS shall provide the Operator an option to select an input that the train is in degraded mode and while in this mode, shall assume a lower (degraded) brake rate in the braking curve calculations due to equipment conditions (See Appendix 7) or other conditions identified during the design process.

3.2.1.7  The GLTPS system shall be configurable on a per-signal basis when the train is in degraded mode to allow for different GLTPS responses including but not limited to: brake rates, handling of moves past a stop signal, and double berthing.

3.2.1.8  The contractor shall prepare and submit for approval by the MBTA a Safe Braking Analysis which shall account for the performance characteristics for all four (4) train types (7, 8, 9, and 10) on the MBTA right of way. [CDRL]

 **MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

## 3.3  CAB EQUIPMENT

3.3.1  Design and installation of Carborne GLTPS Human Machine Interface (HMI) equipment located in the operator's cab shall be ergonomic and consistent on all vehicle types to assure Operator comfort and familiarity when operating different vehicle types in passenger service. Design and installation of the HMI equipment including installation instructions and installation oversite required shall be submitted for approval by the MBTA. [CDRL]

3.3.2  Human interfaces with all equipment shall be designed in accordance with the requirements of MIL-STD-1472, latest revision.

3.3.3  The GLTPS must have forward-facing HD Video cameras and include onboard secure storage of video for retrieval in the event of incidents.

### 3.3.4  Switches

#### 3.3.4.1  GLTPS Bypass

3.3.4.1.1  A physical bypass switch shall be provided for use in the event of a failure of the GLTPS. The switch shall completely disable the car control portion of the car equipment and bypass the Carborne GLTP system's ability to request full service brakes or inhibit propulsion. The bypass circuit shall have the following features:

3.3.4.1.1.1  Bypass of one Carborne GLTPS unit in a consist shall not interfere with the controlling Carborne GLTPS unit in the consist, should the Operator be required to drive the train from another end which has a working, non-bypassed Carborne GLTPS unit.

3.3.4.1.1.1.1  This isolated bypass between Carborne GLTPS units is to ensure that one failed Carborne GLTPS unit in a consist will not prevent the other Carborne GLTPS units from functioning properly, primarily related to the units' interface to traction/brakes.

3.3.4.1.2  The bypass switch shall be a sealed, on/off toggle switch, sealable in each position, mounted in-cab GLTPS with clear written text indicating the position of the switch, either "GLTPS Bypass" or "Normal".

3.3.4.1.2.1  Type 7

3.3.4.1.2.1.1  The bypass switch shall be mounted outside the Operator's reach when seated, in a location to be approved by the MBTA.

3.3.4.1.2.2  Type 8

3.3.4.1.2.2.1  The bypass switch shall be mounted outside the Operator's reach when seated, in a location to be approved by the MBTA.

3.3.4.1.2.3  Type 9

3.3.4.1.2.3.1  The Contractor shall fully integrate the existing GLTP bypass switch into the GLTPS.

3.3.4.1.2.4  Type 10

3.3.4.1.2.4.1  The Contractor shall fully integrate the existing TPS bypass switch into the GLTPS.

#### 3.3.4.2  Acknowledge Switch



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.3.4.2.1    For Operator confirmation of the SLOW / STOP request as required by Section 2.

3.3.4.2.2    For silencing of the visual and audible alarms as required by Section 2.

3.3.4.3    **Other Switches or Soft Keys**

3.3.4.3.1    For Operator input of information such as degraded brake conditions or train length, as required by Section 2.

### 3.3.5    Indicators and Displays

3.3.5.1    The alarms shall have configurable timing characteristics, to be approved by the MBTA. [CDRL]

3.3.5.1.1    The brightness and decibel level of the alarms shall be manually adjustable by the MBTA without software change by the Contractor.

3.3.5.1.2    The color, sound and tone of the alarms shall be software configurable.

3.3.5.2    GLTPS active bypass shall be annunciated with a flashing indication within easy sight of the operator, and with a separate steady-lit indication within easy sight of officials monitoring operations from the wayside. The brightness and frequency of the flashing as well as the location of the bypass indicators are to be approved by the MBTA.

3.3.5.2.1    The bypass indicator shall be able to visually annunciate active bypass whenever the GLTPS is physically bypassed, including during failures which cause the GLTPS equipment to lose its ability to display speeds, speed limits, or other GLTPS provided display information.

3.3.5.3    Displays shall be clearly legible during both day-time and night-time, during changing light conditions such as tunnel entries or exits, without causing any reflections on the windshield.

3.3.5.4    Brightness of back-lighted displays shall automatically adjust to changing ambient light conditions, unless manually adjusted by the MBTA.

3.3.5.5    Visual indicators shall be provided with a sun shield or other device to ensure readability in bright sunlight.

3.3.5.6    The GLTPS shall include a continuous operator feedback device in the form of a tappable wand, providing feedback that the operator is alert. The alerter functionality and implementation within GLTPS is to be approved by MBTA.

### 3.3.6    Illuminated Annunciators

3.3.6.1    All illuminated annunciators shall be LEDs and not incandescent lamps.

3.3.6.2    They shall consist of individual LEDs or clusters of LEDs, depending on the requirements of the application, including brightness and safety.

3.3.6.3    In order to identify LED failures, each LED cluster or group of LEDs shall have a push-to-test switch located conveniently near the LED or group. When depressed, this test switch shall disconnect the normal circuit feed and cause the LEDs to be illuminated.

3.3.6.4    The LED color shall be based on its function as follows:

3.3.6.4.1    Red LEDs shall be used to annunciate failures or inoperative conditions. Red LEDs shall also be used to annunciate a function that has been bypassed.

3.3.6.4.2    Yellow or amber LEDs shall be used for warnings. The illumination of a yellow or amber LED does not necessarily indicate a failure; however, the condition may require close observation by a Train Operator or other personnel.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.3.6.4.3    Green LEDs shall be used to indicate the normal state of a device or system. Whether illuminated or not, no failure shall be indicated by the green LED.

