# Affidavit of Process Server

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Case Number: **1:25-CV-11446-ADB**
Case Name: **Metrom Rail, LLC vs Massachusetts Bay Transportation Authority, et al.**

I **Christopher I Whitcomb**, declare that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: **Piper Networks, Inc.**
 **ATTN: Ally Alvarez, CA Corp Agents - Agent for Service of Process**
Date Served: **5/29/2025**   Time of Service: **12:00 PM**

Documents Served: **Summons; Complaint; Exhibit A-1, Plaintiff's Rule 7.1 Disclosure Statement; Motion for Leave to Appear Pro Hac Vice of Attorney Gregory C. Schodde; Certificate of Attorney Gregory C. Schodde; Motion for Leave to Appear Pro Hac Vice of Attorney Christian H. Hallerud; Certificate of Attorney Christian H. Hallerud; Motion for Leave to Appear Pro Hac Vice of Attorney Rajendra A. Chiplunkar; Certificate of Attorney Rajendra A. Chiplunkar; Notice of Appearance of Counsel Gregory C. Schodde; Notice of Appearance of Counsel Christian H. Hallerud; Notice of Appearance of Counsel Rajendra A. Chiplunkar**

Served at Place of Business: **2108 N. Street, Ste C, Sacramento, CA 95816**

**Manner of Service:**

☑ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☐ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   Moved, Left no Forwarding   Service Cancelled by Litigant   Unable to serve in a Timely Fashion   Address Does Not Exist   Other:

▶ _____
SIGNATURE OF PROCESS SERVER

Order#: 299288/Napps2010

Order#: 299288/NAPPS2010

LP-SUM05272025aos

# AFFIDAVIT OF SERVICE

SUFFOLK, SS               Boston, MA                    May 31, 2025

I, Derrick Hughes, a licensed Constable in the City of Boston, Process Server (A Disinterested Party) outside the City of Boston, Notary Public in the State of Massachusetts hereby affirm on May 29, 2025, at approximately 4:19pm **Massachusetts Department of Transportation 10 Park Plaza, Suite 3510 Boston, MA 02116,** an attempt to serve a **SUMMONS & COMPLAINT**; **NOTICE OF APPEARANCE OF COUNSEL GREGORY C. SCHODDE**; **NOTICE OF APPEARANCE OF COUNSEL RAJENDRA A. CHIPLUNKAR** and **NOTICE OF APPEARANCE OF COUNSEL CHRISTIAN H. HALLERUD** was made. After knocking on the door and seeing no one at the reception desk, I called one of the numbers to the Department of Transportation. After explaining I was attempting to deliver the documents, I was told "that office is not an open office and the documents would have to be mailed. The documents were mailed via Certified Mail with a Registered Return Receipt (*Tracking Number 9589 0710 5270 1508 0480 89) with an expected delivery of June 3, 2025.

Date of Service: 05/29/2025           Under the pains and penalties of perjury,

Date of Signature: 05/31/2025

                                      Derrick Hughes, Constable
                                      Hughes & Associates
                                      PO Box 256109
                                      Dorchester, MA 02125
                                      857-312-9791(Cell)
                                      const.dhughes@gmail.com
                                      Facebook: Hughes & Associates
                                      Member of NAPPS(National Association
                                      of Professional Process Servers)
                                      Member of Boston Constable
                                      Association



```
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

              PURCHASE DETAILS

Product              Qty   Unit    Price
                           Price

Priority Mail®        1             $10.95
   Boston, MA 02116
   Weight: 2 lb 0.40 oz
   Expected Delivery Date
   Tue 06/03/2025
Insurance                           $0.00
   Up to $100.00 included
Certified Mail®                     $4.85
   Tracking #:
      9589 0710 5270 1508 0480 89
Return Receipt                      $4.10
   Tracking #:
      9590 9402 8203 3030 2150 54
Total                              $19.90
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mass. Dept. of Transportation
   Attn: Office of General Counsel
   10 Park Plaza Suite 3510
   Boston, MA 02116

   9590 9402 8203 3030 2150 54

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Donald Jones
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): DJ

C. Date of Delivery: 6-4-25

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                     Domestic Return Receipt