# Affidavit of Process Server

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Case Number: **1:25-CV-11446-ADB**
Case Name: **Metrom Rail, LLC vs Massachusetts Bay Transportation Authority, et al.**

I **Christopher I Whitcomb**, declare that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: **Piper Networks, Inc.**
 **ATTN: Ally Alvarez, CA Corp Agents - Agent for Service of Process**
Date Served: **5/29/2025**   Time of Service: **12:00 PM**

Documents Served: **Summons; Complaint; Exhibit A-1, Plaintiff's Rule 7.1 Disclosure Statement; Motion for Leave to Appear Pro Hac Vice of Attorney Gregory C. Schodde; Certificate of Attorney Gregory C. Schodde; Motion for Leave to Appear Pro Hac Vice of Attorney Christian H. Hallerud; Certificate of Attorney Christian H. Hallerud; Motion for Leave to Appear Pro Hac Vice of Attorney Rajendra A. Chiplunkar; Certificate of Attorney Rajendra A. Chiplunkar; Notice of Appearance of Counsel Gregory C. Schodde; Notice of Appearance of Counsel Christian H. Hallerud; Notice of Appearance of Counsel Rajendra A. Chiplunkar**

Served at Place of Business: **2108 N. Street, Ste C, Sacramento, CA 95816**

**Manner of Service:**

☑ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☐ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   Moved, Left no Forwarding   Service Cancelled by Litigant   Unable to serve in a Timely Fashion   Address Does Not Exist   Other:

▶ _____
SIGNATURE OF PROCESS SERVER

Order#: 299288/Napps2010

Order#: 299288/NAPPS2010