UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Metrom Rail, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>Massachusetts Bay Transportation Authority and Piper Networks, Inc.<br><br>                    Defendant. | Case No. 1:25-cv-11446-ADB |

**UNOPPOSED MOTION UNDER FED. R. CIV. P. 6(B) FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff, Metrom Rail, LLC (Metrom) moves under Fed. R. Civ. P. 6(b) on behalf of the named Defendants, Massachusetts Bay Transportation Authority (MBTA) and Piper Networks, Inc. (Piper), for an extension of time to and including **July 23, 2025**, to answer, move, or otherwise respond to the Complaint. As grounds for this Motion, Metrom states the following:

1. Plaintiff filed its Complaint on May 21, 2025 (Dkt. 2).

2. Both Defendants have been served. MBTA's answer is currently due on June 23, 2025 and Piper's answer is currently due on June 20, 2025.

3. Plaintiff, on behalf of the Defendants, respectfully requests an extension of time be granted to Defendants to answer, plead, or otherwise respond to Plaintiff's Complaint to, and including, **July 23, 2025**.

4. Good cause exists for the brief extension of time. The additional time is necessary for the Defendants to finalize representation of Massachusetts counsel and consider and investigate the claims in the 35-page Complaint and to respond accordingly.

5. Defendants have agreed not to argue that Plaintiff's agreement to this extension is a relevant basis to deny any motion for preliminary injunction that Plaintiff may file.

6. Under Local Rule 7.1(a)(2), no party objects to the present request.

7. This is the first request for an extension of time. Neither party will be prejudiced as a result of the extension of time.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court grant this motion for an extension for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint to and including **July 23, 2025**.

June 19, 2025

/s/ *Gregory C. Schodde*
Gregory C. Schodde
Rajendra A. Chiplunkar
Christian H. Hallerud
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
312-775-8000
Fax: 312-775-8100
gschodde@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
challerud@mcandrews-ip.com

2

3

*Counsel for Metrom Rail, LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that the parties met and conferred in good faith to resolve the issues in this motion. The motion is unopposed.

*/s/ Gregory C. Schodde*
Gregory C. Schodde

## CERTIFICATE OF SERVICE

I certify that on June 19, 2025, I caused a true copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification, and delivered copies by email to the following counsel:

| | |
|---|---|
| Howard Wisnia<br>Wisnia PC<br>12636 High Bluff Drive, Suite 400<br>San Diego, California 92130<br>(858) 461-0989<br>*Howard@wisnialaw.com*<br><br>Nicole S Cunningham<br>2869 Historic Decatur Road,<br>San Diego, California 92106<br>(864) 271-1592<br>*Ncunningham@dority-manning.com* | Via Email |

/s/ *Annette Vonder Mehden*
Annette Vonder Mehden
Litigation Paralegal