# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| Metrom Rail, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Massachusetts Bay Transportation Authority and Piper Networks, Inc.<br><br>　　　　　　　　Defendant. | Case No. 1:25-cv-11446-ADB<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFF METROM RAIL LLC'S
## MOTION FOR PRELIMINARY INJUNCTION

Under Federal Rule of Civil Procedure 65 and 35 U.S.C. § 283, Plaintiff Metrom Rail, LLC ("Metrom") respectfully submits this Motion for Preliminary Injunction against Defendants, Massachusetts Bay Transportation Authority ("MBTA") and Piper Networks, Inc. ("Piper"). On May 21, 2025, Metrom filed a Complaint (ECF No. 2) seeking damages and preliminary and permanent injunctive relief against Piper and the MBTA alleging infringement of its duly issued U.S. Patents Nos. 9,053,131 and 9,731,738 (collectively, the "Asserted Patents") in violation of 35 U.S.C. § 271.

Metrom moves to enjoin Defendant Piper from using its accused Green Line Protection System ("GLTPS") to seek future bids and contracts using its infringing Ultra-Wideband systems. As detailed in its Memorandum of Law, Metrom is likely

to succeed on the merits of its infringement claims and faces irreparable harm due to competition from Piper's infringing system should Piper be allowed to leverage its infringement to support bids for the small number of customers and projects in this limited market. Further, the balance of hardship weighs in favor of Metrom, and public interest favors an injunction against Piper. As grounds for this Motion, Metrom relies on the facts set forth in its Complaint, the Memorandum of Law filed in support of this Motion, and the papers accompanying this Motion. As set forth in its concurrent Motion for Expedited Discovery, Metrom will supplement its Memorandum of Law by October 17, 2025, with additional evidence of Piper's infringement uncovered through targeted, expedited discovery prior to a hearing on the merits of this Motion.

WHEREFORE, Metrom respectfully requests an Order preliminarily enjoining Piper from further infringing Metrom's Asserted Patents through continued bids and offers to sell and develop devices based on its infringing GLTPS, as well as any other relief this Court may deem just and proper.

## REQUEST FOR ORAL ARGUMENT OR HEARING

Under Local Rule 7.1(d), Metrom respectfully requests that the Court schedule oral argument, or a hearing, on Metrom's Motion for Preliminary Injunction as soon as the Court deems appropriate.

Dated: June 27, 2025                    Respectfully submitted,

By:    /s/ *Gregory C. Schodde*

Gregory C. Schodde (admitted *pro hac vice*)
Rajendra A. Chiplunkar (admitted *pro hac vice*)
Christian H. Hallerud (admitted *pro hac vice*)
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000

Philip C. Swain
**Law Office of Philip Swain, LLC**
114 Pine Hill Lane
Concord, Massachusetts 01742
(617) 365-4844
Email: pcs@philswainlaw.com

*Attorneys for Plaintiff, Metrom Rail LLC*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on June 23, 2025, I conferred with Defendant Piper's counsel regarding Plaintiff Metrom Rail LLC's Motion For Preliminary Injunction and attempted in good faith to resolve or narrow the issues. As of this filing, although counsel is informed that the MBTA is retaining separate counsel, no attorney has appeared or been identified for the MBTA.

Dated: June 27, 2025                    Respectfully submitted,

By:  /s/ *Gregory C. Schodde*
     Gregory C. Schodde (admitted *pro hac vice*)
     Rajendra A. Chiplunkar (admitted *pro hac vice*)
     Christian H. Hallerud (admitted *pro hac vice*)
     **McAndrews, Held & Malloy, Ltd.**
     500 West Madison Street, Suite 3400
     Chicago, Illinois 60661
     (312) 775-8000

     Philip C. Swain
     **Law Office of Philip Swain, LLC**
     114 Pine Hill Lane
     Concord, Massachusetts 01742
     (617) 365-4844
     Email: pcs@philswainlaw.com

     *Attorneys for Plaintiff, Metrom Rail LLC*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2025, I caused a true copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will notify the last known counsel of the parties of record via electronic notification, and delivered copies by email to the following counsel:

| | |
|---|---|
| Howard Wisnia<br>Wisnia PC<br>12636 High Bluff Drive, Suite 400<br>San Diego, California 92130<br>(858) 461-0989<br>*Howard@wisnialaw.com*<br><br>Nicole S Cunningham<br>2869 Historic Decatur Road,<br>San Diego, California 92106<br>(864) 271-1592<br>*Ncunningham@dority-manning.com*<br><br>Phillip Eng<br>Massachusetts Dept. of Transportation<br>Attn: Office of General Counsel<br>10 Park Plaza, Suite 3510<br>Boston, MA 20116<br>*peng@mbta.com* | Via Email |

/s/ *Annette Vonder Mehden*

Annette Vonder Mehden
Litigation Paralegal