# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| Metrom Rail, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Massachusetts Bay Transportation Authority and Piper Networks, Inc.,<br><br>                    Defendants. | Case No. 1:25-cv-11446-ADB |

## UNOPPOSED JOINT MOTION AND STIPULATION REGARDING BRIEFING OF PLAINTIFF'S MOTIONS FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION

Plaintiff, Metrom Rail, LLC (Metrom) and Defendants, Massachusetts Bay Transportation Authority (MBTA) and Piper Networks, Inc. (Piper), hereby respectfully stipulate and move for an Order regarding the briefing schedule on Metrom's pending motions for expedited discovery and preliminary injunction. The parties stipulate and set forth the following as grounds for this Motion:

1. Metrom filed its Motions for Expedited Discovery and Preliminary Injunction on June 27, 2025 (Dkt. 22-24).

2. In its Motions, Metrom seeks multiple grounds of relief. First, Metrom seeks expedited discovery (Dkt. 23). Second, Metrom seeks an ability to file a supplemental memorandum supporting its Motion for Preliminary Injunction on

1

October 17, 2025, including any additional evidence including any proposed expert testimony, and that Defendants shall file their responsive brief(s) by November 21, 2025, with a hearing scheduled within two weeks or at the Court's earliest convenience thereafter (Dkt. 23). Third, Metrom seeks the issuance of a preliminary injunction (Dkt. 22).

3. Metrom's Motion, Dkt No. 23, proposes the following briefing schedule:

> Defendants' Opposition to Expedited Discovery: July 11, 2025
>
> Plaintiff's Supplemental Brief in Support of a Preliminary Injunction: October 17, 2025
>
> Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction: November 21, 2025.

4. The parties have agreed and hereby stipulate (1) that Defendants' responsive brief(s) need only address Metrom's first requested ground for relief, expedited discovery, which will be filed by July 15, 2025, and (2) that the briefing and any hearing regarding Metrom's remaining grounds of relief will be addressed in any opposition filed by Defendants on November 21, 2025.

5. The parties have agreed and stipulated that Metrom may file a Reply, if the Court permits, not exceeding five pages, to be filed by July 22, 2025.

6. The parties have agreed that Metrom's agreement to extend the date by which Defendants may file their briefing is not substantive evidence regarding the timeliness of Metrom's motion or evidence of undue delay by Metrom.

7. Good cause exists for the requested relief, which will conserve party and judicial resources, by allowing the parties to complete briefing after the Court determines whether or not to allow expedited discovery and for completion of any such discovery prior to such briefing.

WHEREFORE, the parties respectfully request that this Court enter an Order that:

a) Defendants' file responsive brief(s) that only address Metrom's request for expedited discovery on or before July 15, 2025,

b) Plaintiff files any Supplemental Brief in Support of a Preliminary Injunction on or before October 17, 2025

c) Defendants file any Opposition to Plaintiff's Motion for a Preliminary Injunction on all issues besides expedited discovery on or before November 21, 2025, and

d) Defendants do not oppose Metrom request to file a Reply brief not exceeding five pages of argument by July 22, 2025 regarding Metrom's request for expedited discovery only.

| | |
|---|---|
| July 9, 2025 | /s/ *Gregory C. Schodde* |
| | Gregory C. Schodde |
| | Rajendra A. Chiplunkar |
| | Christian H. Hallerud |
| | **McAndrews, Held & Malloy, Ltd.** |
| | 500 West Madison Street, Suite 3400 |
| | Chicago, Illinois 60661 |
| | 312-775-8000 |
| | Fax: 312-775-8100 |
| | gschodde@mcandrews-ip.com |
| | rchiplunkar@mcandrews-ip.com |
| | challerud@mcandrews-ip.com |
| | |
| | Philip C. Swain |
| | **Law Office of Philip Swain, LLC** |
| | 114 Pine Hill Lane |
| | Concord, Massachusetts 01742 |
| | (617) 365-4844 |
| | Email: pcs@philswainlaw.com |
| | |
| | *Counsel for Metrom Rail, LLC* |

5

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that the parties met and conferred in good faith to resolve the issues in this motion. The motion is jointly stipulated and not opposed by any party.

*/s/ Gregory C. Schodde*
Gregory C. Schodde

## CERTIFICATE OF SERVICE

I certify that on July 9, 2025, I caused a true copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification, and delivered copies by email to the following counsel:

| | |
|---|---|
| Howard Wisnia<br>Wisnia PC<br>12636 High Bluff Drive, Suite 400<br>San Diego, California 92130<br>(858) 461-0989<br>*Howard@wisnialaw.com*<br><br>Nicole S Cunningham<br>2869 Historic Decatur Road,<br>San Diego, California 92106<br>(864) 271-1592<br>*Ncunningham@dority-manning.com*<br><br>Phillip Eng<br>Massachusetts Dept. of Transportation<br>Attn: Office of General Counsel<br>10 Park Plaza, Suite 3510<br>Boston, MA 20116<br>*peng@mbta.com* | Via Email |

/s/ *Annette Vonder Mehden*
Annette Vonder Mehden
Litigation Paralegal