UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Metrom Rail, LLC<br><br>                      Plaintiff,<br><br>v.<br><br>Massachusetts Bay Transportation Authority and Piper Networks, Inc.<br><br>                      Defendants. | Case No. 1:25-cv-11446-ADB |

### DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO DISMISS THE COMPLAINT

Defendant Massachusetts Bay Transportation Authority (the "MBTA") hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff Metrom Rail, LLC ("Metrom")'s Complaint (Dkt. 2) against the MBTA for failure to state a claim upon which relief can be granted.

In support of this Motion to Dismiss, the MBTA files concurrently herewith a Memorandum in Support of its Motion to Dismiss.

### L.R. 7.1(a)(2) Certification

I hereby certify that counsel for the MBTA conferred with counsel for Plaintiff regarding the relief requested herein and counsel for Plaintiff oppose the MBTA's request.

### Request for Oral Argument

The MBTA respectfully requests to be heard at oral argument on this Motion.

WHEREFORE, the MBTA respectfully requests that this Court dismiss Metrom's Complaint in its entirety with prejudice, and grant such other relief as the Court deems just and proper.

Date: July 23, 2025

/s/ *Payal Salsburg*
LAREDO, SMITH & KANE, LLP
Payal Salsburg, BBO# 568812
101 Federal Street, Suite 650
Boston, MA 02110
salsburg@laredosmith.com
(617) 443-1100
(617) 443-1174 (fax)

*Counsel for the MBTA*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Payal Salsburg*
Payal Salsburg