# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| Metrom Rail, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Massachusetts Bay Transportation Authority and Piper Networks, Inc., <br><br> Defendants. | Case No. 1:25-cv-11446-ADB |

## DECLARATION IN SUPPORT OF PLAINTIFF METROM RAIL LLC'S RESPONSE TO DEFENDANTS PIPER NETWORKS, INC. AND MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTIONS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TRANSFER VENUE

OF COUNSEL:
MCANDREWS, HELD & MALLOY, LTD.

Gregory C. Schodde (admitted pro hac vice)
Rajendra A. Chiplunkar
   (admitted pro hac vice)
Christian H. Hallerud (admitted pro hac vice)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000
*Counsel for Plaintiff, Metrom Rail, LLC*

LAW OFFICE OF PHILIP SWAIN, LLC

Philip C. Swain
Law Office of Philip Swain, LLC
114 Pine Hill Lane
Concord, Massachusetts 01742
(617) 365-4844
Email: pcs@philswainlaw.com

Attorneys for Plaintiff, Metrom Rail LLC

I, Alan M. Montera, an attorney representing Plaintiff Metrom Rail, LLC in the above captioned matter, declare under the penalty of perjury of the laws of the United States, that the following is true to my best understanding and belief.

    1.    Attached hereto as Exhibit 1 is an excerpt of the true and accurate copy of the Massachusetts Bay Transportation Authority Green Line Train Protection System (GLTPS) Technical Specification VE-24-056 dated June 5, 2024.

    2.    Attached hereto as Exhibit 2 is a true and accurate copy of the "Field Service Technician, Somerville, MA" job posting on the Piper website, available at https://pipernetworks.applicantpro.com/jobs/3758880, last visited Aug. 5, 2025.

    3.    Attached hereto as Exhibit 3 is a true and accurate copy of the "Field Service Technician, Somerville, MA" job posting on LinkedIn, available at https://www.linkedin.com/jobs/piper-networks-jobs-worldwide?position=1&pageNum=0, last visited Aug. 5, 2025.

    4.    Attached hereto as Exhibit 4 is a true and accurate copy of the "Field Service Manager, Somerville, MA" job posting on the Piper website, available at https://pipernetworks.applicantpro.com/jobs/3758872, last visited Aug. 5, 2025.

    5.    Attached hereto as Exhibit 5 is a true and accurate copy of the "Field Service Manager, Somerville, MA" job posting on LinkedIn, available at https://www.linkedin.com/jobs/piper-networks-jobs-worldwide?position=1&pageNum=0, last visited Aug. 5, 2025.

6. Attached hereto as Exhibit 6 is a true and accurate copy of the "Current Job Listings" the Piper website, available at https://pipernetworks.applicantpro.com/jobs/, last visited Aug. 5, 2025.

7. Attached hereto as Exhibit 7 is a true and accurate copy of Metrom Rail's First Set of Requests for Production (Nos. 1-9 - Venue), served on July 25, 2025.

8. Attached hereto as Exhibit 8 is a true and accurate copy of Transcript of Excerpt of MBTA Board Of Director's Meeting, held on Feb. 25, 2025, as recorded on video, available at https://vimeo.com/event/4867722, and transcribed starting at 1:23:32 by Jodi Dean of Naegeli Deposition & Trial.

Executed on August 6, 2025               /s/ *Alan M. Montera*
                                         Alan M. Montera