# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| Metrom Rail, LLC,<br><br>                    Plaintiff,<br><br>  v.<br><br>Massachusetts Bay Transportation Authority and Piper Networks, Inc.,<br><br>                    Defendants. | Case No. 1:25-cv-11446-ADB |

**PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR A CONFERENCE UNDER RULE 16 (OPPOSED) AND EXTENSION OF TIME (UNOPPOSED)**

Plaintiff requests an initial pre-trial conference under Fed. R. Civ. P. Rule 16 and an extension of the date for filing a supplemental brief in support of Plaintiff's Motion for Preliminary Injunction. Defendants oppose the request for a conference.

The Complaint was served on May 29, 2025, on Piper and June 4, 2025, on the MBTA. Plaintiff's served a Motion for a Preliminary Injunction and Expedited Discovery on June 27, 2025. Dkt. Nos. 22, -25. The Court entered the parties' joint stipulation regarding briefing those motions on July 9, 2025. Dkt. Nos. 25, 26. Under that schedule, among other items, Plaintiff's supplemental brief supporting its motion for a preliminary injunction is due on October 17, 2025.

1

Instead of Answering, Defendants filed Rule 12 motions to dismiss and Defendant Piper also moved to transfer on July 23, 2025. Those motions and Plaintiff's motion for expedited discovery are briefed and awaiting decision.

On September 24, 2025, the MBTA moved to sever and stay the claims as to the MBTA and stay the claims against the MBTA. Metrom's Opposition is due on October 8, 2025.

Under the default scheduling practice of Rule 16 and 26, an initial scheduling order would have been due by September 2, 2025. However, Defendants have resisted any effort to meet and confer to prepare the report required by Rule 26(f), participate in discovery including responding to Rule 34 discovery served under Rule 26(d)(2), or formulate a schedule arguing that those activities are premature given the pending motions to stay, dismiss, or transfer. Metrom disagrees, since Defendants' motions are largely directed to process, not the merits, and even if Defendants prevail, this case will proceed against some combination of Defendants in some venue and Metrom has a prima facie claim for preliminary injunctive relief against both Defendants.

Metrom requests that the Court Order:

a) A date for an initial conference under Rule 16; and

b) An extension of Metrom's date for filing supplemental papers regarding its motion for a preliminary injunction to a date after a reasonable

opportunity to obtain the discovery requested by Metrom's motion for expedited discovery, Dkt. Nos. 23-24.

October 8, 2025 /s/ *Gregory C. Schodde*
Gregory C. Schodde
Rajendra A. Chiplunkar
Christian H. Hallerud
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
312-775-8000
Fax: 312-775-8100
gschodde@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
challerud@mcandrews-ip.com
*Counsel for Metrom Rail, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on September 17, 2025 (by phone) and September 24 and 29 (by email) I conferred with Defendants' counsel regarding the motion and attempted in good faith to resolve or narrow the issues.

October 8, 2025

By: Respectfully submitted,
/s/ *Gregory C. Schodde*
Gregory C. Schodde
Rajendra A. Chiplunkar
Christian H. Hallerud
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
312-775-8000
Fax: 312-775-8100
gschodde@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
challerud@mcandrews-ip.com
*Counsel for Metrom Rail, LLC*