3.3.6.5    Where other colors are required by other portions of this Specification, incandescent lights will be approved only if LED technology does not allow the specific color to be generated or clearly observed under all ambient lighting conditions.

3.3.6.6    Illuminated annunciators that are not normally directly visible to train operating personnel (such as those on PC boards or within equipment boxes), are exempt from these requirements.

## 3.4    VEHICLE POWER

3.4.1    Power will be supplied to the vehicle by an Overhead Contact System (OCS). All equipment shall be protected from damage caused by conditions found in the Wayside power.

3.4.2    The nominal OCS voltage is 590 volts dc.

3.4.3    The maximum permanent OCS voltage is 750 volts dc.

3.4.4    The minimum permanent OCS voltage is 400 volts dc.

3.4.5    The OCS voltage will contain high voltage transients generated by Wayside sources, vehicle loads, regeneration from other MBTA vehicles, lightning, and other transient generators.

3.4.6    All apparatus on the vehicle shall deliver rated performance when the overhead contact system voltage is between its minimum and maximum values.

## 3.5    CARBORNE EQUIPMENT DESIGN

### 3.5.1    General

3.5.1.1    Carborne equipment enclosures shall be designed and installed in accordance with equipment enclosure requirements in Section 2.3.

3.5.1.2    The terms "underfloor" and "undercar" shall include equipment enclosures that are integral to the vehicle body structure or are accessed via covers that are integral to or flush with the vehicle's exterior skin.

3.5.1.3    All equipment on the vehicle, including resiliently mounted equipment, and enclosures, shall be safety grounded to the vehicle structure.

3.5.1.4    Wiring entrance for underfloor and roof equipment boxes on the vehicle shall be no more than 8 inches (203 mm) from the top of the box roof.

3.5.1.5    Equipment shall be labeled in accordance with Section **Error! Reference source not found.**.

3.5.1.6    Corrosion-resistant stainless-steel screens and guards shall be provided to protect roof-mounted and underfloor equipment and ducts from wheel splash, flying ballast, dropped objects, or other similar items, and to prevent accidental employee contact with hot or electrically live equipment.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.5.1.6.1    Guards shall be designed or located so that they will not collect debris.

3.5.1.6.2    Screens and guards shall be easily removable for maintenance.

3.5.1.6.3    If solid metal shields are used to provide such protection, they shall not hinder the flow of heated air to a degree that would lead to overheated wiring or prevent adequate cooling of equipment.

3.5.1.7    All Carbonne equipment shall be integrated in a manner that minimizes the risk for water intrusion in case of equipment failure, defect, or wear.

3.5.1.8    Enclosure design and construction shall prevent standing fluids, wind-driven fluids, pressurized fluid spray or streams, rain, car wash solution, and dust from penetrating joints and seams.

## 3.5.2    Interior Equipment Enclosures

3.5.2.1    Interior equipment enclosures provided by the contractor and mounted inside the vehicle shall meet the requirements of IEC 60529 as follows:

3.5.2.1.1    Interior equipment enclosures shall provide a degree of protection of IP43 or greater.

3.5.2.1.2    Planes of overhead- or desk-mounted interior Carbonne GLTPS equipment enclosures that fully mechanically interface with existing structures may have a lower degree of protection provided the installation and equipment design eliminates the resulting risk of water ingress because of carbody filtration or spill and of any occupational hazard.

3.5.2.1.3    Under seat equipment enclosures shall provide a degree of protection of IP55 or greater.

3.5.2.2    GLTPS equipment may be installed in existing enclosures (lockers), subject to MBTA approval.

3.5.2.2.1    Electrical equipment such as relays, terminal boards and fully potted components may be mounted in interior equipment lockers with no additional enclosure.

3.5.2.2.2    Interior equipment lockers shall provide a degree of protection of IP50 or greater.

## 3.5.3    Exterior Equipment Enclosures

3.5.3.1    Carbonne enclosure exteriors shall be painted or finished according to the car color scheme or as required elsewhere in this Specification. Reference Section 5.11.

3.5.3.2    Carbonne Equipment mounted outside the vehicle shall meet the requirements of IEC 60529 as follows:

3.5.3.2.1    Equipment to which electrical conduit, electrical cables, electrical wires, pneumatic, or hydraulic lines are directly connected shall meet the requirements for a degree of protection of IP55 or greater.

3.5.3.2.2    Other equipment shall have the degree of protection appropriate for the equipment and application.

3.5.3.2.3    The enclosures shall contain drain holes fitted with cotter keys or other approved, simple drain clearing mechanisms for discharge of moisture or



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

condensation. This drain hole may be sealed when testing the enclosure as required by ANSI/IEC 60529.

3.5.3.3    All Carborne underfloor and roof-mounted equipment shall be arranged to allow ready access from the side of the vehicle, from the maintenance pits or maintenance mezzanines, and when the vehicle is on lifts.

### 3.5.4    Enclosure External Interfaces

3.5.4.1    The arrangement for conduit, cable, wire routing, and connections to external or internal equipment enclosures, and equipment contained in enclosures shall be configured so that structural, electrical and environmental integrity is maintained, and so that removal and replacement does not disturb unaffected equipment.

3.5.4.2    Where an equipment enclosure is designed as a primary LRU, all electrical connections to the enclosure shall be via connectors meeting the requirements of Section 5.6.

3.5.4.3    Where an equipment enclosure is not designed as a primary LRU:

    3.5.4.3.1    All low-voltage connections to the enclosure shall be via connectors meeting the requirements of Section 5.6.

    3.5.4.3.2    All medium and high-voltage cables shall enter the enclosure via conduit connections providing the degree of protection required for the enclosure.

    3.5.4.3.3    Medium and high-voltage cable connections shall be to terminal boards internal to the enclosure.

### 3.5.5    Equipment Ventilation

3.5.5.1    Forced air ventilation shall not be used for cooling the Carborne GLTPS equipment.

### 3.5.6    Speed Sensing and Train Localization

3.5.6.1    The GLTPS shall provide reliable methods and technologies of speed sensing and localization to meet the functional requirements of this specification.

3.5.6.2    Designs incorporating GPS, UWB, or other similar methods for positioning shall:

    3.5.6.2.1    Provide a dedicated wayside network throughout the MBTA Green Line right of way.

    3.5.6.2.2    Ensure speed data is not lost due to single point failures.

    3.5.6.2.3    Implement this function as a safety function that has a safety integrity level of SIL 4 or higher (IEC 61508-1).

    3.5.6.2.4    Remain resilient to temporary communication loss.

    3.5.6.2.5    Avoid or minimize the need to mount ancillary wayside equipment in areas where MBTA does not have exclusive right of way.

    3.5.6.2.5.1    If the Contractor needs to mount ancillary wayside equipment in areas where MBTA does not have exclusive right of way, the Contractor must provide all required documents, data, and information to secure permits to install such equipment.

3.5.6.3    Designs incorporating a wheel speed sensor shall:

    3.5.6.3.1    Utilize inputs from two (2) independent dual channel speed sensors (provided by the GLTPS supplier) for determining vehicle speed. Speed sensor types, system implementation and the method used to set the gap between the sensor probe tip and the gear tooth need to be approved by MBTA.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.5.6.3.1.1    One channel from each of the two speed sensors shall be wired into the Carbone GLTPS units at each end of each car, so that both ends receive input from both speed sensors.

3.5.6.3.1.2    The tachometer signals from the two (2) independent dual channel speed sensors shall be compared one to another in order to provide a more robust speed determination as well as to predict and flag latent failures in a single speed sensor.

3.5.6.3.1.3    The higher of the two speeds shall be used for all distance and speed calculations.

3.5.6.3.1.4    Each sensor and its associated circuitry shall provide positive indication of all motion down to no-motion which shall be defined as the state when the vehicle speed is less than or equal to 0.5 mph.

3.5.6.3.1.5    All sensors shall be freely interchangeable, without shimming or other mechanical adjustment.

3.5.6.3.1.6    It shall not be either necessary or possible to make any mechanical adjustments to set the gap between the sensor probe tip and the gear tooth.

3.5.6.3.1.7    If mounted to count drive gear teeth, the mounting plate shall be precision milled for this purpose and shall be above the normal lubricant level so that removal will not cause lubricant loss.

3.5.6.3.1.8    All speed sensing gears, toothed wheels, or similar devices shall be mounted on their shafts via keys, splines, or press fits. The mounting method shall be selected to guarantee that the speed-measuring device cannot indicate speeds other than the actual axle speed under all conditions except massive drive train damage.

3.5.6.3.2    Ensure wiring on the carbody is enclosed in conduit. This conduit shall terminate at a terminal box on the carbody, located above the speed sensor location.

3.5.6.3.2.1    Speed sensor wiring shall be connected to the carbody wiring at a terminal strip located within a watertight terminal box.

3.5.6.3.2.2    Speed sensors and associated wiring shall be well-protected from damage due to debris, snagging, and other potential sources of damage.

3.5.6.3.3    Ensure easy access for inspection and replacement, with trucks attached to vehicles over maintenance pits; on jacks; and with trucks sitting by themselves on the floor.

3.5.6.3.4    Automatically compensate for changes of vehicle wheel diameter to permit consistency of speed and distance measurements over the entire range of wheel wear of each axle. The Contractor shall provide the automatic wheel wear compensation technique to the MBTA for approval.

3.5.6.3.4.1    **T**he wheel size compensation capability shall include a self-check and automatic calibration function. The derivation of reference speed for automatic calibration may include up to one manual wheel diameter setting per car, or more as approved by the MBTA.

3.5.6.3.4.2    The Contractor may propose an alternative method to the manual wheel diameter setting through the PTE (see Section **Error! Reference source not found.**). If approved by the MBTA, the Contractor must define a process that ensures direct entry of measured wheel diameter(s) without any conversion calculations.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.5.6.3.5    Use active or passive magnetic pick-up type sensors.

3.5.6.3.5.1    The active face of each speed sensor shall be smooth with no protruding elements.

3.5.6.3.5.2    The sensor shall be hermetically sealed in a stainless steel case.

3.5.6.3.5.3    The active face shall be encased in a seamless stainless steel cover.

3.5.6.3.5.4    Any other types of sensors may only be used with approval of the MBTA.

### 3.5.7    Shock and Vibration

3.5.7.1    All Carborne equipment shall be designed to operate with the shock and vibration imposed upon it by the operation of the vehicle that the equipment is mounted in over the MBTA Green Line.

3.5.7.2    If the Contractor will utilize truck mounted equipment, the Contractor shall collect shock and vibration data from operation of the MBTA's Type 7, Type 8, Type 9, and Type 10 (when available) vehicles and use this data to establish the required design values for shock and vibration as described in IEC 61373, Annex A.

3.5.7.3    In no case shall equipment be designed for shock and vibration loads less than those identified in IEC 61373.

3.5.7.4    Equipment shall be tested as specified in Section 9.3.2.

### 3.5.8    Keys

3.5.8.1    The legacy vehicles (Type 7, 8 and 9) have three keys: a Control Transfer Switch Key, a Door Key ("skeleton" key)  and a Maintenance Key. For Type 10 information, refer to Appendix 6 - SCTR-GLT10-039 Rev. C.

3.5.8.1.1    Control Transfer Switch Key - Operates a three position key switch to select the cab status.

3.5.8.1.2    Door Key - The door key provides for access to and operation of equipment as described below:

3.5.8.1.2.1    Access Operator's cab, and equipment areas inside the vehicle.

3.5.8.1.2.2    Open any lockers for which the train crew may require access.

3.5.8.1.2.3    Open or operate the crew switches, and bridge plates, on the side of the vehicle.

3.5.8.1.2.4    Operate door cut out switches.

3.5.8.1.2.5    Provide access for service and cleaning personnel.

3.5.8.1.3    Maintenance access key - This key has the sole purpose of allowing maintenance personnel to gain access to all equipment enclosures and other spaces. It is a hexagonal standard 3/8" Allen key for all equipment. Examples include:

3.5.8.1.3.1    Ceiling cove panels.

3.5.8.1.3.2    Access under the seats.

3.5.8.1.3.3    Interior Lockers which the train operating crew would not normally require access to.

## 3.6    VEHICLE ELECTRICAL SYSTEMS AND TRAINLINES

### 3.6.1    General Configuration and Isolation



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.6.1.1   The term "auxiliary" used in this Section refers to the vehicle-sourced electrical power distribution system and supplies.

3.6.1.2   All electric equipment, wiring, connections, and other devices shall be selected to function properly and safely under the worst-case combination of ambient conditions, equipment operating tolerances, train length, and voltage drop in wiring, connections, and the coupler.

3.6.1.3   The vehicle electrical circuits shall be physically and functionally segregated according to voltage.

    3.6.1.3.1   AC, low voltage DC, signal, and communication circuits shall be segregated from each other.

    3.6.1.3.2   Where circuits of different voltages must function together, component location and physical barriers shall prevent interaction.

### 3.6.2   Power Supply

3.6.2.1   No AC power supplies shall be used on the Carborne GLTPS equipment.

3.6.2.2   The Contractor shall prepare and submit a DC load analysis for the Carborne GLTPS equipment for one car in accordance with IEEE Std 1476™-2000. [CDRL] This document shall fully describe the DC requirements for all operating scenarios.

3.6.2.3   The current limits in Appendix 7 apply for the GLTPS equipment mounted on the vehicle for each of the four vehicle types.

3.6.2.4   The GLTPS control circuitry shall be powered from the Low Voltage Distribution Network (LVDN):

    3.6.2.4.1   The low voltage distribution network (LVDN) consisting of the battery, LVPS, battery trainline, and associated circuitry is configured to supply power to all non-trainline powered low voltage apparatus. The GLTPS Carborne equipment shall function normally, without failure or degradation in serviceable life, at any voltage between the minimum and maximum voltages, for any duration, and shall not be damaged by the continuous application of voltages between 0 volts and the maximum sustained voltage.

    3.6.2.4.2   The nominal output of the low voltage power supply (LVPS) for all four types of vehicles is defined in Appendix 7.

    3.6.2.4.3   IEEE Std 1476™-2000 should be used as a general guide to evaluate the electrical inputs from the vehicle.

    3.6.2.4.4   The GLTPS equipment shall not exceed the power limitations of the LVPS under all voltage levels and environmental conditions.

    3.6.2.4.5   Where circuits are powered through trainlines, powered apparatus shall function satisfactorily in all vehicles, including the last vehicle of a train, when the trainlines are powered from the lead vehicle's battery.

    3.6.2.4.6   The equipment shall be capable of withstanding the transient voltage conditions specified in IEC 60571.

    3.6.2.4.7   Each system or component connected to a low voltage network shall be self-protect against reverse polarity connections. The protection shall not damage the system or wiring and shall trip the circuit breaker protecting the circuit.

    3.6.2.4.8   The equipment must survive, but does not have to operate in, a reverse voltage condition.

3.6.2.5   **Abnormal Electrical Levels**



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.6.2.5.1    All equipment on the vehicle shall be self-protected from damage and improper operation due to:

3.6.2.5.1.1    High voltage transients across the supply terminals of that equipment,

3.6.2.5.1.2    High voltages applied between either supply terminal and the vehicle body, including continuous application of the overhead contact system supply level and continuous application of the auxiliary supply level, and

3.6.2.5.1.3    Long-term over-voltage and under-voltage conditions resulting from equipment failure modes.

3.6.2.6    **Low Voltage Grounding**

3.6.2.6.1    The GLTPS low voltage system negative return wiring shall be insulated from the vehicle body with single point grounding; refer to Section 5.6.6.

3.6.2.7    If the GLTPS equipment on the vehicle requires regulated voltage not readily available on the vehicle, the contractor may propose to include a separate converter of adequate rating on the train to supply power to these loads. The converter shall be mounted in the enclosure supplied by the contractor.

3.6.2.7.1    In the event of LVPS shutdown or failure, the low voltage converter must operate from the battery voltage.

3.6.2.7.2    If failure of the low voltage converter will result in the train being unable to move under its own power, then redundant converters must be supplied.

### 3.6.3    Available circuitry

3.6.3.1    Available circuitry in Type 7, Type 8, and Type 9 vehicles shall be identified by the Contractor through a fleet survey.

3.6.3.2    Available circuitry in Type 10 vehicles shall be coordinated by the Contractor with the vehicle OEM, CAF.

3.6.3.3    Final configuration, modification, and installation of GLTPS Carborne equipment shall be determined by the execution of an extensive fleet survey performed by the Contractor for the vehicles that fall within the scope of this Contract (see Section 2.1.32). This survey will evaluate each vehicle type and results shall be submitted to the MBTA for approval (see Section 2.1.33).

### 3.6.4    Circuit Protection

3.6.4.1    All low voltage DC circuits and AC circuits shall be individually protected by circuit breakers except where otherwise specified.

3.6.4.2    No circuit breaker shall protect more than one circuit.

3.6.4.3    Circuit breaker terminals shall not be used as junction points.

3.6.4.4    All circuit breakers shall be sized to protect both the equipment and the minimum wire size used for power distribution within the protected circuit.

3.6.4.5    Fuses shall not be used in low voltage DC and AC applications except where specified or approved.

3.6.4.6    AC and low voltage DC circuit breakers shall be mounted in panels in the Operator's cab. Refer to Section 5.16.8 for circuit breaker panel design requirements.

3.6.4.7    Local circuit protection shall be coordinated with main source protection such that faults or overloads downstream of the local protection shall trip the local protection, and not trip the

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 37 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

main source protection. Local protection trip settings shall be lower than the main source power or current limit settings.

3.6.4.8    Reference Section 5.16.4 for circuit breaker requirements and Section 5.16.5 for fuse requirements.

### 3.6.5    Wiring

3.6.5.1    Wiring shall be in accordance with Sections 5.3.5.1, 5.5 and 5.6.

### 3.6.6    Transient Protection

3.6.6.1    All Carbonne equipment shall self-protect against transients, whether originating internal or external to the vehicle.

3.6.6.2    All Carbonne equipment capable of generating transients shall have transient suppression devices.

    3.6.6.2.1    Situations where transient suppression cannot be applied, or must be minimized due to performance considerations, shall be submitted as part of the system's design review package for review and approval by the MBTA.

3.6.6.3    All equipment powered from the OCS shall be designed to withstand the transient overvoltage requirements of IEC-61287-1 (1995), Section 2.1.1.9.d, Supply Line Overvoltages (later revisions exist).

    3.6.6.3.1    Higher voltage or longer duration transients shall be used if the Contractor's power system transient analysis indicates the possibility that such events may potentially occur in service on the MBTA's lines.

    3.6.6.3.2    Compliance with this requirement may be demonstrated by test or simulation.

## 3.7    TRAINLINE AND SIGNAL ARCHITECTURE

3.7.1    The Contractor shall minimize car wiring by using serial data communications between equipment where feasible.

### 3.7.2    Signal Types Definition

3.7.2.1    The GLTPS vehicle-mounted equipment shall conform to the requirements of this specification and IEEE 1475™-2012, IEEE Standard for the Functioning of and Interfaces Among Propulsion, Friction Brake, and Train-borne Master Control on Rail Rapid Transit Vehicles.

### 3.7.3    Other Interfaces with Vehicle Monitoring Systems

3.7.3.1    Type 7

    3.7.3.1.1    The Contractor shall interface with the existing train control system to ensure a restriction of the maximum train speed at 25 MPH by the existing train control system when the GLTPS bypass is active.

3.7.3.2    Type 8

    3.7.3.2.1    The Contractor shall interface with the existing train control system to ensure a restriction of the maximum train speed at 25 MPH by the existing train control system when the GLTPS bypass is active.

3.7.3.3    Type 9



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.7.3.3.1    The Contractor shall ensure a functional integration of the GLTPS with the Type 9's monitoring and diagnostic system (MDS).

3.7.3.3.2    The Contractor shall ensure a functional integration of the GLTPS with the Type 9's Event Recorder (See Section 3.10).

3.7.3.4    Type 10

3.7.3.4.1    The Contractor shall ensure a functional integration of the GLTPS with the Type 10's train operation control system (TOCS), i.e., receiving stimuli from the TOCS and sending out information or requests to the TOCS.

3.7.3.4.2    The Contractor shall ensure a functional integration of the GLTPS with the Type 10's system status monitor (SSM), i.e., sending selected GLTPS status and diagnostic data to the SSM.

3.7.3.4.3    The Contractor shall ensure a functional integration of the GLTPS with the Type 10's time-speed-distance-location (TSDL) service, i.e., receiving TSDL information for reference and providing TSDL information as an additional input source for the TSDL.

3.7.3.4.4    The Contractor shall ensure a functional integration of the GLTPS with the Type 10's Event Recorder (See Section 3.10).

## 3.8    CARBORNE INTERFACE DOCUMENTATION

3.8.1    The Contractor shall provide detailed documentation for the train-to-GLTPS interface for MBTA review and approval. [CDRL]

3.8.1.1    The interface documentation shall be accumulated into a single document, one for each of the four vehicle types.

3.8.1.2    The interface documentation shall include definition of the mechanical, electrical, performance, and functional interfaces.

3.8.1.2.1    The Contractor shall analyze all defined interfaces and identify all potential hazards resulting from interface failure modes.

3.8.1.2.2    The Contractor shall analyze all identified hazards in accordance with Section 12.4.

3.8.1.3    Details such as loads, communication protocols, voltage levels, current ratings, wiring requirements, terminal locations, terminal types, and connector specifications shall be provided.

3.8.1.4    For each interface listed in IEEE 1475™-2012, the Contractor shall document the Type of interface (I, II or III), signal origin, signal destination, and signal characterization. [CDRL]

3.8.1.5    The Contractor shall define in detail the identification and manner of transmission of all control signals using IEEE 1475™-2012 for guidance. [Include in CDRL **Error! Reference source not found.**4]

## 3.9    CARBORNE INSTALLATION DOCUMENTATION

3.9.1    The Contractor shall develop and submit to the MBTA for approval individual sets (one for each of the four vehicle types) of installation documentation packages:

Case 1:25-cv-11446-ADB    Document 2-9    Filed 05/21/25    Page 39 of 46



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.9.1.1    Modified (as applicable) integrated vehicle schematics, wire diagrams, and wire lists. The Contractor may choose to mark up or revise the carbuilders' existing drawings.

3.9.1.2    Integrated system schematics, equipment connection diagrams, wire diagrams, and wire lists for the Carborne equipment [CDRL].

3.9.1.3    A list of items that need to be installed onto the vehicle, that is all Green Line Train Protection System vehicle-mounted equipment including mounting hardware and accessories, cable or wire harnesses, mating connectors, etc.

3.9.1.4    A work plan defining installation sequence, infrastructure requirements, specific hazards, workmanship standards, torque control, Electrostatic Discharge Control (ESD), in-process inspections and check points, all required support equipment such as gauges, special tools and hand tools, and necessary employee qualifications

3.9.1.5    Installation Drawings: Show the installation of all items or group of items onto a vehicle. [CDRL].

3.9.1.6    Fabrication drawings (as applicable): Define modifications and support the control of modifications to existing vehicle equipment, e.g., machining of existing parts or assembly by welded joints.

3.9.1.7    Post installation test procedures to validate installation onto the vehicle [include in CDRL 9.2.2],

    3.9.1.7.1    Visual inspection: Identifies, e.g., missing components and parts, correct serial numbers and revision, damage to equipment, conformance to standards, methods, and quality management, proper mounting, positioning, orientation, and labeling, correct and secure external connections, correct wire and cable segregation, routing and termination.

    3.9.1.7.2    Wire continuity checks and insulation verification

    3.9.1.7.3    Proper shield and equipment grounding verification

    3.9.1.7.4    Functional test (static)

    3.9.1.7.5    Self-test

## 3.10 EVENT RECORDER FUNCTIONALITY

3.10.1    The Carborne equipment shall be able to record internal signals and events and those acquired from other Carborne systems.

3.10.2    The primary purpose of this recording function shall be to provide documentation in support of accident investigations.

3.10.3    The GLTPS equipment shall support the data acquisition provisions by the existing event recorder in Type 9 and Type 10.

3.10.4    The GLTPS shall record the following information:

    3.10.4.1    All applicable GLTPS signals required by IEEE 1482.1, to be approved by MBTA.

    3.10.4.2    All operator inputs and acknowledgements.

    3.10.4.3    Time

    3.10.4.4    Vehicle Number

    3.10.4.5    Train Location

    3.10.4.6    Active Cab

3.10.5    Filtering, sampling, and storage rate(s) shall be as required by IEEE 1482.1.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 3 CARBONE REQUIREMENTS**

3.10.6    Tools and cabling required to download and view the recorded data shall be approved by the MBTA.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

## 4 WAYSIDE REQUIREMENTS

## 4.1 INTRODUCTION

4.1.1    This section specifies basic requirements to furnish and install the Wayside equipment of GLTPS.

4.1.2    The Wayside equipment shall not compromise the safety or reliability of the existing signal system in any way.

4.1.3    The Contractor shall non-intrusively interface with the existing signal lighting circuits to accommodate the GLTPS Wayside equipment. This shall consist of:

    4.1.3.1    Detectors for determining the signal aspect in a non-intrusive way.

        4.1.3.1.1    To be classed as non-intrusive, the signal detection devices/sensors shall be electrically isolated from the signaling circuit conductors during installation and shall not compromise the safety of those circuits during operation.

        4.1.3.1.2    The Contractor shall avoid interfacing with the lighting circuits directly at the signal head. If interfacing at the signal head is necessary, then the Contractor must request approval from MBTA for such instances, and replace the signal head if MBTA deems the signal head to be in a state of disrepair.

    4.1.3.2    Processor-based interface modules for receiving the signal aspects from the detectors.

    4.1.3.3    A method for transmission of signal aspect to an approaching train, to be approved by the MBTA.

    4.1.3.4    Power conversion equipment for the above.

    4.1.3.5    A rugged and lockable wayside enclosure for installing the above equipment. This enclosure shall be mounted near its lighting circuit interface point.

        4.1.3.5.1    Alternatively, the equipment can be mounted within an existing wayside enclosure, to be approved by MBTA.

4.1.4    For signals with permanent STOP aspects, the Contractor may propose alternative solutions without signal detection devices/sensors for MBTA approval.

4.1.5    GLTPS does not need to enforce repeater signals.

4.1.6    Unused spare conductors in the existing signal cables may be used for powering new GLTPS equipment. The Contractor shall confirm that sufficient spare conductors exist in the existing cable. The Contractor shall confirm that the cable conductors are rated appropriately for the desired application and that there shall be no cross-contamination of the other conductors in that cable. Use of a spare conductor for power distribution shall not violate the MBTA 25% spare conductor requirement unless otherwise approved by the MBTA. In places where insufficient spares exist, the Contractor shall notify the MBTA.

4.1.7    As a general rule, the Contractor's equipment shall not require the addition of new signal cables, however, in the event that spare conductors are not available to supply continuous power to the GLTPS wayside equipment at certain signaling locations, the Contractor shall be required to procure and install additional signal cable under the supervision of the MBTA, to provide such continuous power.

    4.1.7.1    If new cable is required, then MBTA signal standards for cable type and installation shall be followed (see Appendix 4).



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

## 4.2  SITE SURVEY

4.2.1    Final configuration, modification, and installation of GLTPS Wayside equipment shall be determined by the execution of an extensive Green Line site survey performed by the Contractor for the sites that fall within the scope of this Contract. This survey will evaluate each Wayside equipment mounting scheme, cabling and GLTPS power source and shall be submitted to the MBTA for approval (see Section 2.1.32).

4.2.2    The Contractor may use information provided by the MBTA for reference. It is the responsibility of the Contractor to verify the completeness and accuracy of information provided.

## 4.3  SIGNAL ASPECTS

4.3.1    The following signal aspects are currently used on the Green Line at interlocking locations:

| Aspect | Indication |
|---|---|
| YELLOW | Proceed at 10 MPH to the next signal unless there is a lower speed limit sign posted. |
| GREEN | Proceed at authorized speed. |
| RED over RED | Stop and stay. |
| YELLOW over YELLOW | Stop, and then proceed at restricted speed of not greater than 10 MPH to the next signal. |
| Vertical Arrow (↑) | Proceed on straight-through route. |
| Left Arrow (←) | Proceed on diverging route to left. |
| Right Arrow (→) | Proceed on diverging route to right. |

4.3.2    The following signal aspects are currently used on the Green Line at ABS or multi-aspect block signal locations:

| Aspect | Indication |
|---|---|
| RED | Stop, and then proceed after one minute at restricted speed of not greater than 10 MPH to the next signal. |
| RED over RED | Stop and stay. |
| YELLOW over YELLOW | Stop, and then proceed at restricted speed of not greater than 10 MPH to the next signal. |
| YELLOW | Proceed prepared to stop at next signal. |
| GREEN | Proceed at authorized speed. |

## 4.4  WAYSIDE EQUIPMENT DESIGN

4.4.1    Drawings of and documentation for Wayside GLTPS equipment enclosures shall be submitted for approval by the MBTA. [CDRL]

4.4.2    Wayside enclosures for housing the GLTPS equipment shall have the following features, in addition to requirements listed in section 2.3:

4.4.2.1    Shall be made of heavy duty corrosion resistant 14 gauge, 304 domestic stainless steel with a #4 finish, or as approved by MBTA.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

4.4.2.2    Shall have a NEMA 4X rating for outdoor use with protection against ingress of solid foreign objects and water.

4.4.2.3    The enclosure shall be lockable by using a MBTA signal department padlock.

    4.4.2.3.1    If an entry handle is not provided, the provided locks to prevent unauthorized access must be of the MBTA signal department padlock type. See Section 2.3.1.

    4.4.2.3.2    The enclosures shall contain drain holes fitted with cotter keys or other approved, simple drain clearing mechanisms for discharge of moisture or condensation. This drain hole may be sealed when testing the enclosure as required by ANSI/IEC 60529.

4.4.2.4    The entire perimeter of the door shall have a closed-cell neoprene gasket. The gaskets used shall be as specified in AREMA C&S Manual Part 15.2.10.

4.4.2.5    Shall have the necessary openings for wiring connections. A gasket shall be furnished to weatherproof these openings.

4.4.2.6    Shall withstand damage and degradation when exposed to potentially corrosive/abrasive elements such as salt spray, rain, hail, sand, and dust particles; and contaminants such as iron dust, oil vapor, oxides of nitrogen, ozone, carbon dust, copper dust, and common cleaning solutions.

4.4.2.7    The Contractor shall furnish all enclosure mounting hardware and earthing material to properly ground the enclosure.

### 4.4.3    Ancillary Wayside Equipment

4.4.3.1    Drawings and documentation for ancillary Wayside equipment (e.g. RFID location tags, wayside base stations, or UWB equipment) that are not within an equipment enclosure shall be submitted for approval by the MBTA. [CDRL]

4.4.3.2    The Contractor shall provide all ancillary Wayside equipment (e.g. RFID location tags, tag programmers, tag mounting hardware, wayside base stations, UWB equipment, etc.) required for the operation of the GLTPS across the entire Green Line Right of Way.

### 4.4.4    Environmental Requirements

4.4.4.1    GLTPS equipment installed along the Wayside shall be compliant with the recommendations of AREMA C&S Manual, Part 11.5.1, for the appropriate environment class of its intended installation location. If requested by MBTA, the contractor shall submit test data to provide proof of compliance with the class recommendations.

4.4.4.2    The equipment shall be designed and manufactured to operate in the high EMI noise environment of the Green Line. The equipment shall comply with the requirements of MIL STD 461 and as described in Section 2.6 – Electromagnetic Interference where applicable for a transit/railroad environment.

### 4.4.5    External Wire and Cable

4.4.5.1    At locations where the Contractor will furnish and install new signal cables, the appropriate conduits and raceways must be used or installed to complete the necessary cabling. Cables shall be installed in conduit, cable tray, prefabricated cable trough, or direct-buried where there is no existing cable way. The type of cable installation used at each location will be dictated by the existing physical conditions.

4.4.5.2    Material and workmanship shall ensure durability for a minimum life expectancy of 40 years. The cables shall be suitable for use in the Green Line Right of Way environment and shall be certified for continuous operation at 90 degrees C in wet or dry locations without



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

conductor continuity failure or with degradation of insulation to cross or ground of less than 50 meg-ohms.

4.4.5.3    Local distribution cables are defined as those cables that run from signal houses, signal rooms and cases to wayside signals.

4.4.5.4    Wire and cable to be furnished under this Contract shall meet the requirements of the wire and cable specifications as stated herein and within Appendix 4.

4.4.5.5    The Contractor shall assure wire and cables are of adequate size and quantity for the wayside system undergoing modification prior to installation.

4.4.5.6    Wire and Cable that does not meet the requirements of this Specification will be rejected. Wire and cable which shows defects or non-compliance with the Specification after delivery at destination may be rejected and the Contractor shall, on request, advise disposition of the wire and cable in question and pay all related transportation charges for the rejected and replacement material.

4.4.5.7    Wire and cable manufacturers supplying cable for this Contract will be approved by the MBTA. The Contractor shall provide the data required for evaluation and shall arrange for wire and cable samples, demonstrations, and tests, if requested. [CDRL]

## 4.5    POWER SUPPLY

### 4.5.1    Available Power Sources

4.5.1.1    Multiple variations of Wayside signal power will be found throughout the Green Line. The GLTPS system components shall be designed to operate on the voltage and frequency types including but not limited to those that are to be found at the signal locations listed below:

    4.5.1.1.1    Riverside to Chestnut Hill: Source voltage is 120 VAC @ 60 Hz

    4.5.1.1.2    Reservoir Area: 120 VAC @ 60 Hz

    4.5.1.1.3    Beacon to Kenmore (inclusive): 120 VAC @ 60 Hz

    4.5.1.1.4    Hynes Convention Center to Government Center: Hynes is 120 VAC @ 60 Hz; Government Center is currently 550 VAC, 25 Hz (being redesigned to 120 VAC @ 60 HZ)

    4.5.1.1.5    Prudential and Symphony are both 120 VAC @ 60 Hz

    4.5.1.1.6    Haymarket to Lechmere (inclusive): 120 VAC @ 60 Hz

4.5.1.2    Distribution of power to signals varies at each location. In some instances, power is available from enclosures located in close proximity to the signals and in others, it is distributed remotely from central instrument houses via multiconductor cable.

4.5.1.3    The Contractor shall submit for approval by the MBTA drawings and documentation for the proposed power conversion equipment that will power the GLTPS Wayside equipment from the power sources listed above. [CDRL]

### 4.5.2    Transformers

4.5.2.1    Transformers used for power conversion purposes shall meet the applicable recommendations listed in Part 14.2.10 of the AREMA C&S Manual.

## 4.6    WAYSIDE INTERFACE DOCUMENTATION

4.6.1    The Contractor shall provide detailed documentation for the wayside-to-GLTPS interface for MBTA review and approval. [CDRL]



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

4.6.1.1    The interface documentation shall be accumulated into a single document.

4.6.1.2    The interface documentation shall include definition of the structural, mechanical, electrical, performance, and functional interfaces.

    4.6.1.2.1    The Contractor shall analyze all defined interfaces and identify all potential hazards resulting from interface failure modes.

    4.6.1.2.2    The Contractor shall analyze all identified hazards in accordance with Section 12.4.

4.6.1.3    Details such as loads, communication protocols, voltage levels, current ratings, wiring requirements, terminal locations, terminal types, and connector specifications shall be provided.

4.6.2    The Contractor shall develop line plans for the central tunnel and each branch of the Green Line to show where installation sites will be located and distinguishing the type of installation (e.g. lighting circuit interface point, equipment enclosure, cable routing, etc.) to be performed at each installation location. [CDRL]

4.6.3    The Contractor shall develop and submit to the MBTA for approval typical installation drawings of GLTPS Wayside equipment [CDRL]. This package shall include:

4.6.3.1    Typical modifications to existing signal lighting circuit and wayside power schematics, wire diagrams, and wire lists. The Contractor may choose to mark up or revise existing drawings.

4.6.3.2    Typical wayside wiring schematics and diagrams.

4.6.3.3    Typical installation drawings for all wayside GLTPS equipment.

## 4.7    WAYSIDE INSTALLATION DOCUMENTATION

4.7.1    Using the results of the site survey (see Section 4.2), the Contractor shall develop and submit to the MBTA for approval step-by-step location-specific installation and wiring instructions for GLTPS Wayside equipment. The furnished drawings, documents, and data shall provide sufficient information to prepare and schedule location-specific installation activities [CDRL].

4.7.1.1    Wayside installation drawings within the location-specific installation package shall be stamped, sealed, and certified by a Massachusetts Registered Professional Engineer for review and acceptance by MBTA.

4.7.1.2    The Contractor is responsible for the constructability of the location-specific installation packages.

4.7.2    Each location-specific package shall include:

4.7.2.1    A list of items that need to be installed at the location, that is all necessary Green Line Train Protection System equipment including mounting hardware and accessories, conduit, cable or wire, mating connectors, etc.

4.7.2.2    Double-line track plan of the location for defining the place where each item will be installed.

4.7.2.3    As applicable, location-specific application conditions defined by the Contractor for the typical installation drawings of GLTPS Wayside equipment (See Section 4.6.3).

4.7.2.4    Modifications to the signal lighting circuit and wayside power schematics, wire diagrams, and wire lists for the existing equipment at the location. The Contractor may choose to mark up or revise existing drawings.



**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
**Green Line Train Protection System Technical Specification**
**Section 4 WAYSIDE REQUIREMENTS**

4.7.2.5    Connection diagrams, wire diagrams, and wire lists for the Wayside equipment installed at the location.

4.7.2.6    A work plan defining installation sequence, applicable hazards, workmanship standards, torque control, Electrostatic Discharge Control (ESD), in-process inspections and check points, all required support equipment such as gauges, special tools and hand tools, and necessary employee qualifications.

4.7.2.7    Fabrication drawings (as applicable): Define modifications and support the control of modifications to existing wayside equipment, e.g., machining of existing parts or assembly by welded joints.

4.7.2.8    Post installation test procedures to validate installation at the site [include in CDRL 9.2.2].

4.7.2.8.1    Visual inspection: Identifies, e.g., missing components and parts, correct serial numbers and revision, damage to equipment, conformance to standards, methods, and quality management, proper mounting, positioning, orientation, and labeling, correct and secure external connections, correct wire and cable segregation, routing and termination.

4.7.2.8.2    Wire continuity checks and insulation verification

4.7.2.8.3    Proper shield and equipment grounding verification

4.7.2.8.4    Functional test (static)

4.7.2.8.5    Self-test

4.7.2.8.6    Location-specific test data sheet

4.7.3    In case the step-by-step location-specific installation and wiring instructions for GLTPS Wayside equipment identify the use of special tools, the Contractor shall provide manuals for such special tools.

## 4.8    SPECIAL WAYSIDE INSTALLATION TOOLS

4.8.1    Special Wayside Installation Tools are defined as tools, gauges, transponder/tag programmers, test equipment, etc., not ordinarily commercially available, or specially made for a specific purpose.

4.8.2    The Contractor shall supply a quantity of special tools that complies with Section 7.4 and identified in the wayside installation documentation (See Section 4.7.2.6). All items shall be supplied simultaneously with the delivery of the first piece of wayside equipment.

4.8.3    The Contractor shall provide detailed engineering drawings of all special wayside installation tools provided. [Include in CDRL 7.4.3]